# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|                     |                                                                                           |
|---------------------|-------------------------------------------------------------------------------------------|
| PLAINTIFF(S)        | CASE NUMBER                                                                               |
| v.                  |                                                                                           |
| DEFENDANT(S).       | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

_____   _____   _____
Date Filed                Doc. No.          Title of Doc.

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: _____   By: *Beatrice Herrera*
                                    *Clerk to Judge King*
                                    Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge