Name and address
Ira Revich (SBN: 077878)
James B. Green (SBN: 201905)
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
(310) 551-7000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY and AXIS INSURANCE COMPANY<br>v.<br>MICHAEL W. PERRY, et al.<br>Plaintiff(s)<br>Defendant(s). | CASE NUMBER<br>CV11-02078 GHK (JCGx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

ACE AMERICAN INSURANCE COMPANY          [X] Plaintiff  [ ] Defendant  [ ] Other _____
*Name of Party*

hereby request the Court approve the substitution of Ira Revich/James Green (Charlston, Revich & Wollitz LLP)
*New Attorney*

as attorney of record in the place and stead of Kim Wesp / Alec Boyd (Tucker Ellis & West LLP)
*Present Attorney*

Dated  March 31, 2011

*Signature of Party Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  March 31, 2011

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  March 31, 2011

*Signature of New Attorney*

77878                                             201905
                                         *State Bar Number*

If party requesting to appear Pro Se.

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)          REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

CCD-01