JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
kathleen.mcdowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
LOUIS E. CALDERA, LYLE E. GRAMLEY, HUGH M. GRANT, PATRICK C. HADEN, TERRANCE G. HODEL ROBERT L. HUNT II, LYDIA H. KENNARD, and BRUCE G. WILLISON

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, *et al.*,<br><br>Defendants. | Case No. 2:11-CV-2078-GHK-JCG<br><br>**STIPULATION REGARDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

This Stipulation Regarding Deadline for Defendants to Answer or Otherwise Respond to Complaint is entered into between Plaintiffs XL Specialty Insurance Company, Arch Insurance Company, ACE American Insurance Company, and Axis Insurance Company (collectively, "Plaintiffs"); and Defendants Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison; John Olinski, S. Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, Richard Koon, Kenneth Shellem, William

13657523.1

1  Rothman, Jill Jacobsen, and Kevin Callan (collectively, "Defendants").

2  WHEREAS, Plaintiffs filed a Complaint for Declaratory Relief against Defendants on March 10, 2011, regarding the parties' rights under certain insurance policies purchased by IndyMac Bancorp, Inc., currently a debtor in Chapter 7 proceedings pending before the United States Bankruptcy Court for the Central District of California ("Bancorp");

7  WHEREAS, Bancorp's Chapter 7 bankruptcy trustee has indicated that he will file a motion to intervene in this case and refer the action to the bankruptcy court where its Chapter 7 case is pending, pursuant to this Court's General Order 266 (the "Referral Motion");

11  WHEREAS, Defendants anticipate filing joinders to the Referral Motion and Plaintiffs intend to oppose such motion;

13  NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and agree that (a) Defendants hereby acknowledge they have accepted service of the Complaint through their respective counsel effective April 12, 2011; (b) subject to Court approval, Defendants shall have until through and including twenty-one (21) days after the Court enters an order resolving the Referral Motion to answer or otherwise respond to the Complaint; (c) in the event that the Referral Motion has not been filed by April 12, 2011, then Defendants shall have until May 13 to answer or otherwise respond to the Complaint; and (d) by filing this Stipulation, none of the parties shall be deemed to have waived or compromised their respective positions concerning the Referral Motion.

| | | |
|---|---|---|
| 1 | DATED: April 11, 2011 | MUNGER, TOLLES & OLSON LLP<br>John W. Spiegel<br>Kathleen M. McDowell |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Kathleen M. McDowell<br>    Kathleen M. McDowell |
| 5 | | Attorneys for Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison |
| 6 | | |
| 7 | | |
| 8 | DATED: April 11, 2011 | CORBIN, FITZGERALD & ATHEY LLP<br>Robert L. Corbin<br>Michael W. Fitzgerald<br>Joel M. Athey |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By: /s/<br>    Joel M. Athey |
| 13 | | Attorneys for Defendants John Olinski, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan |
| 14 | | |
| 15 | | |
| 16 | DATED: April 11, 2011 | FAIRBANK & VINCENT<br>Robert H. Fairbank<br>Richard D. Gluck |
| 17 | | |
| 18 | | By: /s/<br>    Robert H. Fairbank |
| 19 | | Attorneys for Defendant S. Blair Abernathy |
| 20 | | |
| 21 | DATED: April 11, 2011 | COVINGTON & BURLING LLP<br>D. Jean Veta<br>David Bayless<br>Dennis B. Auerbach |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | By: /s/<br>    David Bayless |
| 26 | | |
| 27 | | Attorneys for Defendant Michael W. Perry |
| 28 | | |

13657523.1

- 3 -

STIPULATION REGARDING DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: April 11, 2011 | PAUL HASTINGS LLP<br>Kirby Behre |
| 2 | | |
| 3 | | By: _____/s/_____<br>Kirby Behre |
| 4 | | |
| 5 | | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| 6 | | |
| 7 | DATED: April 11, 2011 | WILLKIE, FARR & GALLAGHER LLP<br>Gregory S. Bruch<br>Jessica L. Matelis |
| 8 | | |
| 9 | | By: _____/s/_____<br>Gregory Bruch |
| 10 | | |
| 11 | | Attorneys for Defendant A. Scott Keys |
| 12 | DATED: April 11, 2011 | WILEY REIN LLP<br>Jason P. Cronic |
| 13 | | |
| 14 | | By: _____<br>Jason P. Cronic |
| 15 | | |
| 16 | | Attorneys for Plaintiff XL Specialty Insurance Company |
| 17 | | |
| 18 | DATED: April 11, 2011 | TUCKER ELLIS & WEST LLP<br>Kim W. West<br>Alec. H. Boyd |
| 19 | | |
| 20 | | |
| 21 | | By: _____<br>Alec H. Boyd |
| 22 | | Attorneys for Plaintiffs Arch Insurance Company, ACE American Insurance Company, and Axis Insurance Company |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: April __, 2011 | PAUL HASTINGS LLP<br>  Kirby Behre |
| 2 | | |
| 3 | | By: _____<br>       Kirby Behre |
| 4 | | |
| 5 | | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| 6 | | |
| 7 | DATED: April __, 2011 | WILLKIE, FARR & GALLAGHER LLP<br>  Gregory S. Bruch<br>  Jessica L. Matelis |
| 8 | | |
| 9 | | By: _____<br>       Gregory Bruch |
| 10 | | |
| 11 | | Attorneys for Defendant A. Scott Keys |
| 12 | DATED: April 8, 2011 | WILEY REIN LLP<br>  Jason P. Cronic |
| 13 | | |
| 14 | | By: /s/ Jason P. Cronic<br>       Jason P. Cronic |
| 15 | | |
| 16 | | Attorneys for Plaintiff XL Specialty Insurance Company |
| 17 | | |
| 18 | DATED: April __, 2011 | TUCKER ELLIS & WEST LLP<br>  Kim W. West<br>  Alec. H. Boyd |
| 19 | | |
| 20 | | |
| 21 | | By: _____<br>       Alec H. Boyd |
| 22 | | Attorneys for Plaintiffs Arch Insurance Company, ACE American Insurance Company, and Axis Insurance Company |

| | |
|---|---|
| DATED: April __, 2011 | PAUL HASTINGS LLP<br>Kirby Behre<br><br>By: _____<br>Kirby Behre<br><br>Attorneys for Defendants Richard Koon and Kenneth Shellem |
| DATED: April __, 2011 | WILLKIE, FARR & GALLAGHER LLP<br>Gregory S. Bruch<br>Jessica L. Matelis<br><br>By: _____<br>Gregory Bruch<br><br>Attorneys for Defendant A. Scott Keys |
| DATED: April __, 2011 | WILEY REIN LLP<br>Jason P. Cronic<br><br>By: _____<br>Jason P. Cronic<br><br>Attorneys for Plaintiff XL Specialty Insurance Company |
| DATED: April 8, 2011 | TUCKER ELLIS & WEST LLP<br>Kim W. West<br>Alec. H. Boyd<br><br>By: /s/ Alec H. Boyd<br>Alec H. Boyd<br><br>Attorneys for Plaintiffs Arch Insurance Company, ACE American Insurance Company, and Axis Insurance Company |