DAVID M. STERN (State Bar No. 67697)
dstern@ktbslaw.com
LEE R. BOGDANOFF (State Bar No. 119542)
lbogdanoff@ktbslaw.com
MATTHEW C. HEYN (State Bar No. 227474)
mheyn@ktbslaw.com
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067-6049
Telephone: (310) 407-4000
Facsimile: (310) 407-9090

ANDREW L. SANDLER (*pro hac vice* application pending)
asandler@buckleysandler.com
BENJAMIN B. KLUBES (*pro hac vice* application pending)
bklubes@buckleysandler.com
BENJAMIN P. SAUL (*pro hac vice* application pending)
bsaul@buckleysandler.com
BUCKLEYSANDLER LLP
1250 24th Street N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080

*Attorneys for Proposed Intervenor Alfred H. Siegel,*
*Solely as Chapter 7 Trustee*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. PERRY, *et al.*, <br><br> Defendants. | Case No.  CV 11-02078-GHK (JCGx) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF TRUSTEE'S MOTION TO INTERVENE AND REFER** <br><br> PART I <br><br> <u>Hearing</u> <br> Date:  May 16, 2011 <br> Time:  9:30 a.m. <br> Place:  Roybal Federal Building <br> 255 East Temple Street <br> Courtroom 650 <br> Los Angeles, CA 90012 <br> Judge:  Hon. George H. King |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

Pursuant to Rule 201 of the Federal Rules of Evidence, Alfred H. Siegel (the "Trustee"), solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of IndyMac Bancorp, Inc. ("Bancorp"), respectfully requests that this Court take judicial notice of the documents set forth below, consisting of certain materials filed in other judicial proceedings, including materials from Bancorp's pending chapter 7 bankruptcy case, all of which are referenced in the Trustee's concurrently filed *Chapter 7 Trustee's Motion to Intervene* and the *Chapter 7 Trustee's Motion to Refer this Civil Action to Bankruptcy Court Pursuant to General Order No. 266 and 28 U.S.C. § 157(a)* (the "Motions to Intervene and Refer").

The documents listed below are all pleadings from Bancorp's bankruptcy case and certain related proceedings provide evidence of many factual statements contained in the Motions to Intervene and Refer.  In particular, the pleadings (1) show the relationship between the above-captioned coverage action and the coverage actions pending before the bankruptcy court, (2) document the experience that the bankruptcy court already has in connection with this and related matters, (3) otherwise further demonstrate why the above-captioned action is "related to" Bancorp's bankruptcy case and should be referred to the bankruptcy court , and (4) otherwise further demonstrate why the Trustee allowed to intervene.

Publicly filed documents and adjudicative facts may be judicially noticed pursuant to FED. R. EVID. 201(b), because the content of such documents can be readily determined "by resort to sources whose accuracy cannot reasonably be questioned."  *See Massachusetts v. Westcott*, 431 U.S. 322, 323 n.2, 97 S. Ct. 1755, 1756 n.2, 52 L. Ed. 2d 349, 351 n.2 (1977).  This Court may take judicial notice of pleadings and documents filed in any court of record, including other courts, if they have a direct relation to the matters at issue. *See, e.g.*, *Singh v. Ashcroft*, 393 F.3d 903, 905 (9th Cir. 2004) ("Federal Rule of Evidence 201 permits us to take notice of any 'adjudicative' fact 'not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of

accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.'"); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("we 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue'").

Based on the foregoing, the Trustee hereby requests that this Court take judicial notice of the following documents, true and correct copies of which are attached.[1]

| | |
|---|---|
| **Exhibit 1** | *XL Specialty Insurance Company, et al. v. Michael W. Perry, et al.*, Case No. 2:11-cv-02078-GHK (C.D. Cal. Mar. 10, 2011), *Complaint for Declaratory Relief* [ECF No. 1] |
| **Exhibit 2** | *Siegel v. Certain Underwriters at Lloyds of London, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:11-ap-01443-BB (Bankr. C.D. Cal. Feb. 2, 2011), *Complaint for Declaratory Relief* [ECF No. 1] |
| **Exhibit 3** | *IndyMac MBS, Inc. v. ACE American Ins. Co., et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:11-ap-01820-BB (Bankr. C.D. Cal. Mar. 31, 2011), *First Amended Complaint* [ECF No. 20] **(Exhibit Q through Exhibit II Omitted)** |
| **Exhibit 4** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Oct. 14, 2008), *Declarations of Julia J. Rider and Alfred H. Siegel, Chapter 7 Trustee, in Opposition to Motion for Relief from Stay* [ECF No. 108] **(All Exhibits Omitted)** |
| **Exhibit 5** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 24, 2008), Proof of Claim of Michael W. Perry [PoC No. 43-1] |
| **Exhibit 6** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 26, 2008), Proof of Claim of Gabrielle E. Greene [PoC No. 60-1 ] |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

---

[1] In the interests of reducing bulk, where noted, certain of the documents attached hereto have been excerpted.

