DAVID SIMANTOB (S.B. #155790)
dsimantob@tresslerllp.com
ELIZABETH L. MUSSER (S.B. #203512)
emusser@tresslerllp.com
TRESSLER LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, California 90067
Telephone:  (310) 203-4800
Facsimile:  (310) 203-4850

THEODORE A. BOUNDAS (*pro hac vice application pending*)
JEFFREY T. SHAW (*pro hac vice application pending*)
W. JOEL VANDER VLIET (*pro hac vice application pending*)
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone:  (312) 946-4200
Facsimile:  (312) 946-4272

Attorneys for Those Certain Underwriters at
Lloyd's, London Subscribing to Policy QA011608

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*, | Case No. 2:11-CV-2078-RGK (JCG) |
| Plaintiffs, | **STIPULATION TO ALLOW THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. QA011608 TO INTERVENE** |
| v. | |
| MICHAEL W. PERRY, *et al.*, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Local Rule 7-1, this Stipulation is made by and between Those Certain Underwriters At Lloyd's, London Subscribing to Policy No. QA011608 ("Underwriters") and three groups of Counterclaimants: (1) Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrence G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison (collectively, the "Caldera Counterclaimants"); (2) Michael W. Perry, A. Scott Keys, S. Blair Abernathy, John Olinski, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, William Rothman, Jill Jacobson, and Kevin Callan (collectively, the "Perry Counterclaimants"); and (3) Richard Koon and Kenneth Shellem (collectively, "Koon/Shellem").

Underwriters and Counterclaimants agree that Underwriters should be permitted to intervene as Counterclaim Defendants in this action.

## **RECITAL**

1. The Caldera Counterclaimants, the Perry Counterclaimants, and Koon/Shellem have filed three Counterclaims against insurance carriers that issued eight directors and officers liability insurance policies to the Company for the policy period of March 1, 2008 to April 1, 2009. ECF Doc. Nos. 94, 102, 107.

2. In their Counterclaims, the Caldera Counterclaimants, the Perry Counterclaimants, and Koon/Shellem seek a determination that they are entitled to coverage under the directors and officers insurance policies, including a policy to which Underwriters subscribed, for various claims made against them. *Id.*

3. The Counterclaims do not presently name as Counterdefendants all of the carriers that issued or participated in the eight policies at issue. In particular, Catlin Insurance Company (UK) Ltd. ("Catlin") is the only participant in Policy No. QA011608 (the "Primary Policy") named as a Counterdefendant. Catlin has a 25% interest in the Primary Policy, and Underwriters have a 75% interest in the Primary Policy. *See, e.g.*, Primary Policy, ECF Doc. No. 97-1 at 10.

4. Underwriters contend that intervention is appropriate pursuant to Fed. R. Civ. P. 24(a) because: (a) Underwriters have a significant protectable interest relating to the subject matter of this action; (b) the disposition of this action may, as a practical matter, impair or impede Underwriters' ability to protect their interest; (c) Underwriters' motion is timely; and (d) the existing parties may not adequately represent Underwriters' interest. Underwriters further contend that intervention also is appropriate pursuant to Fed. R. Civ. P. 24(b) because: (a) Underwriters have a claim or defense that shares with the main action a common question of law or fact; and (b) intervention will not delay or prejudice the adjudication of the original parties' rights.

The parties hereby stipulate and agree that Underwriters should be granted permission to intervene under Rules 24(a)-(b).

## **STIPULATION**

Based upon the facts recited above, Fed. R. Civ. P. 24(a)(2), Fed. R. Civ. P. 24(b)(1)(B), and Local Rule 7-1, the parties stipulate as follows, subject to Court approval:

1. Underwriters should be permitted to intervene in this action as Counterdefendants to the three Counterclaims filed by the Caldera Counterclaimants, the Perry Counterclaimants, and Koon/Shellem.

2. Underwriters should be deemed to join in Catlin's Answers to each of the Counterclaims.

| | | |
|---|---|---|
| Dated: | August 26, 2011 | DAVID SIMANTOB<br>ELIZABETH L. MUSSER<br>TRESSLER LLP |

By: /s/ Elizabeth L. Musser
    Elizabeth L. Musser
    Attorneys for Those Certain Underwriters At Lloyd's, London Subscribing to Policy QA011608

Dated: August 26, 2011

JOHN SPIEGEL
KATHLEEN M. McDOWELL
MUNGER TOLLES & OLSON LLP

By: /s/ Kathleen M. McDowell
    Kathleen M. McDowell
    Attorneys for Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrence G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison

Dated: August 26, 2011

DENNIS B. AUERBACH
COVINGTON & BURLING LLP

By: /s/ Dennis B. Auerbach
    Dennis B. Auerbach
    Attorneys for Michael W. Perry

Dated: August 26, 2011

JOHN CARLTON
MEDRANO & CARLTON

By: /s/ John Carlton
    John Carlton
    Attorneys for A. Scott Keys

| | | |
|---|---|---|
| Dated: | August 26, 2011 | ROBERT H. FAIRBANK<br>RICHARD D. GLUCK<br>FAIRBANK & VINCENT |

By: /s/ Richard D. Gluck
    Richard D. Gluck
    Attorneys for S. Blair Abernathy

| | | |
|---|---|---|
| Dated: | August 26, 2011 | ROBERT L. CORBIN<br>MICHAEL W. FITZGERALD<br>CORBIN, FITZGERALD & ATHEY LLP |

By: /s/ Michael W. Fitzgerald
    Michael W. Fitzgerald
    Attorneys for John Olinski, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, William Rothman, Jill Jacobson, and Kevin Callan

| | | |
|---|---|---|
| Dated: | August 26, 2011 | KIRBY D. BEHRE<br>JOHN S. DURRANT<br>PAUL HASTINGS JANOFSKY & WALKER LLP |

By: /s/ Kirby D. Behre
    Kirby D. Behre
    Attorneys for Richard Koon and Kenneth Shellem

LA #119632 (10054-1)