KIM W. WEST – SBN 78553
ALEC H. BOYD – SBN 161325
TUCKER ELLIS & WEST LLP
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone:   415.617.2400
Facsimile:    415.617.2409
kim.west@tuckerellis.com
alec.boyd@tuckerellis.com

Attorneys for Plaintiff/Counter-Defendant
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. PERRY, et al., <br><br> Defendants, <br>_____ <br><br> AND RELATED COUNTERCLAIMS. | Case No. 2:11-cv-02078-GHK-(JCGx) <br><br> **JOINT REPORT OF PARTIES PURSUANT TO RULE 26(f)** <br><br> **DATE:** October 24, 2011 <br> **TIME:** 9:00 a.m. <br> **DEPT:** Courtroom 850 <br><br> **Hon. R. Gary Klausner** |

Plaintiffs, Defendants, and Counter-Defendants hereby submit this joint report of the Parties' Planning Meeting.

## 1. The Parties' Planning Meeting

Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting among counsel for the parties to discuss and address the items and issues enumerated in Fed. R. Civ. P. 26(f) and Local Rule 26-1 occurred on October 3, 2011. During this meeting, Plaintiffs, Defendants, and Counter-Defendants were able to reach agreement on the items and

issues noted below.

### 2. The Nature of the Claims and Defenses

This is an insurance coverage dispute which was initiated by Plaintiffs (the insurers who provide "Side A only" coverage to the directors and officers of IndyMac) against Defendants (directors and officers). The Defendant insureds have, in turn, filed counter-claims against both the Side A only insurers and other insurers who provide "ABC" coverage to IndyMac.

Stated simply, the insurers contend that no coverage is afforded for any underlying claims tendered to them by Defendant insureds under the policies in effect for the 2008-2009 Policy Period due to the operation of certain terms, conditions and exclusions of their policies. Defendants contend that coverage is afforded for all or certain of the underlying claims tendered by them to the insurers under the 2008-2009 Policy Period.

### 3. Settlement

The underlying claims at issue in this coverage litigation are presently being mediated before the Hon. Daniel L. Weinstein (Ret.). The next mediation session is scheduled for October 26, 2011.

### 4. Document Preservation

The parties have instituted document retention policies relating to the subject matter of the litigation.

### 5. Discovery Plan and Dispositive Motions

The parties have agreed to waive initial disclosures.

The parties agree that some of the issues in this case may be subject to determination by dispositive motions, either before or after discovery, and some parties contemplate filing such motions before the end of the year. Others may opt to conduct some limited discovery prior to filing motions. For their part, Defendant insureds contemplate conducting discovery on the underwriting history of the insurance policies at issue.

Defendants propose the following pretrial schedule

| | |
|---|---|
| Fact Discovery Cut-Off: | 5/31/2012 |
| Expert Disclosures: | 6/15/2012 |
| Expert Discovery Cut-Off: | 7/15/2012 |
| Dispositive Motion Deadline: | 8/1/2012 |

### 6. Likelihood of Additional Parties

While the parties do not intend to add additional parties, the parties have been notified that the Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, N.A., intends to file a motion to intervene.

In addition, this Court previously granted motions by the insurers to withdraw the reference in Siegel v. Certain Underwriters, Nos. 11-cv-2600-RGK and 11-cv-2605-RGK (C.D. Cal.) (the "First Siegel Action") brought by IndyMac's bankruptcy Trustee. The Trustee voluntarily dismissed the First Siegel Action while motions to dismiss were pending, following this Court's grant of motions to dismiss a similar action, IndyMac MBS, Inc. v. Ace American Insurance Co., Nos. 11-cv-2950-RGK and 11-cv-2998-RGK (C.D. Cal.) (the "IndyMac MBS Action"). The Trustee immediately filed an almost identical action in state court (the "Second Siegel Action"). Accordingly, the insurers providing ABC coverage (counter-defendants herein), have removed the Second Siegel Action to bankruptcy court, and all of the insurers have filed motions to withdraw the reference to bankruptcy court so that the Second Siegel Action will properly be heard by this Court.

### 7. Trial Length Estimate

Defendants believe that the length of trial could span 5 days to 2 weeks, depending on outcome of dispositive motions.

