GORDON J. CALHOUN, SB# 84509
  E-Mail: Calhoun@lbbslaw.com
DOUGLAS R. IRVINE, SB# 119863
  E-Mail: irvine@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, et al., <br><br> Plaintiff(s) <br> v. <br><br> MICHAEL W. PERRY, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> Case No. 2:11-cv-02078-RGK-(JCGx) <br><br><br> **SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☑ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.   Plese see attached pages for signatures.

Dated: _____   _____
                                 Attorney for Plaintiff

Dated: _____   _____
                                 Attorney for Plaintiff

Dated: _____   _____
                                 Attorney for Defendant

Dated: _____   _____
                                 Attorney for Defendant

Dated: _____   _____
                                 Attorney for Defendant

**NOTE: The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request.** If additional signatures are required, attach an additional page to this request.

ADR–01 (03/07)            SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE

## SETTLEMENT PROCEDURE SECTION: REQUEST AND NOTICE

### Signatures

DATED: October 17, 2011                WILEY REIN LLP

                                       By:_____/s/_____
                                           Jason P. Cronic
                                           Attorneys for Plaintiffs
                                           XL SPECIALTY INSURANCE
                                           COMPANY


DATED: October 17, 2011                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       By:_____/s/_____
                                           Douglas Ross Irvine
                                           Gordon J. Calhoun
                                           Attorneys for Plaintiffs
                                           XL SPECIALTY INSURANCE
                                           COMPANY


DATED: October 17, 2011                TUCKER ELLIS & WEST LLP

                                       By:_____/s/_____
                                           Kim W. West
                                           Alec H. Boyd
                                           Attorneys for Plaintiffs
                                           ARCH INSURANCE COMPANY

DATED: October 17, 2011          WALKER WILCOX MATOUSEK LLP

                                 By:_____/s/_____
                                     Edward P. Gibbons
                                     Tiffany Saltzman-Jones
                                     Attorneys for Plaintiffs
                                     ACE AMERICAN INSURANCE
                                     COMPANY

DATED: October 17, 2011          CHARLSTON, REVICH & WOLLITZ LLP

                                 By:_____/s/_____
                                     Ira Revich
                                     James B. Green
                                     Attorneys for Plaintiffs
                                     ACE AMERICAN INSURANCE
                                     COMPANY

DATED: October 17, 2011          BATES CAREY NICOLAIDES, LLP

                                 By:_____/s/_____
                                     Andrew W. Smith
                                     Michael T. Skoglund
                                     Ommid C. Farashahi
                                     Ross B. Edwards
                                     Attorneys for Plaintiffs
                                     AXIS INSURANCE COMPANY

DATED: October 17, 2011          YUKEVICH CALFO & CAVANAUGH

                                 By:_____/s/_____
                                     Alexander G. Calfo
                                     Attorneys for Plaintiffs
                                     AXIS INSURANCE COMPANY

DATED: October 17, 2011                COVINGTON & BURLING LLP

                                       By:_____/s/_____
                                          Dennis B. Auerbach
                                          Attorneys for Defendant
                                          MICHAEL W. PERRY

DATED: October 17, 2011                MEDRANO & CARLTON

                                       By:_____/s/_____
                                          John L. Carlton
                                          Attorneys for Defendant
                                          A. SCOTT KEYS

DATED: October 17, 2011                MUNGER, TOLLES & OLSON LLP

                                       By:_____/s/_____
                                          John W. Spiegel
                                          Kathleen M. McDowell
                                          Attorneys for Defendants
                                          LOUIS E. CALDERA
                                          HUGH M. GRANT
                                          PATRICK C. HADEN
                                          TERRANCE G. HODEL
                                          ROBERT L. HUNT, II
                                          LYDIA H. KENNARD
                                          BRUCE G. WILLISON

DATED: October 17, 2011

CORBIN, FITZGERALD & ATHEY LLP

By:_____/s/_____
    Michael W. Fitzgerald
    Robert L. Corbin
    Attorneys for Defendants
    JOHN OLISKI
    SAMIR GROVER
    SIMON HEYRICK
    VICTOR H. WOODWORTH
    SCOTT VAN DELLEN
    JILL JACOBSON
    KEVIN CALLAN

DATED: October 17, 2011

CORBIN, FITZGERALD & ATHEY LLP

By:_____/s/_____
    Robert L. Corbin
    Attorneys for Defendant
    ROBERT L. CORBIN

DATED: October 17, 2011

FAIRBANK & VINCENT

By:_____/s/_____
    Robert H. Fairbank
    Richard D. Gluck
    Attorneys for Defendant
    S. BLAIR ABERNATHY

DATED: October 17, 2011         PAUL, HASTINGS, JANOFSKY &
                                WALKER LLP

                                By:_____/s/_____
                                    John S. Durrant
                                    Kirby D. Behre
                                    Attorneys for Defendants
                                    RICHARD KOON
                                    KENNETH SHELLEM


DATED: October 17, 2011         BOUNDAS, SKARZYNSKI, WALSH &
                                BLACK, LLC

                                By:_____/s/_____
                                    Theodore A. Boundas
                                    Jeffrey T. Shaw
                                    William Joel Vander Vliet
                                    Attorneys for Counter-Defendants
                                    THOSE CERTAIN UNDERWRITERS
                                    AT LLOYD'S, LONDON
                                    SUBSCRIBING TO POLICY
                                    QA011608 AND CATLIN
                                    INSURANCE COMPANY (U.K.) LTD.


DATED: October 17, 2011         SEDGWICK LLP

                                By:_____/s/_____
                                    Brian D. Harrison
                                    Veena A. Mitchell
                                    Attorneys for Counter-Defendants
                                    ZURICH AMERICAN INSURANCE
                                    COMPANY

DATED: October 17, 2011                TRESSLER LLP

                                       By:_____/s/_____
                                          Michael R. Delhagen
                                          Kyle P. Barrett
                                          Attorneys for Counter-Defendants
                                          TWIN CITY FIRE INSURANCE
                                          COMPANY

DATED: October 17, 2011                WILEY REIN LLP

                                       By:_____/s/_____
                                          John E. Howell, II
                                          William E. Smith, IV
                                          Attorneys for Counter-Defendants
                                          CONTINENTAL CASUALTY
                                          COMPANY

DATED: October 17, 2011                TRESSLER LLP

                                       By:_____/s/_____
                                          David Simantob
                                          Elizabeth L. Musser
                                          Attorneys for Counter-Defendants
                                          THOSE CERTAIN UNDERWRITERS
                                          AT LLOYD'S, LONDON
                                          SUBSCRIBING TO POLICY
                                          QA011608 AND CATLIN
                                          INSURANCE COMPANY (U.K.) LTD
                                          ZURICH AMERICAN INSURANCE
                                          COMPANY
                                          TWIN CITY FIRE INSURANCE
                                          COMPANY
                                          CONTINENTAL CASUALTY
                                          COMPANY