## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-02078-RGK (JCGx) | Date | October 24, 2011 |
|---|---|---|---|
| Title | XL SPECIALTY INSURANCE COMPANY, et al. v. MICHAEL W. PERRY | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Nichole Rhynard | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tiffany Saltzman-Jones | Robert Fairbank |
| Michael Skoglund | Joseph Ybarra |
| Douglas Irvine | Brian Harrison |
| Jason Cronic | John Carlton |
| John Howell | D. Jean Vetta |
| Kim West | John Keith |
| Ed Gibbons | Theodore Soundas |
| | Jeffrey Shaw |
| | Robert Corbin |

**Proceedings:**         **SCHEDULING CONFERENCE**

        Case called.  Court and counsel confer.  The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 5-10 days): | July 24, 2012 at 9:00 a.m. |
| Pretrial Conference: | July 9, 2012 at 9:00 a.m. |
| Motion Cut-Off (last day to file): | May 9, 2012 |
| Discovery Cut-Off: | April 25, 2012 |

        Last day to motion the Court to amend complaint or add parties is December 1, 2011.  Counsel inform the Court that they have selected Settlement Option 3.

        **IT IS SO ORDERED.**

                                                                                    :        4

                                                Initials of Preparer     slw