David Simantob, SBN 155790
dsimantob@tresslerllp.com
Elizabeth L. Musser, SBN 203512
emusser@tresslerllp.com
TRESSLER LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850

Attorneys for Counterdefendants
Catlin Insurance Company (UK) Ltd.,
Continental Casualty Company, and
Twin City Fire Insurance Company, and
Intervenor Defendant Those Certain Underwriters at
Lloyd's, London Subscribing to Policy No. QA011608

(Additional parties and counsel listed on next page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, *et al.*<br><br>　　　　Defendants.<br><br>---<br>AND RELATED COUNTERCLAIMS | Case No. 2:11-CV-2078-RGK-JCG<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF ELIZABETH L. MUSSER IN SUPPORT OF ABC DEFENDANTS' RESPONSE IN OPPOSITION TO FDIC'S MOTION TO INTERVENE**<br><br>Date:　　　November 21, 2011<br>Time:　　　9:00 a.m. |

1

Brian D. Harrison, SBN 157123
brian.harrison@sedgwicklaw.com
Robert S. Gebhard, SBN 158125
robert.gebhard@sedgwicklaw.com
Veena A. Mitchell, SBN 161153
veena.mitchell@sedgwicklaw.com
SEDGWICK LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Zurich American Insurance Co.


Theodore A. Boundas (*admitted pro hac vice*)
tboundas@bswb.com
Jeffrey T. Shaw (*admitted pro hac vice*)
jshaw@bswb.com
W. Joel Vander Vliet (*admitted pro hac vice*)
wvandervliet@bswb.com
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
200 East Randolph Drive, Suite 7200
Chicago, Illinois 60601
Telephone: (312) 946-4200
Facsimile: (312) 946-4272

Attorneys for Counterdefendant
Catlin Insurance Company (UK) Ltd. and
Intervenor Defendant Those Certain Underwriters at
Lloyd's, London Subscribing to Policy No. QA011608

**MUSSER DECL. IN SUPPORT OF ABC DEFS.' OPP. TO FDIC MOT. TO INTERVENE**

William E. Smith (*admitted pro hac vice*)
wsmith@wileyrein.com
John E. Howell (*admitted pro hac vice*)
jhowell@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Attorneys for Continental Casualty Company


Michael R. Delhagen (*admitted pro hac vice*)
mdelhagen@tresslerllp.com
Kyle P. Barrett (*admitted pro hac vice*)
kbarrett@tresslerllp.com
TRESSLER LLP
One Penn Plaza, Suite 4701
New York, New York 10119
Telephone: (646) 833-0900
Facsimile: (646) 833-0877

Attorneys for Twin City Fire Insurance Company

3

**MUSSER DECL. IN SUPPORT OF ABC DEFS.' OPP. TO FDIC MOT. TO INTERVENE**

I, Elizabeth L. Musser, declare:

1.      I am an attorney in the law firm of Tressler LLP, counsel to Counterdefendants Catlin Insurance Company (UK) Ltd., Continental Casualty Company, and Twin City Fire Insurance Company, and Intervenor Defendant Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. QA011608 (together with Zurich American Insurance Company, the "ABC Carriers").  I submit this declaration in support of the ABC Carriers' Response in Opposition to the FDIC's Motion to Intervene.  The matters in this declaration are based upon my own personal knowledge or upon my review of the record in this and other related actions.  I am over the age of eighteen years and if called as a witness, I could and would testify competently hereto under oath.

2.      On July 20, 2011, defendants and counterclaimants Michael W. Perry, A. Scott Keys, S. Blair Abernathy, John Olinski, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, William Rothman, Jill Jacobson, and Kevin Callan filed a Counterclaim in this action.  A true and correct copy of the Counterclaim, including Exhibit 1 to the Counterclaim (insurance policy no. 509/QA011608 issued by Those Certain Underwriters At Lloyd's, London and Catlin Insurance Company (UK) Ltd., Subscribing to Policy No. QA011608, referred to as the "Primary Policy"), is attached hereto as **Exhibit 1**.

3.      On October 14, 2011, IndyMac MBS, Inc. filed a complaint in the Superior Court of the State of California for the County of Los Angeles, initiating *IndyMac MBS, Inc. v. Zurich American Insurance Co.*, Case No. BC47159.  A true and correct copy of this complaint (without exhibits) is attached hereto as **Exhibit 2**.

4.      On October 17, 2011, IndyMac MBS, Inc. filed a First Amended Complaint in *IndyMac MBS, Inc. v. Zurich American Insurance Co.*, Case No. BC47159 (Los Angeles County Superior Court).  A true and correct copy of this First Amended Complaint (without exhibits) is attached hereto as **Exhibit 3**.

**MUSSER DECL. IN SUPPORT OF ABC DEFS.' OPP. TO FDIC MOT. TO INTERVENE**

5. On August 25, 2011, this Court entered an Amended Order in *IndyMac MBS, Inc. v. ACE American Insurance Company*, Case No. 2:11-cv-2950 (C.D. Cal.), Docket No. 117. A true and correct copy of this Amended Order is attached hereto as **Exhibit 4**.

6. On September 6, 2011, IndyMac MBS, Inc. filed a Response to the Court's Order to Show Cause in *IndyMac MBS, Inc. v. ACE American Insurance Company*, Case No. 2:11-cv-2950 (C.D. Cal.), Docket No. 119. A true and correct copy of this Response is attached hereto as **Exhibit 5**.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 31st day of October 2011 in Los Angeles, California.

/s/ Elizabeth L. Musser

Elizabeth L. Musser

**MUSSER DECL. IN SUPPORT OF ABC DEFS.' OPP. TO FDIC MOT. TO INTERVENE**