# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **XL SPECIALTY INSURANCE COMPANY,** *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>**MICHAEL W. PERRY,** *et al.*,<br><br>        Defendants. | Case No. 2:11-CV-2078-RGK-JCG<br><br>**[PROPOSED] ORDER ON PLAINTIFFS/COUNTERCLAIM DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:      January 17, 2012<br>Time:     9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

This matter is before the Court on the Motion for Judgment on the Pleadings filed by Plaintiffs and Counterclaim Defendants XL Specialty Insurance Company, Arch Insurance Company, ACE American Insurance Company, and AXIS Insurance Company (the "08-09 A-Side Insurers"). Having considered the Motion, the Memorandum of Points and Authorities in support of the Motion and the record, and being sufficiently advised:

IT IS HEREBY ORDERED THAT the 08-09 A-Side Insurers' Motion for Judgment on the Pleadings is GRANTED; and

It is FURTHER ORDERED THAT the Classic A-Side Management Liability Insurance Policy, Policy No. ELU103295-08, issued by XL Specialty Insurance Company, the Excess Insurance Policy, Policy No. ABX0020231-01, issued by Arch Insurance Company, the Excess Liability Insurance Policy, Policy No. DOX G21681647 003, issued by ACE American Insurance Company, and the SecurExcess Policy, Policy No. MNN 712064/01/2008 issued by AXIS Insurance Company (collectively, the "08-09 A-Side Policies") afford no coverage for the Underlying Matters, as defined in the A-Side Insurers' Motion for Judgment on the Pleadings, because the Underlying Matters are deemed not first made during the claims-made policy period of the 08-09 A-Side Policies and because coverage for the Underlying Matters would in any event be precluded by the Specific Litigation and Prior Notice Exclusions contained or incorporated in the 08-09 A-Side Policies.

It is FURTHER ORDERED that, because the 08-09 A-Side Policies afford no coverage, the 08-09 A-Side Insurers have no obligation to advance defense expenses or to indemnify with respect to the Underlying Matters.

DATED: _____ \_\_, 2011

By:_____
Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE