GORDON J. CALHOUN, SB# 84509
   E-Mail: calhoun@lbbslaw.com
DOUGLAS R. IRVINE, SB# 119863
   E-Mail: irvine@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Plaintiff and Counterclaim Defendant,
XL SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-2078-RGK-JCG<br><br>**STIPULATION REGARDING CERTAIN EXHIBITS AND ALLEGATIONS FILED IN SUPPORT OF MOTIONS FOR JUDGMENT ON THE PLEADINGS**<br><br>Date: January 9, 2012<br>Time: 9:00 a.m.<br>Courtroom: 850<br>Hon. R. Gary Klausner |

Defendants and Counterclaimants Michael W. Perry ("Mr. Perry") and A. Scott Keyes ("Mr. Keyes"); Plaintiffs and Counterdefendants XL Specialty Insurance Company ("XL Specialty"), Arch Insurance Company ("Arch"), ACE American Insurance Company ("ACE"), and AXIS Insurance Company ("AXIS"); Counterdefendants Catlin Insurance Company (UK) Ltd. ("Catlin"), Twin City Fire Insurance Company ("Twin City"), Zurich American Insurance Company

4831-3042-1006.1
STIPULATION RE CERTAIN EXHIBITS AND ALLEGATIONS      11-CV-2078-RGK

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

("Zurich"), and Continental Casualty Company ("Continental Casualty"); and Intervenor Defendants Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. 509/QA011608 ("Underwriters") agree and stipulate that:

1. Exhibit 1 to this stipulation (Exhibit 1 to the Joint Counterclaims of Defendants/Counterclaimants Michael W. Perry, et al. (the "Joint Counterclaims") [D.E. 97]) is a true and correct copy of a "Directors, Officers and Company Liability Policy," Policy No. 509/QA11608, in which Underwriters and Catlin participate.

2. Exhibit 2 to this stipulation is a true and correct copy of a "Financial Institutions Excess Insurance Policy," Policy No. DOC-9035134-01, issued by Zurich. Exhibit 2 to this stipulation corrects the omission of an endorsement from the version of Zurich's policy that was attached as Exhibit 2 to the Joint Counterclaims.

3. Exhibit 3 to this stipulation (Exhibit 3 to the Joint Counterclaims) is a true and correct copy of "The Hartford Universal Excess™ Policy," Policy No. 00 DA 0248886-08, issued by Twin City.

4. Exhibit 4 to this stipulation (Exhibit 4 to the Joint Counterclaims) is a true and correct copy of a "Excess Insurance Policy," Policy No. DOX 287221440, issued by Continental Casualty.

5. Exhibit 5 to this stipulation (Exhibit A to the Complaint [D.E. 1]) is a true and correct copy of a "Classic A-Side Management Liability Insurance Policy," Policy No. ELU103295-08, issued by XL Specialty.

6. Exhibit 6 to this stipulation (Exhibit 5 to the Joint Counterclaims) is a true and correct copy of an "Excess Insurance Policy," Policy No. ABX0020231-01, issued by Arch.

7. Exhibit 7 to this stipulation (Exhibit C to the Complaint) is a true and correct copy of an "Excess Liability Insurance Policy," Policy No. DOX G21681647 003, issued by ACE.

8. Exhibit 8 to this stipulation (Exhibit D to the Complaint) is a true and correct copy of "SecurExcess Policy," Policy No. MNN 712064/01/2008 issued by AXIS.

9. Each of the insurance policies described in paragraphs 1 to 8 above has a policy period from March 1, 2008 to April 1, 2009 and shall be referred to as a "2008-09 Policy."

10. Exhibit 9 to this stipulation (Exhibit 6 to the Joint Counterclaims) is a true and correct copy of a "Directors, Officers and Company Liability Policy," Policy No. 509/QA006807, in which Certain Underwriters at Lloyd's, London and Lexington Insurance Company participate.

11. Exhibit 10 to this stipulation (Exhibit 7 to the Joint Counterclaims) is a true and correct copy of a "Financial Institutions Excess Insurance Policy," Policy No. DOC 9035134 00, issued by Zurich.

12. Exhibit 11 to this stipulation (Exhibit 8 to the Joint Counterclaims) is a true and correct copy of an "Excess Policy," Policy No. 8208-0386, issued by Federal Insurance Company.

13. Exhibit 12 to this stipulation (Exhibit 9 to the Joint Counterclaims) is a true and correct copy of an "Excess Insurance Policy," Policy No. 966-82-76, issued by National Union Fire Insurance Company of Pittsburgh, PA.

14. Exhibit 13 to this stipulation (Exhibit 10 to the Joint Counterclaims) is a true and correct copy of a "Classic A-Side Management Liability Insurance Policy," Policy No. ELU096700-07, issued by XL Specialty.