2

| | |
|---|---|
| **Exhibit 7** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 26, 2008), Proof of Claim of Lydia H. Kennard [PoC No. 61-1 ] |
| **Exhibit 8** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 26, 2008), Proof of Claim of Robert L. Hunt II [PoC No. 59-1 ] |
| **Exhibit 9** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 26, 2008), Proof of Claim of Terrence G. Hodel [PoC No. 58-1] |
| **Exhibit 10** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752 (Bankr. C.D. Cal. Nov. 26, 2008), Proof of Claim of Louis E. Caldera [PoC No. 57-1] |
| **Exhibit 11** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Sept. 23, 2008), *Memorandum of Points & Authorities* in support of *Notice of Motion and Motion for Relief from the Automatic Stay* [ECF No. 91-1] |
| **Exhibit 12** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Nov. 21, 2008), *Memorandum of Points & Authorities* in support of *Notice of Motion and Motion for Relief from the Automatic Stay* [ECF No. 153-1] |
| **Exhibit 13** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Nov. 6, 2008), *Order Regarding Motion of Current and/or Former IndyMac Directors and Officers for Determination that Certain Insurance Proceeds Are Not Subject to the Automatic Stay and/or Relief from the Automatic Stay Under 11 U.S.C. § 362* [ECF No. 140] |
| **Exhibit 14** | *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Dec. 12, 2008), *Stipulation Resolving Motions of Current and/or Former Directors and Officers for Determination that Insurance Proceeds Are Not Subject to the Automatic Stay and/or Relief from the Automatic Stay under 11 U.S.C. § 362* [ECF No. 179] |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000

**Exhibit 15**   *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Dec. 15, 2008), *Order Approving Stipulation Resolving Motions of Current and/or Former Directors and Officers for Determination that Insurance Proceeds Are Not Subject to the Automatic Stay and/or Relief from the Automatic Stay under 11 U.S.C. § 362* [ECF No. 183]

**Exhibit 16**    *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. May 26, 2010), *Stipulation Extending Prior Orders Granting Relief From Stay to Access Insurance Proceeds and Granting Further Relief* [ECF No. 446]

**Exhibit 17**   *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. June 2, 2010), *Order Approving Stipulation Extending Prior Orders Granting Relief From Stay to Access Insurance Proceeds and Granting Further Relief* [ECF No. 456]

**Exhibit 18**   *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Jan. 30, 2009), *Order Clarifying December 15, 2008 Order to Approve Defense Firms' Hourly Rates* [ECF No. 232]

**Exhibit 19**   *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. Aug 7, 2009), *Order Approving Stipulation Resolving Motion for an Order Adding Kenneth Shellem and Richard S. Koon, II to Stipulation and Granting Further Relief from Stay to Access Insurance Proceeds* [ECF No. 352]

**Exhibit 20**   *In re IndyMac Bancorp, Inc.*, Case No. 2:08-bk-21752-BB (Bankr. C.D. Cal. April 7, 2011), *April 2011 Stipulation Extending Prior Orders Granting Relief from Stay to Access Insurance Proceeds and Granting Further Relief* [ECF No. 574]

**Exhibit 22**   *Siegel v. Certain Underwriters at Lloyds of London, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:11-ap-01443-BB (Bankr. C.D. Cal. Mar. 29, 2011), *Joint Status Report* [ECF No. 27]

**Exhibit 23**   *ACE American Insurance Co. v. Perry, et al.*, Cal. Sup. Ct. No. BC452871, *Complaint for Declaratory Relief* (**All Exhibits Omitted**)

1
2
3

**Exhibit 24**    *ACE American Insurance Co. v. Perry, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:11-ap-01511-BB (Bankr. C.D. Cal. Feb. 10, 2011), *Notice of Removal of State Court Action* [ECF No. 1] (**All Exhibits Omitted**)

4
5
6

**Exhibit 25**    *ACE American Insurance Co. v. Perry, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:11-ap-01511-BB (Bankr. C.D. Cal. Mar. 3, 2011), *Notice of Voluntary Dismissal* [ECF No. 8]

7
8

**Exhibit 26**    *Siegel v. Caldera, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:09-ap-02645-BB (Bankr. C.D. Cal. April 7, 2011), *Third Stipulation to Further Continue Status Conference* [ECF No. 132]

9
10
11

**Exhibit 28**    *In the Matter of Reference of Cases and Proceedings to Bankruptcy Judges of the District, and the Reference of Appeals to the Bankruptcy Appellate Panels* (C.D. Cal. Oct. 9, 1984), General Order 266

12
13
14

**Exhibit 29**    *Colony Ins. Co. v. Nat'l Relocation Servs., Inc., et al.*, ECF Nos. 28 & 37, Case No. CV 09-3203-GW (C.D. Cal. Aug. 3, 2009), *August 3, 2009 Civil Minutes* with Tentative Ruling [ECF No. 28].

15
16

**Exhibit 30**    *Colony Ins. Co. v. Nat'l Relocation Servs., Inc., et al.*, ECF Nos. 28 & 37, Case No. CV 09-3203-GW (C.D. Cal. Sept. 11, 2009), *Order on Motion to Refer* [ECF No. 37].

17
18

**Exhibit 31**    *Siegel v. Caldera, et al. (In re IndyMac Bancorp, Inc.)*, Adv. Pro. No. 2:09-ap-2645-BB (Bankr. C.D. Cal.), ECF Docket Sheet for November 13, 2009 through April 11, 2011

19
20
21

**Exhibit 32**    *Siegel v. Certain Insurers at Lloyds of London, et al. (In re IndyMac Bancorp, Inc.)*, Case No. 2:11-cv-02605-RGK (C.D. Cal. April 8, 2011), Order Declining Transfer Request [ECF No. 7]

22
23    Dated: April 11, 2011            KLEE, TUCHIN, BOGDANOFF & STERN LLP
24
25                                     By:_____/s/ Matthew C. Heyn_____
26                                              Matthew C. Heyn
                                       *Attorneys for Proposed Intervenor Alfred H. Siegel,*
                                       *Solely as Chapter 7 Trustee*
27
28

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, 39TH FLOOR
LOS ANGELES, CALIFORNIA 90067-6049
TELEPHONE: (310) 407-4000