DATED: October 17, 2011

WILEY REIN LLP

By:_____/s/_____
   Jason P. Cronic
   Attorneys for Plaintiffs
   XL SPECIALTY INSURANCE COMPANY

DATED: October 17, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:_____/s/_____
   Douglas Ross Irvine
   Gordon J. Calhoun
   Attorneys for Plaintiffs
   XL SPECIALTY INSURANCE COMPANY

DATED: October 17, 2011

TUCKER ELLIS & WEST LLP

By:_____/s/_____
   Kim W. West
   Alec H. Boyd
   Attorneys for Plaintiffs
   ARCH INSURANCE COMPANY

DATED: October 17, 2011

WALKER WILCOX MATOUSEK LLP

By:_____/s/_____
   Edward P. Gibbons
   Tiffany Saltzman-Jones
   Attorneys for Plaintiffs
   ACE AMERICAN INSURANCE COMPANY

DATED: October 17, 2011    CHARLSTON, REVICH & WOLLITZ LLP

By:_____/s/_____
    Ira Revich
    James B. Green
    Attorneys for Plaintiffs
    ACE AMERICAN INSURANCE COMPANY

DATED: October 17, 2011    BATES CAREY NICOLAIDES, LLP

By:_____/s/_____
    Andrew W. Smith
    Michael T. Skoglund
    Ommid C. Farashahi
    Ross B. Edwards
    Attorneys for Plaintiffs
    AXIS INSURANCE COMPANY

DATED: October 17, 2011    YUKEVICH CALFO & CAVANAUGH

By:_____/s/_____
    Alexander G. Calfo
    Attorneys for Plaintiffs
    AXIS INSURANCE COMPANY

DATED: October 17, 2011    COVINGTON & BURLING LLP

By:_____/s/_____
    Dennis B. Auerbach
    Attorneys for Defendant
    MICHAEL W. PERRY

| | | |
|---|---|---|
| DATED: October 17, 2011 | | MEDRANO & CARLTON |

By:_____/s/_____
    John L. Carlton
    Attorneys for Defendant
    A. SCOTT KEYS

DATED: October 17, 2011                  MUNGER, TOLLES & OLSON LLP

By:_____/s/_____
    John W. Spiegel
    Kathleen M. McDowell
    Attorneys for Defendants
    LOUIS E. CALDERA
    HUGH M. GRANT
    PATRICK C. HADEN
    TERRANCE G. HODEL
    ROBERT L. HUNT, II
    LYDIA H. KENNARD
    BRUCE G. WILLISON

DATED: October 17, 2011                  CORBIN, FITZGERALD & ATHEY LLP

By:_____/s/_____
    Michael W. Fitzgerald
    Robert L. Corbin
    Attorneys for Defendants
    JOHN OLISKI
    SAMIR GROVER
    SIMON HEYRICK
    VICTOR H. WOODWORTH
    SCOTT VAN DELLEN
    JILL JACOBSON
    KEVIN CALLAN

JOINT REPORT OF PARTIES PURSUANT TO RULE 26(F)

| | |
|---|---|
| DATED: October 17, 2011 | CORBIN, FITZGERALD & ATHEY LLP<br><br>By:_____/s/_____<br>    Robert L. Corbin<br>    Attorneys for Defendant<br>    ROBERT L. CORBIN |
| DATED: October 17, 2011 | FAIRBANK & VINCENT<br><br>By:_____/s/_____<br>    Robert H. Fairbank<br>    Richard D. Gluck<br>    Attorneys for Defendant<br>    S. BLAIR ABERNATHY |
| DATED: October 17, 2011 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>By:_____/s/_____<br>    John S. Durrant<br>    Kirby D. Behre<br>    Attorneys for Defendants<br>    RICHARD KOON<br>    KENNETH SHELLEM |
| DATED: October 17, 2011 | BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC<br><br>By:_____/s/_____<br>    Theodore A. Boundas<br>    Jeffrey T. Shaw<br>    William Joel Vander Vliet<br>    Attorneys for Counter-Defendants<br>    THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY QA011608 AND CATLIN INSURANCE COMPANY (U.K.) LTD. |

*TUCKER ELLIS & WEST LLP*
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

JOINT REPORT OF PARTIES PURSUANT TO RULE 26(F)

DATED: October 17, 2011                SEDGWICK LLP

                                       By:_____/s/_____
                                           Brian D. Harrison
                                           Veena A. Mitchell
                                           Attorneys for Counter-Defendants
                                           ZURICH AMERICAN INSURANCE
                                           COMPANY

DATED: October 17, 2011                TRESSLER LLP

                                       By:_____/s/_____
                                           Michael R. Delhagen
                                           Kyle P. Barrett
                                           Attorneys for Counter-Defendants
                                           TWIN CITY FIRE INSURANCE
                                           COMPANY

DATED: October 17, 2011                WILEY REIN LLP

                                       By:_____/s/_____
                                           John E. Howell, II
                                           William E. Smith, IV
                                           Attorneys for Counter-Defendants
                                           CONTINENTAL CASUALTY
                                           COMPANY

DATED: October 17, 2011

TRESSLER LLP

By:_____/s/_____
    David Simantob
    Elizabeth L. Musser
    Attorneys for Counter-Defendants
    THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY QA011608 AND CATLIN INSURANCE COMPANY (U.K.) LTD
    ZURICH AMERICAN INSURANCE COMPANY
    TWIN CITY FIRE INSURANCE COMPANY
    CONTINENTAL CASUALTY COMPANY