15. Exhibit 14 to this stipulation (Exhibit 11 to the Joint Counterclaims) is a true and correct copy of an "Excess Insurance Policy," Policy No. ABX0020231-00, issued by Arch.

16. Exhibit 15 to this stipulation (Exhibit 12 to the Joint Counterclaims) is a true and correct copy of an "Excess Liability Insurance Policy," Policy No. DOX G21681647 002, issued by ACE.

17. Exhibit 16 to this stipulation (Exhibit 13 to the Joint Counterclaims) is a true and correct copy of a "SecurExcess Policy," Policy No. MNN 712064/01/2007, issued by Axis Reinsurance Company.

18. Exhibit 17 to this stipulation is a true and correct copy of the initial complaint in the action styled *Reese v. IndyMac Bancorp,* No. 07-cv-1635 (C.D. Cal.), which was initiated March 12, 2007 and subsequently styled *Tripp et al. v. IndyMac Bancorp, Inc. et al.* ("*Tripp*").

19. Exhibit 18 to this stipulation is a true and correct copy of the Class Action Amended Complaint filed in *Tripp*.

20. Exhibit 19 to this stipulation (Exhibit 14 to the Joint Counterclaims) is a true and correct copy of the Second Amended Class Action Complaint filed in *Tripp*. Exhibit 19 is the last amendment of the complaint in *Tripp* prior to March 1, 2008.

21. Exhibit 20 to this stipulation is a true and correct copy of the Third Amended Class Action Complaint filed in *Tripp*.

22. Exhibit 21 to this stipulation is a true and correct copy of the Fourth Amended Class Action Complaint filed in *Tripp*.

23. Exhibit 22 to this stipulation is a true and correct copy of the Fifth Amended Class Action Complaint filed in *Tripp*.

24. Exhibit 23 to this stipulation is a true and correct copy of the Sixth Amended Class Action Complaint filed in *Tripp*.

25. Exhibit 24 to this stipulation (Exhibit F to the Complaint) is a true and correct copy of the Fourth Amended Consolidated Class Action Complaint in the

1 action styled *Daniels v. Perry*, No. 08-cv-03812 (C.D. Cal.), which was filed September 9, 2010.

26. Exhibit 25 to this stipulation is a true and correct copy of the Fifth Amended Consolidated Class Action Complaint filed in the action styled *Daniels v. Perry*, No. 08-cv-03812 (C.D. Cal.).

27. Exhibit 26 to this stipulation (Exhibit H to the Complaint) is a true and correct copy of the complaint filed in the action styled *FDIC v. Van Dellen*, No. 2:10-cv-04195-DSF-SH (C.D. Cal.), which was filed July 2, 2010.

28. Exhibit 27 to this stipulation (Exhibit K to the Complaint) is a true and correct copy of the original complaint in the action styled *IBEW Local 103 v. IndyMac Bank MBS, Inc.*, No. BC405843 (Cal. Super. Ct., Los Angeles County), which was filed January 20, 2009.

29. Exhibit 28 to this stipulation (Exhibit L to the Complaint) is a true and correct copy of the Amended Consolidated Class Action Complaint in the action styled *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-cv-4583 (S.D.N.Y.), filed October 29, 2009.

30. Exhibit 29 to this stipulation is a true and correct copy of the Second Amended Consolidated Class Action Complaint in the action styled *In re IndyMac Mortgage-Backed Securities Litigation*, No. 09-cv-4583 (S.D.N.Y.), which was filed August 15, 2011.

31. Exhibit 30 to this stipulation (Exhibit M to the Complaint) is a true and correct copy of the complaint in the action styled *MBIA Insurance Corp. v. IndyMac ABS, Inc.*, No. BC422358 (Cal. Super. Ct., Los Angeles County), which was filed September 22, 2009.

32. Exhibit 31 to this stipulation (Exhibit N to the Complaint) is a true and correct copy of the initial complaint in the action styled *Assured Guaranty*

1 *Municipal Corp. v. UBS Securities, LLC*, No. BC445785 (Cal. Super. Ct., Los Angeles County), which was filed September 17, 2010.

33. Exhibit 32 to this stipulation (Exhibit 17 to the Joint Counterclaims) is a true and correct copy of the first amended complaint in the action styled *Assured Guaranty Municipal Corp. v. UBS Securities, LLC*, No. BC445785 (Cal. Super. Ct., Los Angeles County), which was filed May 5, 2011.

34. Exhibit 33 to this stipulation (Exhibit J to the Complaint) is a true and correct copy of the complaint in the action styled *Siegel v. Caldera, et al.*, Case No. 2:09-ap-2645-BB, which action was commenced on November 13, 2009 in the United States Bankruptcy Court for the Central District of California.

35. Exhibit 34 to this stipulation is a true and correct copy of the document designated "Exhibit 1" to the complaint filed in the action styled *Siegel v. Caldera, et al.*, Case No. 2:09-ap-2645-BB (Bankr. C.D. Cal.), as such document was filed with the United States Bankruptcy Court for the Central District of California.

36. Exhibit 35 to this Stipulation (Exhibit 19 to the Joint Counterclaims) is a true and correct copy of the complaint in the action styled *FDIC v. Perry*, No. 11-cv-5561 (C.D. Cal.), which was filed July 6, 2011.

37. Exhibit 36 to this stipulation (Exhibit G to the Complaint) is a true and correct copy of a letter dated March 27, 2009 from Thomas D. Long addressed to defendants Richard Koon, Kenneth Shellem, and Scott Van Dellen.

38. Exhibit 37 to this stipulation (Exhibit 16 to the Joint Counterclaims) is a true and correct copy of a letter dated March 27, 2009 from Thomas D. Long addressed to Mr. Perry and others.

39. Exhibit 38 to this stipulation (Exhibit I to the Complaint) is a true and correct copy of a letter dated May 28, 2009 from Andrew L. Sandler on behalf of Alfred H. Siegel.

40. Exhibit 39 to this stipulation (Exhibit 18 to Joint Counterclaims) is a true and correct copy of the complaint in *Securities and Exchange Commission v. Michael W. Perry et al.*, Case No. CV11-01309-GHK (JCx), which action was commenced on February 11, 2011 in the United States District Court for the Central District of California.

41. Exhibit 40 to this stipulation (Exhibit 20 to the Joint Counterclaims) is a true and correct copy of a letter dated February 26, 2009 from Jarrett A. Williams to various insurance company representatives. Each of the following Counterdefendants received Exhibit 40 to this stipulation during the policy period of its 2008-09 Policy: Underwriters, Catlin, Zurich, Twin City, and Continental Casualty.

42. Exhibit 41 to this stipulation (Exhibit 21 to the Joint Counterclaims) is a true and correct copy of a letter dated February 26, 2009 from Jarrett A. Williams to various insurance company representatives. Each of the following Counterdefendants received Exhibit 41 to this stipulation during the policy period of its 2008-09 Policy: AXIS, ACE, Arch, and XL Specialty.

43. Exhibit 42 to this stipulation (Exhibit 24 to the Joint Counterclaims) is a true and correct copy of a letter dated February 25, 2009 from Jeffrey B. Clancy to various insurance company representatives. Each of the following Counterdefendants received Exhibit 42 to this stipulation during the policy period of its 2008-09 Policy: Underwriters, Catlin, Zurich, Twin City, and Continental Casualty.

44. Exhibit 43 to this stipulation (Exhibit 25 to the Joint Counterclaims) is a true and correct copy of a letter dated February 27, 2009 from Jeffrey B. Clancy to various insurance company representatives. Each of the following Counterdefendants received Exhibit 43 to this stipulation during the policy period of its 2008-09 Policy: AXIS, ACE, Arch, and XL Specialty.

45. Exhibit 44 to this stipulation is a true and correct copy of an order entered on June 4, 2010 in the action styled *Siegel v. Caldera, et al.*, Case No. 2:09-ap-2645-BB (Bankr. C.D. Cal.).

46. Each of the Counterdefendants and Intervenor Defendants Underwriters has received written notice of the matters designated as the "Underlying Matters" in paragraphs 54-66 of the Joint Counterclaims.

47. Each of the Counterdefendants and Intervenor Defendants Underwriters contends that there is no coverage for any of the "Underlying Matters" under its 2008-09 Policy.

TRESSLER LLP

By: _____
David Simantob, SBN 155790
dsimantob@tresslerllp.com
Elizabeth L. Musser, SBN 203512
emusser@tresslerllp.com
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850

*Attorneys for Counterdefendants*
*Catlin Insurance Company (UK) Ltd., Twin City*
*Fire Insurance Company and Continental*
*Casualty Company, and*
*Intervenor Defendants Those Certain*
*Underwriters at Lloyd's, London Subscribing to*
*Policy No. QA011608*

```
 1
 2                              SEDGWICK LLP
 3
 4                              By: _____
                                    Brian D. Harrison, SBN 157123
 5                                  brian.harrison@sedgwicklaw.com
 6                                  Robert S. Gebhard, SBN 158125
                                    robert.gebhard@sedgwicklaw.com
 7                                  Veena A. Mitchell, SBN 161153
 8                                  veena.mitchell@sedgwicklaw.com
                                    333 Bush Street, 30th Floor
 9                                  San Francisco, California 94105
10                                  Telephone: (415) 781-7900
                                    Facsimile: (415) 781-2635
11
12                              *Attorneys for Counterdefendant Zurich American
                                Insurance Co.*
13
14
                                WILEY REIN LLP
15
16
                                By: _____
17                                  Jason P. Cronic
                                    jcronic@wileyrein.com
18                                  1776 K Street NW
19                                  Washington, DC 20006
                                    Telephone: (202) 429-7000
20                                  Facsimile: (202) 719-7049
21
                                *Attorneys for Plaintiff and Counterdefendant
22                              XL Specialty Insurance Company*
23
24
25
26
27
28
```

4831-3042-1006.1

9

STIPULATION RE CERTAIN EXHIBITS AND ALLEGATIONS                    11-CV-2078-RGK

LEWIS BRISBOIS

SEDGWICK LLP

By: _____
Brian D. Harrison, SBN 157123
brian.harrison@sedgwicklaw.com
Robert S. Gebhard, SBN 158125
robert.gebhard@sedgwicklaw.com
Veena A. Mitchell, SBN 161153
veena.mitchell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Counterdefendant Zurich American Insurance Co.*

WILEY REIN LLP

By: _____
Jason P. Cronic
jcronic@wileyrein.com
1776 K Street NW
Washington, DC 20006
Telephone: (202) 429-7000
Facsimile: (202) 719-7049

*Attorneys for Plaintiff and Counterdefendant XL Specialty Insurance Company*

4831-3042-1006.1

9
STIPULATION RE CERTAIN EXHIBITS AND ALLEGATIONS

11-CV-2078-RGK

TUCKER ELLIS AND WEST LLP

By: _____
Kim W West
kwest@tuckerellis.com
Alec H Boyd
alec.boyd@tuckerellis.com
135 Main Street Suite 700
San Francisco, CA 94105
415-617-2400
Fax: 415-617-2409

*Attorneys for Plaintiff and Counterdefendant Arch Insurance Company*

WALKER WILCOX MATOUSEK LLP

By: _____
Edward P Gibbons
egibbons@wwmlawyers.com
Tiffany Saltzman-Jones
tsj@wwmlawyers.com
One North Franklin Street
Suite 3200
Chicago, IL 60606
312-244-6745
Fax: 312-244-6800

*Attorneys for Plaintiff and Counterdefendant ACE American Insurance Company*

TUCKER ELLIS AND WEST LLP

By: _____
Kim W West
kwest@tuckerellis.com
Alec H Boyd
alec.boyd@tuckerellis.com
135 Main Street Suite 700
San Francisco, CA 94105
415-617-2400
Fax: 415-617-2409

*Attorneys for Plaintiff and Counterdefendant Arch Insurance Company*

WALKER WILCOX MATOUSEK LLP

By: *[signature: Tiffany S. Saltzman-Jones]* _____
Edward P Gibbons
egibbons@wwmlawyers.com
Tiffany Saltzman-Jones
tsj@wwmlawyers.com
One North Franklin Street
Suite 3200
Chicago, IL 60606
312-244-6700
Fax: 312-244-6800

*Attorneys for Plaintiff and Counterdefendant ACE American Insurance Company*

BATES CAREY NICOLAIDES LLP

By: _____
Ommid Farashahi
ofarashahi@bcnlaw.com
Andrew W. Smith
asmith@bcnlaw.com
Michael T. Skoglund
mskoglund@bcnlaw.com
Ross B. Edwards
redwards@bcnlaw.com
191 N. Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100
Fax: (312) 762-3200

*Attorneys for Plaintiff and Counterdefendant AXIS Insurance Company*

COVINGTON & BURLING LLP

By: _____
D. Jean Veta (*pro hac vice*)
jveta@cov.com
Dennis B. Auerbach (*pro hac vice*)
dauerbach@cov.com
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Defendant and Counterclaimant Michael W. Perry*

BATES CAREY NICOLAIDES LLP

By: _____
Ommid Farashahi
ofarashah@bcnlaw.com
Andrew W. Smith
asmith@bcnlaw.com
Michael T. Skoglund
mskoglund@bcnlaw.com
Ross B. Edwards
redwards@bcnlaw.com
191 N. Wacker, Suite 2400
Chicago, IL 60606
Telephone: (312) 762-3100
Fax: (312) 762-3200

*Attorneys for Plaintiff and Counterdefendant AXIS Insurance Company*

COVINGTON & BURLING LLP

By: _____
D. Jean Veta (*pro hac vice*)
jveta@cov.com
Dennis B. Auerbach (*pro hac vice*)
dauerbach@cov.com
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-6000
Fax: (202) 662-6291

*Attorneys for Defendant and Counterclaimant Michael W. Perry*

MEDRANO & CARLTON

By: /s/ John Carlton
John Carlton (SBN 88925)
jcarlton@medranocarlton.com
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 996-8355
Fax: (213) 996-8356

*Attorneys for Defendant and Counterclaimant A. Scott Keys*

4831-3042-1006.1
12
STIPULATION RE CERTAIN EXHIBITS AND ALLEGATIONS
11-CV-2078-RGK