# EXHIBIT A

Katherine A
Freemantle/LOS-CA/US/Mars
h/MMC

02/19/2008 06:38 PM

To     jules.vogul@indymacbank.com

cc     roobik.galoosian@indymacbank.com

bcc

Subject   Fw: Litigation Exclusion and Interelated Wrongful
           Acts Endorsement

Jules, to expand on my explanation below, the intent of this endorsement is to tie any so-called "subprime" claims, made against IMB in the new policy period, back to the 2007 policy period (and it's aggregate limit). This will be accomplished through the Interrelated Wrongful Act wording. The problem with the wording as it stands is that it is too broad in the scope of what must be tied back to 2007. Any claims involving allegations of wrongdoing in connection with the types of loans that are part of the current litigation (Tripp/Reese) should tie back to the 2007 bucket. Claims involving other types of loans (such as Financial Freedom's reverse mortgages, loans which you did not originate but do service for other parties, jumbo loans etc) should be part of the 2008 bucket, which will provide an unimpaired aggregate limit for any new, unrelated claims. If you could assist with some langauge amending the Interrelated Wrongful Act wording that excepts from it these unrelated loan types, that would, I believe, do the trick. If you could get that to me I will have our claims advocate review it along with our placement staff before sending the endorsement language to BRIT for their approval.

Many thanks for your assistance with this.

Thanks also for sharing with me the concerns that Mike and Richard have for the renewal; these are indeed difficult times and we have, and will continue to, make use of all our resources and relationships to get to the best possible outcome for IMB.

Regards,

Kate Freemantle
Client Advisor
Marsh Risk and Insurance Services
Tel: 213.346.5519
Fax: 213.346.5757
e-mail: Kate.Freemantle@Marsh.com

—— Forwarded by Katherine A Freemantle/LOS-CA/US/Marsh/MMC on 02/19/2008 06:27 PM ——

Katherine A
Freemantle/LOS-CA/US/Mars
h/MMC

02/19/2008 02:53 PM

To     mrossi@inslawgroup.com

cc     roobik.galoosian@indymacbank.com

Subject   Litigation Exclusion and Interelated Wrongful
           Acts Endorsement

Mike, we need to make some changes to this endorsement wording to carve back coverage for Financial Freedom and for IMB's Jumbo loans. Also, the exclusion does not currently differentiate between IMB's origination and servicing businesses, but should do so by only excluding the loans IMB originates and not the ones it services, but did not originate. Can you suggest how we might address these exceptions to the exclusion?



Litigation Exclusion and Interelated Wrongful Acts.doc

MARSH 01903

Regards,

Kate Freemantle
Client Advisor
Marsh Risk and Insurance Services
Tel: 213.346.5519
Fax: 213.346.5757
e-mail: Kate.Freemantle@Marsh.com

All Recipients
To:      mrossi@xnslawgroup.com
cc:      roobik.galoosian@indymacbank.com
From:    Katherine A Freemantle/LOS-CA/US/Marsh/MMC

All Recipients
To:      jules.vogul@indymacbank.com
cc:      roobik.galoosian@indymacbank.com
From:    Katherine A Freemantle/LOS-CA/US/Marsh/MMC

MARSH 01904

**Specific Litigation Exclusion:**

It is hereby understood and agreed that Clause **III. EXCLUSIONS** is amended by the addition of the following:

> "based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving any **Loss** resulting from any **Claim** in respect of the following:
>
> ○ Wayman Tripp and Sven Mossberg v. Indymac Bancorp, Inc., Michael W Perry, Scott Keys.
> ○ Claude A Reese vs Indymac Financial Inc, Richard A Wohl, Scott Keys"

All other terms and conditions remain unchanged.

**Interrelated Wrongful Acts:**

It is hereby understood and agreed that Clause II, Definitions L is deleted and replaced by the following:

L.   **"Interrelated Wrongful Acts"** means Wrongful Acts which have as a common nexus any fact, circumstance, situation, event, transaction or series of facts, circumstances, situations, events or transactions.

Furthermore, it is understood that the Wayman et al and Reese litigation notified to Underwriters is deemed to include allegations of Wrongful Acts in sub-prime mortgage origination, lending and securitisation activities and predatory lending practices.

All other terms and conditions remain unchanged.

MARSH 01905

# EXHIBIT B



"Vogel, Jules"
<Jules.Vogel@imb.com>
02/21/2008 04:21 PM

To   mrossi@inslawgroup.com, "Tyukody, Daniel"
     <dtyukody@orrick.com>
cc   Katherine A
     Freemantle/LOS-CA/US/Marsh/MMC@MMC,
     Siobhan
     OBrien/NYC-NY/US/Marsh/MMC@MMC
bcc
Subject  IMB Litigation Exclusion / Interrelated Wrongful
         Acts Language

Mike and Dan,

Richard Wohl has reviewed the language and has suggested it be modified further, as reflected on the attached.  Please review and comment ASAP.

Thanks,
Jules


MIKE -- Also, Richard has asked for you to explain how it is clear that matters defined as Interrelated Wrongful Acts are in fact covered by the 2007 policy even if the underlying events don't happen until sometime in 2008 (or beyond, if we continue to have the same Interrelated Wrongful Acts clause in future

policies). SpecificLitigationExclusionRenewal IMB Edits 022108.doc

All Recipients
To:    mrossi@inslawgroup.com, "Tyukody, Daniel" <dtyukody@orrick.com>
cc:    Katherine A Freemantle/LOS-CA/US/Marsh/MMC@MMC, Siobhan
       OBrien/NYC-NY/US/Marsh/MMC@MMC
From:  "Vogel, Jules" <Jules.Vogel@imb.com>

MARSH 01886

**Specific Litigation Exclusion and Interrelated Wrongful Acts Endorsement**

It is hereby understood and agreed as follows:

A.     that Clause III. EXCLUSIONS is amended by the addition of the following:

"based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving any **Loss** resulting from the following:

> Deleted: any **Claim** in respect of

1.     the litigation styled *Wayman Tripp and Sven Mossberg v. Indymac Bancorp, Inc., Michael W. Perry, and Scott Keys*, initiated 12 March 2007, in the United States District Court for the Central District of California under the caption *Claude A. Reese v. Indymac Financial Inc, Richard A. Wohl, and Scott Keys*, case number 2:07-cv-1635-GW-VBK (the "Tripp Litigation"); or

2.     Any **Interrelated Wrongful Acts** with respect to the Tripp Litigation.

All other terms and conditions remain unchanged.

> **Formatted:** Bullets and Numbering
>
> **Deleted:** <#>any fact, circumstance, situation, event, transaction or series of facts, circumstances, situations, events or transactions underlying or alleged in the Tripp Litigation, ¶
> ¶
> regardless of the legal theory upon which such **Claim** is predicated ¶
> ¶
> B   Furthermore, for the purposes of the applicability of Clauses Definitions III.L.; Exclusions III.B., and Limit of Liability, Retentions and Order of Payments, IV.C.; it is hereby understood and agreed as follows:¶
> ¶
> that the Tripp Litigation is deemed to include, without limitation, allegations of **Wrongful Acts** and facts, circumstances, situations, events, transactions or series of facts, circumstances, situations, events or transactions relating to or in any way involving mortgage loans that are not saleable to government sponsored enterprises."¶

P:\DRLT01\13533\CORRESPONDENCE\Litigation Exclusion and Interrelated Wrongful Acts Endorsement.doc

MARSH 01887

# EXHIBIT C

| | | |
|---|---|---|
| Katherine A Freemantle/LOS-CA/US/Marsh/MMC | To | tboundas@bswb.com, tferro@bswb.com, neil.beaton@britinsurance.com |
| 02/21/2008 09:16 PM | cc | James Cleaver/LON/GB/Marsh/MMC@MMC, Siobhan OBrien/NYC-NY/US/Marsh/MMC@MMC |
| | bcc | |
| | Subject | SLE/WAE 2 21 08 |

Please see attached the revised version of the Specific Litigation Exclusion and Interrelated Wrongful Act Endorsement wording that Indymac requests be utilized for the renewal:



SpecificLitigationExclusionRenewal IMB Edits 022108.doc

Regards,

Kate Freemantle
Client Advisor
Marsh Risk and Insurance Services
Tel: 213.346.5519
Fax: 213.346.5757
e-mail: Kate.Freemantle@Marsh.com

All Recipients
To:      tboundas@bswb.com, tferro@bswb.com, neil.beaton@britinsurance.com
cc:      James Cleaver/LON/GB/Marsh/MMC@MMC, Siobhan OBrien/NYC-NY/US/Marsh/MMC@MMC
From:   Katherine A Freemantle/LOS-CA/US/Marsh/MMC

MARSH 02094

**Specific Litigation Exclusion and Interrelated Wrongful Acts Endorsement**

It is hereby understood and agreed as follows:

A.     that Clause **III. EXCLUSIONS** is amended by the addition of the following:

"based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving any **Loss** resulting from the following:

> **Deleted:** any **Claim** in respect of

1.     the litigation styled *Wayman Tripp and Sven Mossberg v. Indymac Bancorp, Inc., Michael W. Perry, and Scott Keys,* initiated 12 March 2007, in the United States District Court for the Central District of California under the caption *Claude A. Reese v. Indymac Financial Inc, Richard A. Wohl, and Scott Keys,* case number 2:07-cv-1635-GW-VBK (the "Tripp Litigation"); or

2.     Any Interrelated Wrongful Acts with respect to the Tripp Litigation.

> **Formatted:** Bullets and Numbering

All other terms and conditions remain unchanged.

> **Deleted:** <#>any fact, circumstance, situation, event, transaction or series of facts, circumstances, situations, events or transactions underlying or alleged in the Tripp Litigation, ¶
> ¶
> regardless of the legal theory upon which such **Claim** is predicated.¶
> ¶
> B. . Furthermore, for the purposes of the applicability of Clauses Definitions II.I.; Exclusions III.B., and Limit of Liability, Retentions and Order of Payments, IV.C.; it is hereby understood and agreed as follows:¶
> ¶
> that the Tripp Litigation is deemed to include, without limitation, allegations of **Wrongful Acts** and facts, circumstances, situations, events, transactions or series of facts, circumstances, situations, events or transactions relating to or in any way involving mortgage loans that are not saleable to government sponsored enterprises."¶

P:\BRIT01\13533\CORRESPONDENCE\Litigation Exclusion and Interrelated Wrongful Acts Endorsement.doc

MARSH 02095

# EXHIBIT D

| Siobhan | To | Katherine A |
| OBrien/NYC-NY/US/Marsh/M | | Freemantle/LOS-CA/US/Marsh/MMC@MMC |
| MC | cc | |
| 02/22/2008 08:59 AM | bcc | |
| | Subject | Fw: Indymac |

Siobhan O'Brien
Senior Vice President - FINPRO
1166 Avenue of the Americas
New York, NY 10036
212 -345-6901
siobhan.obrien@marsh.com

---- Forwarded by Siobhan OBrien/NYC-NY/US/Marsh/MMC on 02/22/2008 12:00 PM ----

| Siobhan | | |
| OBrien-NYC-NY/US/Marsh/M | To | "James Cleaver" <james.cleaver@marsh.com>, |
| MC | | "Toby Pollard" <Toby.J.Pollard@marsh.com>, |
| 02/21/2008 10:15 PM | | markmcginnis@marsh.com, "Mark RussellVick" |
| | | <Mark.T.Russell-Vick@marsh.com> |
| | cc | |
| | Subject | Indymac |

James

I had another extremely difficult call with Jules and Roobik tonight.

They have asked me to confirm that the most senior Marsh management in London are involved on this account and weighing in on this issue with the on the Interrelated language. Can you and Toby call me tomorrow to discuss please.

Their feeling, and Mike Rossi agrees, is that the current policy language should be sufficient to address the concerns that BRIT have.

Also, they are concerned that BRIT are effectively putting a 'subprime' exclusion on this via BRIT's proposed amendment to the Interrelated language. They have come up with another version of the endorsement which Kate will send to you via a separate email. She is also sending this to the lawyers and to Neil Beaton so that it can be discussed tomorrow as we need to have it resolved by close of business tomorrow.

I spoke with Teri Ferro at the Boundas firm tonight and I explained why we believe the language is too broad on the Interrelated definition. We cannot exclude the non GSE loans as it basically has the effect of excluding everything they do, both Servicing and Originations, that they can't sell to the GSE's. Indymac are questionning whether BRIT fully understands what their loan book constitutes.

Kate and I have no doubt that every effort is being made to get a resolution favourable to our client but Roobik and Jules need to reassure Richard Wohl of these efforts. Richard has thrown out the 'AON' word on a number of occassions over the past few days.

Thanks
Siobhan
----------------------
Sent from my BlackBerry Wireless Device

MARSH 02084

All Recipients
To:      "James Cleaver" <james.cleaver@marsh.com>, "Toby Pollard" <Toby.J.Pollard@marsh.com>, mark.mcginnis@marsh.com, "Mark RussellVick" <Mark.T.Russell-Vick@marsh.com>
cc:
From:    Siobhan OBrien/NYC-NY/US/Marsh/MMC

All Recipients
To:      Katherine A Freemantle/LOS-CA/US/Marsh/MMC@MMC
cc:
From:    Siobhan OBrien/NYC-NY/US/Marsh/MMC

MARSH 02085

# EXHIBIT E

Katherine A
Freemantle/LOS-CA/US/Mars
h/MMC

02/25/2008 08:58 AM

To  roobik.galoosian@indymacbank.com

cc  jules.vogel@indymacbank.com

bcc

Subject  BRIT's response to our request for amendment to
the Specific Litigation Excln.

Great news - this just in from London. BRIT has offered the following wording for the Tripp exclusion:



SLELWAEbritver2.doc

Please note this is subject to agreement from supporting markets, which is being sought right now.

Mike, I think this does the trick; can you review.

Regards,

Kate Freemantle
Client Advisor
Marsh Risk and Insurance Services
Tel: 213.346.5519
Fax: 213.346.5757
e-mail: Kate.Freemantle@Marsh.com

All Recipients
To:      roobik.galoosian@indymacbank.com
cc:      jules.vogel@indymacbank.com
From:    Katherine A Freemantle/LOS-CA/US/Marsh/MMC

MARSH 01871

**Specific Litigation Exclusion and Interrelated Wrongful Acts Endorsement**

It is hereby understood and agreed as follows:

A.      that Clause **III. EXCLUSIONS** is amended by the addition of the following:

"based upon, arising out of, directly or indirectly resulting from or in consequence of, or in any way involving the following:

1.      the litigation styled *Wayman Tripp and Sven Mossberg v. Indymac Bancorp, Inc., Michael W. Perry, and Scott Keys,* initiated 12 March 2007, in the United States District Court for the Central District of California under the caption *Claude A. Reese v. Indymac Financial Inc, Richard A. Wohl, and Scott Keys,* case number 2:07-cv-1635-GW-VBK (the "Tripp Litigation"); or

2.      any fact, circumstance, situation, event, transaction or series of facts, circumstances, situations, events or transactions underlying or alleged in the Tripp Litigation.

regardless of any legal theory upon which such Claim is predicated".

All other terms and conditions remain unchanged.

P:\BRIT01\13533\CORRESPONDENCE\Litigation Exclusion and Interrelated Wrongful Acts Endorsement.doc

**MARSH 01872**

# EXHIBIT F

1    JOHN W. SPIEGEL (SBN 78935)
     john.spiegel@mto.com
2    KATHLEEN M. McDOWELL (SBN 115976)
     kathleen.mcdowell@mto.com
3    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, 25th floor
4    Los Angeles, CA  90071-1560
     Telephone:  (213) 683-9100
5    Facsimile:   (213) 687-3702

6    Attorneys for Defendants
     LOUIS E. CALDERA, LYLE E. GRAMLEY,
7    HUGH M. GRANT, PATRICK C. HADEN,
     TERRANCE G. HODEL, ROBERT L. HUNT
8    II, LYDIA H. KENNARD, and BRUCE G.
     WILLISON

9

10                    **UNITED STATES DISTRICT COURT**

11          **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

12

| | |
|---|---|
| 13  **XL SPECIALTY INSURANCE COMPANY,** *et al.*, | **CASE NO. 2:11-CV-2078-GHK-JCG** |
| 14 | |
|     **Plaintiffs,** | **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO CERTAIN** |
| 15 | **UNDERWRITERS AT LLOYDS** |
|     v. | **OF LONDON AND LONDON** |
| 16  **MICHAEL W. PERRY,** *et al.*, | **MARKET COMPANIES (SET ONE)** |
| 17 | |
|     **Defendants.** | |
| 18 | **Judge:  Hon. R. Gary Klausner** |
| 19  **LOUIS CALDERA, LYLE** | |
| 20  **GRAMLEY, HUGH GRANT,** | |
| **PATRICK HADEN, TERRENCE** | |
| 21  **HODEL, ROBERT HUNT, LYDIA** | |
| **KENNARD, and BRUCE WILLISON,** | |
| 22 | |
|     **Counterclaimants,** | |
| 23 | |
|     v. | |
| 24 | |
| **XL SPECIALTY INSURANCE** | |
| 25  **COMPANY,** *et al.*, | |
| 26 | |
|     **Counter-Defendants.** | |
| 27 | |

28

15655574.1

1 | **LOUIS CALDERA, LYLE
GRAMLEY, HUGH GRANT,**
2 | **PATRICK HADEN, TERRENCE
HODEL, ROBERT HUNT, LYDIA**
3 | **KENNARD, and BRUCE WILLISON,**

4 |         **Cross-Complainants,**

5 | **v.**

6 | **CERTAIN UNDERWRITERS AT
LLOYDS OF LONDON, an**
7 | **unincorporated association; CATLIN
INSURANCE CO., LTD., a United**
8 | **Kingdom corporation; ZURICH
AMERICAN INSURANCE CO., a**
9 | **Delaware corporation; TWIN CITY
FIRE INSURANCE CO., a Delaware**
10 | **corporation; CONTINENTAL
CASUALTY CO., a Delaware**
11 | **corporation,**

12 |         **Cross-Defendants.**

---

**PROPOUNDING PARTY:**    Defendants and Counter Claimants Louis E. Caldera,

Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden,

Terrance G. Hodel, Robert L. Hunt II, Lydia H.

Kennard, Bruce G. Willison

**RESPONDING PARTY:**    Counter and Cross Defendants Those Certain

Underwriters At Lloyd's, London Subscribing to

Policy No. QA011608 and Catlin Insurance Company

(UK) Ltd. (collectively "Lloyds")

**SET NUMBER:**    One (Nos. 1-31)

TO COUNTER and CROSS DEFENDANTS LLOYDS AND THEIR ATTORNEYS
OF RECORD:

- 1 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND
CATLIN INSURANCE COMPANY

15655574.1

1      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants and

2  Counter Claimants hereby propound their first set of requests for production of

3  documents to Lloyds and ask that Lloyds produce all responsive documents within

4  thirty (30) days from the date of service at the law offices of Munger, Tolles & Olson

5  LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071.

6                *     *     *

7

8                        **INSTRUCTIONS**

9     1.     These Requests are intended to cover all documents in your possession,

10  custody or control, whether located at any of your office(s), or at the offices of your

11  accountants, attorneys, agents, representatives, or at any other place.

12     2.     If any of the documents requested below are claimed to be privileged in

13  whole or part, provide the following information in sufficient detail to permit the Court

14  to evaluate the claim of privilege, including, without limitation, a privilege log that

15  identifies: (i) the basis for asserting the claim of privilege, and the precise ground on

16  which the document is withheld; (ii) the type of document (e.g., letter, memorandum,

17  note, etc.); (iii) the identity of the document's author(s) and its addressee(s), and every

18  person who received the document; (iv) the title and relationship of its author(s) and its

19  addressee(s); (v) the title and other identifying data of the document; (vi) the date of

20  the document; (vii) the subject matter of the document; any attachment(s) to the

21  document; (viii) the number of pages comprising the document; and (ix) whether the

22  document is typewritten or handwritten.

23     3.     If you do not produce a document responsive to a Request because it has

24  been destroyed, lost, or is no longer in your possession, custody or control,  provide

25  the following information:  (i) preparer and addressor; (ii) addressee; (iii) each

26  recipient and each person to whom distributed or shown; (iv) date prepared; (v) date

27  transmitted; (vi) date received; (vii) description of contents and subject matter;

28

- 2 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

(viii) date of destruction, loss or separation from your possession, custody or control; (ix) manner of destruction; (x) name, title and address of the person who directed that the document be destroyed and the person who destroyed the document, if applicable; (xi) the reason for the document's destruction, loss or separation; (xii) the names of persons having knowledge of the destruction, loss or separation; and (xiii) a full description of the efforts made to locate the document.

4.    The documents responsive to the Requests shall be produced as they are kept in the usual course of business, or shall be organized and labeled to correspond to the Request to which they are responsive.  If a document or other thing is responsive to more than one Request, it shall be labeled to correspond to the Request to which it is first responsive.

5.    These Requests are continuing in nature.  If, after responding, you obtain or become aware of any further documents that are responsive to these Requests, supplementary production is required as provided in Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1.    The terms "You," "Your," or "Lloyds" refer to Those Certain Underwriters At Lloyd's, London Subscribing to Policy No. QA011608 and Catlin Insurance Company (UK) Ltd., and include their agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on their behalf. This includes Lloyds' syndicates or syndicate members under the insurance policies at issue in this dispute, including but not limited to Lexington Insurance Company and Catlin Insurance Company which sell insurance policies insuring persons in the State of California, County of Los Angeles.

2.    "Debtor" means Indymac Bancorp, Inc.

3.    The "Former Directors and Officers" means Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance

1  G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S.

2  Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van

3  Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin

4  Callan and their legal representatives.

5       4.   The "Indymac Claims" means any and all claims against any of the

6  Former Directors and Officers regarding Indymac Bancorp, Inc. and/or Indymac

7  Bank, F.S.B.

8       5.   "D&O Policies" means those Lloyds' policies sold to the Debtor

9  denominated as policy numbers 509/QA006807 (or QA006807) and/or

10  B0509QA011608 (or QA011608).

11       6.   "Person" means a natural person, firm, association, organization,

12  partnership, business, true, corporation, public entity, or any other entity.

13       7.   "Document" or "Documents" means any "writing," "original" or

14  "duplicate," that includes all the original or a copy as well as drafts and all versions of

15  all writings and recordings; material that is stored, compiled or organized by means of

16  any electronic, magnetic, optical or mechanical device, such as by handwriting,

17  typewriting, printing, photostating, or filming; agreements, analytical data, art work,

18  audio recordings, books, bulletins, calendars, communications, computer tapes,

19  computer storage media, contracts, correspondence, diagrams, diaries, drawings,

20  electronic data, email, facsimiles, forms, graphics, graphic designs, images,

21  information, interoffice communications, keypunch cards, letters, memoranda,

22  messages, notes, papers, photographs, pictures, pleadings, proposals, reports, studies,

23  surveys, sketches, telexes, telegrams, telecopies, telegraphs, telex communications,

24  video recordings, and worksheets; and any writing or recording prepared on or with

25  any other physical objects.

26       8.   "Communication" or "communicate" means any form of information

27  exchange, or attempted exchange, including but not limited to: written, oral, or

28

- 4 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face conversation, meeting, or conference; any exchange whether or not written, taped, or recorded; any exchange without limit to the time, place, or circumstances of its occurrence; and/or any other transmittal of information by any media by any manner.

9.     The terms "and" and "or" include each other within their meaning, whether both are referenced or otherwise.

10.     The terms "any" and "all" include each other within their meaning, whether both are referenced or otherwise.

11.     The terms "concern," "refer," "relate" and "in connection with," and all forms of these terms, shall mean, without limitation, analyzing, concerning, consisting of, describing, discussing, embodying, evidencing, identifying, including, pertaining to, memorializing, mentioning, naming, negating, recording, reflecting, showing, supporting, summarizing, or having any logical or factual connection with the matter discussed.

12.     The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope.  Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate the answer to a document request.

## REQUESTS FOR PRODUCTION

1.     All drafts of policy number QA006807 and any portions thereof.

2.     All drafts of policy number QA011608 and any portions thereof.

3.     A complete copy of policy number QA006807 that contains any handwriting or other notations.

4.     A complete copy of policy number QA011608 that contains any handwriting or other notations.

5.     All communications between Lloyds and any of the Former Directors and

- 5 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

1   Officers concerning seeking or denying coverage or reserving rights under policy

2   number QA006807.

3   6.    All communications between Lloyds and any of the Former Directors and

4   Officers and Lloyds concerning seeking or denying coverage or reserving rights under

5   policy number QA011608.

6   7.    All communications between Lloyds, any broker, and/or any other insurers or

7   reinsurers that refer or relate to policy number QA006807.

8   8.    All communications between Lloyds, any broker, and/or any other insurers or

9   reinsurers that refer or relate to policy number QA011608.

10   9.    All documents that refer or relate to the negotiation, drafting, underwriting, sale,

11   and/or pricing of policy number QA006807.

12   10.    All documents that refer or relate to the negotiation, drafting, underwriting, sale,

13   and/or pricing of policy number QA011608.

14   11.    All documents explaining, discussing or referring to the purported exclusion for

15   claims under the "Specific Litigation Exclusion And Interrelated Wrongful Acts

16   Endorsement," contained in policy number QA011608.

17   12.    All underwriting files for policy number QA006807.

18   13.    All underwriting files for policy number QA011608.

19   14.    All documents that refer or relate to the underwriting of policy number

20   QA006807.

21   15.    All documents that refer or relate to the underwriting of policy number

22   QA011608.

23   16.    All documents Lloyds prepared, authored, sent or received that refer or relate to

24   the meaning or interpretation of any term, phrase, condition or exclusion contained in

25   the D&O Policies that Lloyds contends apply to limit coverage for any of the Indymac

26   Claims.

27   17.    All documents that refer or relate to any of the Indymac Claims, including the

28

- 6 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

1   Lloyds' claims files for the Indymac Claims.

2   18.   All documents that refer or relate to any investigation conducted by Lloyds

3   regarding any of the Indymac Claims.

4   19.   All documents that refer or relate to any meetings or communications among

5   any of Lloyds' employees, officers, directors, agents, syndicates or syndicate

6   members, or representatives regarding any of the Indymac Claims.

7   20.   All information on any databases, claims tracking, other software or computer

8   programs, or computers regarding any of the Indymac Claims.

9   21.   All information on any databases, claims tracking, other software or computer

10   programs, or computers that refer or relate to policy number QA0006807.

11   22.   All information on any databases, claims tracking, other software or computer

12   programs, or computers that refer or relate to policy number QA011608.

13   23.   All documents that refer or relate to any premium calculated, quoted, or charged

14   for policy number QA006807.

15   24.   All documents that refer or relate to any premium calculated, quoted, or charged

16   for policy number QA011608.

17   25.   All documents upon which Lloyds relied for calculating any premium charged

18   for policy number QA006807.

19   26.   All documents upon which Lloyds relied for calculating any premium charged

20   for policy number QA011608.

21   27.   All documents that refer or relate to any reserve that Lloyds has contemplated,

22   established, changed, and/or maintained under policy number QA006807 for any of

23   the Indymac Claims.

24   28.   All documents that refer or relate to any reserve that Lloyds has contemplated,

25   established, changed, and/or maintained under policy number QA011608 for any of

26   the Indymac Claims.

27   29.   All documents that refer or relate to any communications with any reinsurers

28

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

1  regarding any of the Indymac Claims.

2   30.   All claims handling standards, guidelines, and/or manuals in effect at any time

3  from January 1, 2009 through the present that refer or relate to Lloyds' policies and/or

4  procedures for the handling of claims under directors and officers liability insurance

5  policies.

6  31.   All documents that refer or relate to any exhaustion of any limits of liability

7  under policy number QA006807.

8

9

10  DATED:  November _17_, 2011        MUNGER, TOLLES & OLSON LLP
                                       John W. Spiegel
11                                     Kathleen M. McDowell

12

13                                By:  _Kathleen M. McDowell_

14                                     Kathleen M. McDowell

15                                     Attorneys for Defendants Louis E. Caldera,
                                       Lyle E. Gramley, Hugh M. Grant, Patrick
16                                     C. Haden, Terrance G. Hodel, Robert L.
                                       Hunt II, Lydia H. Kennard, and Bruce G.
17                                     Willison

18

19

20

21

22

23

24

25

26

27

28

- 8 -

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15655574.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On November 17, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**First Request for Production of Documents to Certain Underwriters at Lloyds Market Companies (Set 1)**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **COURTESY COPY BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14524183.1

- 1 -

| | | |
|---|---|---|
| 1 | Jason P. Cronic | Attorneys for Plaintiff XL Specialty Insurance Company |
| 2 | **Wiley Rein LLP** | |
| | 1776 K Street, N.W. | |
| 3 | Washington, DC 20006 | |
| 4 | Gordon J. Calhoun | Attorneys for Plaintiff XL Specialty Insurance Company |
| | Douglas Ross Irvine | |
| 5 | **Lewis Brisbois Bisgaard & Smith** | |
| | 221 N. Figueroa St., Suite 1200 | |
| 6 | Los Angeles, CA 90012-2601 | |
| 7 | Ira Revich | Attorneys for Plaintiffs Arch Insurance Company, ACE American Insurance Company |
| 8 | James B. Green | |
| | **Charlston, Revich & Wollitz LLP** | |
| 9 | 1925 Century Park East, Suite 1250 | |
| | Los Angeles, CA 90067-2746 | |
| 10 | | |
| 11 | Edward P. Gibbons | Attorneys for Plaintiffs ACE American Insurance Company |
| | Tiffany Saltzman-Jones | |
| 12 | **Walker Wilcox Matousek LLP** | |
| | 225 West Washington Street, Suite 2400 | |
| 13 | Chicago, IL 60606 | |
| 14 | Kim W. West | Attorneys for Plaintiffs Arch Insurance Company, XL Specialty Insurance Company, ACE American Insurance Company, Axis Insurance Company |
| 15 | Alec C. Boyd | |
| | **Tucker Ellis and West LLP** | |
| 16 | 135 Main Street, Suite 700 | |
| | San Francisco, CA 94105 | |
| 17 | | |
| 18 | Andrew Smith | Attorneys for Plaintiffs Axis Insurance Company |
| | Michael Skoglund | |
| 19 | Ommid Farashahi | |
| | **Bates Carey Nicolaides LLP** | |
| 20 | 191 North Wacker, Suite 2400 | |
| | Chicago, IL 60606 | |
| 21 | | |
| 22 | Alexander G. Calfo | Attorneys for Plaintiffs Axis Insurance Company |
| | **Yukevich Calfo & Cavanaugh** | |
| 23 | 355 S. Grand Avenue, 15th Floor | |
| | Los Angeles, CA 90071 | |
| 24 | | |
| 25 | Robert L. Corbin | Attorneys for Defendants John Olinsky, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan |
| | Michael W. Fitzgerald | |
| 26 | Joel M. Athey | |
| | **Corbin, Fitzgerald & Athey LLP** | |
| 27 | 601 West Fifth St, Suite 1150 | |
| | Los Angeles, CA 90071-2024 | |
| 28 | | |

14524183.1

- 2 -

| | | |
|---|---|---|
| 1 | Robert H. Fairbank | Attorneys for Defendant S. Blair |
| 2 | Richard D. Gluck | Abernathy |
| | **Fairbank & Vincent** | |
| 3 | 444 S. Flower Street, Suite 3860 | |
| | Los Angeles, CA  90071 | |
| 4 | | |
| | Jean Veta | Attorneys for Defendant Michael W. |
| 5 | David Bayless | Perry |
| | Dennis B. Auerbach | |
| 6 | **Covington & Burling LLP** | |
| | 1201 Pennsylvania Avenue NW | |
| 7 | Washington, DC  20004 | |
| 8 | | |
| | Louis E. Kempinsky | Attorneys for Defendant Michael W. |
| 9 | **Peitzman Weg and Kempinsky LLP** | Perry |
| | 2029 Century Park East, Suite 3100 | |
| 10 | Los Angeles, CA 90067 | |
| 11 | | |
| | Kirby Behre | Attorneys for Defendants Richard |
| 12 | **Paul Hastings LLP** | Koon and Kenneth Shellem |
| | 875 15th Street NW | |
| 13 | Washington, DC  20005 | |
| 14 | | |
| | John S. Durrant | Attorneys for Defendants Richard |
| 15 | **Paul Hastings Janofsky & Walker LLP** | Koon and Kenneth Shellem |
| | 515 S. Flower Street, 25th Floor | |
| 16 | Los Angeles, CA 90071 | |
| 17 | | |
| | Gregory S. Bruch | Attorneys for Defendant A. Scott |
| 18 | Jessica L. Matelis | Keys |
| | Julie A. Smith | |
| 19 | **Willkie, Farr & Gallagher LLP** | |
| | 1875 K Street NW | |
| 20 | Washington, DC  20006 | |
| 21 | | |
| | John L. Carlton | Attorneys for Defendant A. Scott |
| 22 | **Medrano & Carlton** | Keys |
| | 555 West Fifth Street, 31st Floor | |
| 23 | Los Angeles, CA 90013 | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

14524183.1

- 3 -

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

David M. Stern
Lee R. Bogdanoff
Matthew C. Heyn
**Klee, Tuchin, Bogdanoff & Stern LLP**
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

Attorneys for Proposed Intervenor
Alfred H. Siegel Soley as Chapter 7
Trustee

Jerold Oshinsky
Linda D. Kornfeld
**Jenner & Block LLP**
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

Andrew L. Sandler
Benjamin B. Klubes
Benjamin Saul
**BuckleySandler LLP**
1250 24th Street N.W., Suite 700
Washington, DC 20037

Attorneys for Movant Alfred H.
Siegel

Theodore A. Boundas
Jeffrey Shaw
W. Joel Vander Vliet
**Boundas Skarzynski Walsh & Black LLC**
200 East Randolph Drive, Suite 7200
Chicago, IL 60601

Attorneys for Lloyds

Executed on November 17, 2011, at Los Angeles, California.

_____
Denise Olguin

14524183.1

- 4 -

PROOF OF SERVICE

# EXHIBIT G

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
kathleen.mcdowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
LOUIS E. CALDERA, LYLE E. GRAMLEY,
HUGH M. GRANT, PATRICK C. HADEN,
TERRANCE G. HODEL, ROBERT L. HUNT
II, LYDIA H. KENNARD, and BRUCE G.
WILLISON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. PERRY, *et al.*, <br><br> Defendants. | CASE NO. 2:11-CV-2078-GHK-JCG <br><br> **FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ZURICH SPECIALTY INSURANCE COMPANY (SET ONE)** <br><br> Judge:  Hon. R. Gary Klausner |
| LOUIS CALDERA, LYLE GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON, <br><br> Counterclaimants, <br><br> v. <br><br> XL SPECIALTY INSURANCE COMPANY, *et al.*, <br><br> Counter-Defendants. | |

1 | **LOUIS CALDERA, LYLE**
2 | **GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE**
3 | **HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON,**
4 |                **Cross-Complainants,**
5 | **v.**
6 | **CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an**
7 | **unincorporated association; CATLIN INSURANCE CO., LTD., a United**
8 | **Kingdom corporation; ZURICH AMERICAN INSURANCE CO., a**
9 | **Delaware corporation; TWIN CITY FIRE INSURANCE CO., a Delaware**
10 | **corporation; CONTINENTAL CASUALTY CO., a Delaware**
11 | **corporation,**
12 |                **Cross-Defendants.**

**PROPOUNDING PARTY:**  Defendants and Counter Claimants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison

**RESPONDING PARTY:**  Cross Defendant Zurich American Insurance Company ("Zurich")

**SET NUMBER:**  One (Nos. 1-31)

TO COUNTER DEFENDANT ZURICH AND ITS ATTORNEYS OF RECORD:

    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants and Counter Claimants hereby propound their first set of requests for production of documents to Zurich and ask that Zurich produce all responsive documents within

- 1 -

15655592.1

thirty (30) days from the date of service at the law offices of Munger, Tolles & Olson, 355 South Grand Avenue, 25th Floor, Los Angeles, California 90071.

\*      \*      \*

## INSTRUCTIONS

1.      These Requests are intended to cover all documents in your possession, custody or control, whether located at any of your office(s), or at the offices of your accountants, attorneys, agents, representatives, or at any other place.

2.      If any of the documents requested below are claimed to be privileged in whole or part, provide the following information in sufficient detail to permit the Court to evaluate the claim of privilege, including, without limitation, a privilege log that identifies: (i) the basis for asserting the claim of privilege, and the precise ground on which the document is withheld; (ii) the type of document (e.g., letter, memorandum, note, etc.); (iii) the identity of the document's author(s) and its addressee(s), and every person who received the document; (iv) the title and relationship of its author(s) and its addressee(s); (v) the title and other identifying data of the document; (vi) the date of the document; (vii) the subject matter of the document; any attachment(s) to the document; (viii) the number of pages comprising the document; and (ix) whether the document is typewritten or handwritten.

3.      If you do not produce a document responsive to a Request because it has been destroyed, lost, or is no longer in your possession, custody or control,  provide the following information:  (i) preparer and addressor; (ii) addressee; (iii) each recipient and each person to whom distributed or shown; (iv) date prepared; (v) date transmitted; (vi) date received; (vii) description of contents and subject matter; (viii) date of destruction, loss or separation from your possession, custody or control; (ix) manner of destruction; (x) name, title and address of the person who directed that the document be destroyed and the person who destroyed the document, if applicable;

- 2 -

(xi) the reason for the document's destruction, loss or separation; (xii) the names of persons having knowledge of the destruction, loss or separation; and (xiii) a full description of the efforts made to locate the document.

4.     The documents responsive to the Requests shall be produced as they are kept in the usual course of business, or shall be organized and labeled to correspond to the Request to which they are responsive.  If a document or other thing is responsive to more than one Request, it shall be labeled to correspond to the Request to which it is first responsive.

5.     These Requests are continuing in nature.  If, after responding, you obtain or become aware of any further documents that are responsive to these Requests, supplementary production is required as provided in Rule 26(e) of the Federal Rules of Civil Procedure.

## **DEFINITIONS**

1.     The terms "You," "Your,"  or "Zurich" refer to Zurich American Insurance Company and include its agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on its behalf.

2.     "Debtor" means Indymac Bancorp, Inc.

3.     The "Former Directors and Officers" means Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S. Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin Callan and their legal representatives.

4.     The "Indymac Claims" means any and all claims against any of the Former Directors and Officers regarding  Indymac Bancorp, Inc. and Indymac Bank, F.S.B.

5.     "D&O Policies" means those Zurich policies sold to the Debtor including

- 3 -

15655592.1

1  policy numbers DOC-9035134-00 and DOC-9035134-01.

2       6.      "Person" means a natural person, firm, association, organization,

3  partnership, business, true, corporation, public entity, or any other entity.

4       7.      "Document" or "Documents" means any "writing," "original" or

5  "duplicate," that includes all the original or a copy as well as drafts and all versions of

6  all writings and recordings; material that is stored, compiled or organized by means of

7  any electronic, magnetic, optical or mechanical device, such as by handwriting,

8  typewriting, printing, photostating, or filming; agreements, analytical data, art work,

9  audio recordings, books, bulletins, calendars, communications, computer tapes,

10  computer storage media, contracts, correspondence, diagrams, diaries, drawings,

11  electronic data, email, facsimiles, forms, graphics, graphic designs, images,

12  information, interoffice communications, keypunch cards, letters, memoranda,

13  messages, notes, papers, photographs, pictures, pleadings, proposals, reports, studies,

14  surveys, sketches, telexes, telegrams, telecopies, telegraphs, telex communications,

15  video recordings, and worksheets; and any writing or recording prepared on or with

16  any other physical objects.

17       8.      "Communication" or "communicate" means any form of information

18  exchange, or attempted exchange, including but not limited to: written, oral, or

19  electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face

20  conversation, meeting, or conference; any exchange whether or not written, taped, or

21  recorded; any exchange without limit to the time, place, or circumstances of its

22  occurrence; and/or any other transmittal of information by any media by any manner.

23       9.      The terms "and" and "or" include each other within their meaning,

24  whether both are referenced or otherwise.

25       10.     The terms "any" and "all" include each other within their meaning,

26  whether both are referenced or otherwise.

27

28

15655592.1

11.    The terms "concern," "refer," "relate" and "in connection with," and all forms of these terms, shall mean, without limitation, analyzing, concerning, consisting of, describing, discussing, embodying, evidencing, identifying, including, pertaining to, memorializing, mentioning, naming, negating, recording, reflecting, showing, supporting, summarizing, or having any logical or factual connection with the matter discussed.

12.    The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope. Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate the answer to a document request.

## REQUESTS FOR PRODUCTION

1.    All drafts of policy number DOC-9035134-00 and any portions thereof.

2.    All drafts of policy number DOC-9035134-01 and any portions thereof.

3.    A complete copy of policy number DOC-9035134-00 that contains any handwriting or other notations.

4.    A complete copy of policy number DOC-9035134-01 that contains any handwriting or other notations.

5.    All communications between Zurich and any of the Former Directors and Officers concerning seeking or denying coverage or reserving rights under policy number DOC-9035134-00.

6.    All communications between Zurich and any of the Former Directors and Officers and Zurich concerning seeking or denying coverage or reserving rights under policy number DOC-9035134-01.

7.    All communications between Zurich, any broker, and/or any other insurers or reinsurers that refer or relate to policy number DOC-9035134-00.

8.    All communications between Zurich, any broker, and/or any other insurers or reinsurers that refer or relate to policy number DOC-9035134-01.

15655592.1

9.     All documents that refer or relate to the negotiation, drafting, underwriting, sale, and/or pricing of policy number DOC-9035134-00.

10.     All documents that refer or relate to the negotiation, drafting, underwriting, sale, and/or pricing of policy number DOC-9035134-01.

11.     All documents explaining, discussing or referring to the purported exclusion for claims under the "Specific Litigation Exclusion And Interrelated Wrongful Acts Endorsement," contained in Lloyds' policy number QA011608.

12.     All underwriting files for policy number DOC-9035134-00.

13.     All underwriting files for policy number DOC-9035134-01.

14.     All documents that refer or relate to the underwriting of policy number DOC-9035134-00.

15.     All documents that refer or relate to the underwriting of policy number DOC-9035134-01.

16.     All documents Zurich prepared, authored, sent or received that refer or relate to the meaning or interpretation of any term, phrase, condition or exclusion contained in the D&O Policies that Zurich contends apply to limit coverage for any of the Indymac Claims.

17.     All documents that refer or relate to any of the Indymac Claims, including the Zurich's claims files for the Indymac Claims.

18.     All documents that refer or relate to any investigation conducted by Zurich regarding any of the Indymac Claims.

19.     All documents that refer or relate to any meetings or communications among any of Zurich' employees, officers, directors, agents, syndicates or syndicate members, or representatives regarding any of the Indymac Claims.

20.     All information on any databases, claims tracking, other software or computer programs, or computers regarding any of the Indymac Claims.

21.     All information on any databases, claims tracking, other software or computer

15655592.1

1   programs, or computers that refer or relate to policy number QA0006807.

2   22.    All information on any databases, claims tracking, other software or computer

3   programs, or computers that refer or relate to policy number DOC-9035134-01.

4   23.    All documents that refer or relate to any premium calculated, quoted, or charged

5   for policy number DOC-9035134-00.

6   24.    All documents that refer or relate to any premium calculated, quoted, or charged

7   for policy number DOC-9035134-01.

8   25.    All documents upon which Zurich relied for calculating any premium charged

9   for policy number DOC-9035134-00.

10   26.    All documents upon which Zurich relied for calculating any premium charged

11   for policy number DOC-9035134-01.

12   27.    All documents that refer or relate to any reserve that Zurich has contemplated,

13   established, changed, and/or maintained under policy number DOC-9035134-00 for

14   any of the Indymac Claims.

15   28.    All documents that refer or relate to any reserve that Zurich has contemplated,

16   established, changed, and/or maintained under policy number DOC-9035134-01 for

17   any of the Indymac Claims.

18   29.    All documents that refer or relate to any communications with any reinsurers

19   regarding any of the Indymac Claims.

20   30.    All claims handling standards, guideliens, and/or manuals in effect at any time

21   from January 1, 2009 through the present that refer or relate to Zurich' policies and/or

22   procedures for the handling of claims under directors and officers liability insurance

23   policies.

24   31.    All documents that refer or relate to any exhaustion of any limits of liability

25   under policy number DOC-9035134-00.

26

27

28

15655592.1

DATED: November 17, 2011

MUNGER, TOLLES & OLSON LLP
John W. Spiegel
Kathleen M. McDowell

By: _Kathleen M. McDowell_
Kathleen M. McDowell

Attorneys for Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ZURICH SPECIALTY INSURANCE COMPANY

15655592.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

      On November 17, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**First Request for Production of Documents to Zurich Specialty
Insurance Company (Set 1)**

☒  By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒  **COURTESY COPY BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒  **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐  **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐  **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐  **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14524183.1

- 1 -

| | |
|---|---|
| Jason P. Cronic<br>**Wiley Rein LLP**<br>1776 K Street, N.W.<br>Washington, DC 20006 | Attorneys for Plaintiff XL Specialty Insurance Company |
| Gordon J. Calhoun<br>Douglas Ross Irvine<br>**Lewis Brisbois Bisgaard & Smith**<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, CA 90012-2601 | Attorneys for Plaintiff XL Specialty Insurance Company |
| Ira Revich<br>James B. Green<br>**Charlston, Revich & Wollitz LLP**<br>1925 Century Park East, Suite 1250<br>Los Angeles, CA 90067-2746 | Attorneys for Plaintiffs Arch Insurance Company, ACE American Insurance Company |
| Edward P. Gibbons<br>Tiffany Saltzman-Jones<br>**Walker Wilcox Matousek LLP**<br>225 West Washington Street, Suite 2400<br>Chicago, IL 60606 | Attorneys for Plaintiffs ACE American Insurance Company |
| Kim W. West<br>Alec C. Boyd<br>**Tucker Ellis and West LLP**<br>135 Main Street, Suite 700<br>San Francisco, CA 94105 | Attorneys for Plaintiffs Arch Insurance Company, XL Specialty Insurance Company, ACE American Insurance Company, Axis Insurance Company |
| Andrew Smith<br>Michael Skoglund<br>Ommid Farashahi<br>**Bates Carey Nicolaides LLP**<br>191 North Wacker, Suite 2400<br>Chicago, IL 60606 | Attorneys for Plaintiffs Axis Insurance Company |
| Alexander G. Calfo<br>**Yukevich Calfo & Cavanaugh**<br>355 S. Grand Avenue, 15th Floor<br>Los Angeles, CA 90071 | Attorneys for Plaintiffs Axis Insurance Company |
| Robert L. Corbin<br>Michael W. Fitzgerald<br>Joel M. Athey<br>**Corbin, Fitzgerald & Athey LLP**<br>601 West Fifth St, Suite 1150<br>Los Angeles, CA 90071-2024 | Attorneys for Defendants John Olinsky, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan |

| | | |
|---|---|---|
| 1 | Robert H. Fairbank<br>Richard D. Gluck | Attorneys for Defendant S. Blair<br>Abernathy |
| 2 | **Fairbank & Vincent** | |
| 3 | 444 S. Flower Street, Suite 3860<br>Los Angeles, CA  90071 | |
| 4 | | |
| 5 | Jean Veta<br>David Bayless | Attorneys for Defendant Michael W.<br>Perry |
| 6 | Dennis B. Auerbach<br>**Covington & Burling LLP** | |
| 7 | 1201 Pennsylvania Avenue NW<br>Washington, DC  20004 | |
| 8 | | |
| 9 | Louis E. Kempinsky<br>**Peitzman Weg and Kempinsky LLP** | Attorneys for Defendant Michael W.<br>Perry |
| 10 | 2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 | |
| 11 | | |
| 12 | Kirby Behre<br>**Paul Hastings LLP** | Attorneys for Defendants Richard<br>Koon and Kenneth Shellem |
| 13 | 875 15th Street NW<br>Washington, DC  20005 | |
| 14 | | |
| 15 | John S. Durrant<br>**Paul Hastings Janofsky & Walker LLP** | Attorneys for Defendants Richard<br>Koon and Kenneth Shellem |
| 16 | 515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071 | |
| 17 | | |
| 18 | Gregory S. Bruch<br>Jessica L. Matelis | Attorneys for Defendant A. Scott<br>Keys |
| 19 | Julie A. Smith<br>**Willkie, Farr & Gallagher LLP** | |
| 20 | 1875 K Street NW<br>Washington, DC  20006 | |
| 21 | | |
| 22 | John L. Carlton<br>**Medrano & Carlton** | Attorneys for Defendant A. Scott<br>Keys |
| 23 | 555 West Fifth Street, 31st Floor<br>Los Angeles, CA 90013 | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

14524183.1

- 3 -

PROOF OF SERVICE

| | |
|---|---|
| David M. Stern<br>Lee R. Bogdanoff<br>Matthew C. Heyn<br>**Klee, Tuchin, Bogdanoff & Stern LLP**<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA  90067-6049 | Attorneys for Proposed Intervenor<br>Alfred H. Siegel Soley as Chapter 7<br>Trustee |

Jerold Oshinsky
Linda D. Kornfeld
**Jenner & Block LLP**
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

| | |
|---|---|
| Andrew L. Sandler<br>Benjamin B. Klubes<br>Benjamin Saul<br>**BuckleySandler LLP**<br>1250 24th Street N.W., Suite 700<br>Washington, DC 20037 | Attorneys for Movant Alfred H.<br>Siegel |

| | |
|---|---|
| Theodore A. Boundas<br>Jeffrey Shaw<br>W. Joel Vander Vliet<br>**Boundas Skarzynski Walsh & Black LLC**<br>200 East Randolph Drive, Suite 7200<br>Chicago, IL 60601 | Attorneys for Lloyds |

Executed on November 17, 2011, at Los Angeles, California.

_____
Denise Olguin

# EXHIBIT H

1    JOHN W. SPIEGEL (SBN 78935)
     john.spiegel@mto.com
2    KATHLEEN M. McDOWELL (SBN 115976)
     kathleen.mcdowell@mto.com
3    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, 25th floor
4    Los Angeles, CA  90071-1560
     Telephone:  (213) 683-9100
5    Facsimile:   (213) 687-3702

6    Attorneys for Defendants
     LOUIS E. CALDERA, LYLE E. GRAMLEY,
7    HUGH M. GRANT, PATRICK C. HADEN,
     TERRANCE G. HODEL, ROBERT L. HUNT
8    II, LYDIA H. KENNARD, and BRUCE G.
     WILLISON
9

10                 UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13
     XL SPECIALTY INSURANCE                CASE NO. 2:11-CV-2078-GHK-
14   COMPANY, *et al.*,                    JCG

15                  Plaintiffs,            FIRST SET OF SPECIAL
                                           INTERROGATORIES TO
16   v.                                    THOSE CERTAIN
                                           UNDERWRITERS AT LLOYDS,
17   MICHAEL W. PERRY, *et al.*,           LONDON SUBSCRIBING TO
                                           POLICY NO. QA011608 AND
18                  Defendants.            CATLIN INSURANCE
                                           COMPANY (UK) LTD. (SET
19                                         ONE)

20                                         Judge:  Hon. R. Gary Klausner

21   LOUIS CALDERA, LYLE
22   GRAMLEY, HUGH GRANT,
     PATRICK HADEN, TERRENCE
23   HODEL, ROBERT HUNT, LYDIA
     KENNARD, and BRUCE WILLISON,
24
                    Counterclaimants,
25
     v.
26
     XL SPECIALTY INSURANCE
27

28   FIRST SET OF SPECIAL INTERROGATORIES TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND
                         CATLIN INSURANCE COMPANY

     15653336.1

COMPANY, *et al.*,

                  **Counter-Defendants.**

**LOUIS CALDERA, LYLE GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON,**

                  **Cross-Complainants,**

v.

**CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an unincorporated association; CATLIN INSURANCE CO., LTD., a United Kingdom corporation; ZURICH AMERICAN INSURANCE CO., a Delaware corporation; TWIN CITY FIRE INSURANCE CO., a Delaware corporation; CONTINENTAL CASUALTY CO., a Delaware corporation,**

                  **Cross-Defendants.**

---

FIRST SET OF SPECIAL INTERROGATORIES TO THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY

15653336.1

| **PROPOUNDING PARTY:** | Defendants and Counter Claimants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison |
|---|---|
| **RESPONDING PARTY:** | Counter or Cross Defendants Those Certain Underwriters at Lloyds, London Subscribing to Policy No. QA011608 and Catlin Insurance Company (UK) Ltd. ("Lloyds") |
| **SET NUMBER:** | One |

\*       \*       \*

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants and Counter Claimants respectfully request that Lloyds answer the following Interrogatories, in writing and under oath, within 30 days of service of these interrogatories, at the offices of Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California 90071, or by email.

## DEFINITIONS AND INSTRUCTIONS

1.     The terms "You," "Your," or "Lloyds" refer to Those Certain Underwriters At Lloyd's, London Subscribing to Policy No. QA011608 and Catlin Insurance Company (UK) Ltd., and include their agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on their behalf. This includes Lloyds' syndicates or syndicate members under the insurance policies at issue in this dispute, including but not limited to Lexington Insurance Company and Catlin Insurance Company which sell insurance policies insuring persons in the State of California, County of Los Angeles.

- 1 -

1        2.      "Debtor" means Indymac Bancorp, Inc.

2        3.      The "Former Directors and Officers" means Michael W. Perry, A. Scott

3   Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance

4   G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S.

5   Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van

6   Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin

7   Callan and their legal representatives.

8        4.      The "Indymac Claims" means any and all claims against any of the

9   Former Directors and Officers regarding  Indymac Bancorp, Inc. and Indymac Bank,

10  F.S.B.

11       5.      "D&O Policies" means those Lloyds' policies sold to the Debtor

12  denominated as policy numbers 509/QA006807 (or QA006807) and/or

13  B0509QA011608 (or QA011608).

14       6.      "Person" means a natural person, firm, association, organization,

15  partnership, business, true, corporation, public entity, or any other entity.

16       7.      "Document" or "Documents" means any "writing," "original" or

17  "duplicate," that includes all the original or a copy as well as drafts and all versions of

18  all writings and recordings; material that is stored, compiled or organized by means of

19  any electronic, magnetic, optical or mechanical device, such as by handwriting,

20  typewriting, printing, photostating, or filming; agreements, analytical data, art work,

21  audio recordings, books, bulletins, calendars, communications, computer tapes,

22  computer storage media, contracts, correspondence, diagrams, diaries, drawings,

23  electronic data, email, facsimiles, forms, graphics, graphic designs, images,

24  information, interoffice communications, keypunch cards, letters, memoranda,

25  messages, notes, papers, photographs, pictures, pleadings, proposals, reports, studies,

26  surveys, sketches, telexes, telegrams, telecopies, telegraphs, telex communications,

27                                  - 2 -

28  FIRST SET OF SPECIAL INTERROGATORIES TO CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND
    CATLIN INSURANCE COMPANY

15653336.1

video recordings, and worksheets; and any writing or recording prepared on or with any other physical objects.

8.    "Communication" or "communicate" means any form of information exchange, or attempted exchange, including but not limited to: written, oral, or electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face conversation, meeting, or conference; any exchange whether or not written, taped, or recorded; any exchange without limit to the time, place, or circumstances of its occurrence; and/or any other transmittal of information by any media by any manner.

9.    "Tripp Litigation" refers to the cases consolidated into *Wayman Tripp and Sven Mossberg v. IndyMac Bancorp, Inc. et al*, Case No. 2:07-cv-1635-GW-VBK.

10.    The terms "and" and "or" include each other within their meaning, whether both are referenced or otherwise.

11.    The terms "any" and "all" include each other within their meaning, whether both are referenced or otherwise.

12.    The terms "concern," "refer," "relate" and "in connection with," and all forms of these terms, shall mean, without limitation, analyzing, concerning, consisting of, describing, discussing, embodying, evidencing, identifying, including, pertaining to, memorializing, mentioning, naming, negating, recording, reflecting, showing, supporting, summarizing, or having any logical or factual connection with the matter discussed.

13.    The term "describe" means to explain all the specific circumstances and details involved in or surrounding a particular event.  With respect to a conversation, it means to identify each party to the conversation and to state the substance of what was said by each party, and to estimate the duration of the conversation.

14.    The term "identify" means (1) as to an individual, to state his or her full name, address and telephone number; (2) as to any entity other than an individual, to

- 3 -

state its legal name and the name by which it does business, and the address and telephone number of its principal place of business; (3) as to a document, to state the date of its creation or execution, its author(s) or signatory(ies), its addressee and other known recipients, and its type (e.g., letter, memorandum, agreement, photograph); (4) as to an event or occurrence, to state the date, place, and manner of its occurrence, the identity of all persons known to be present at its occurrence, and a description of what occurred or transpired.

15.    The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope.  Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate the answer to an interrogatory.

16.    Each interrogatory must be answered on the basis of your entire knowledge including all information in the possession of your agents, representatives, syndicates or syndicate members, or attorneys.

17.    If your answer to any interrogatory is qualified in any way, set forth the exact nature and extent of the qualification.

18.    If you assert a privilege in response to any interrogatory, state the nature of the privilege asserted, specify the ground(s) for asserting the privilege, and provide all information responsive to the Request that does not fall within your claim of privilege.  If an objection, other than a claim of privilege, is made to any part of any Interrogatory, specify the part.

19.    Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, you are under a duty to supplement or amend your responses to include updated or subsequently-acquired information that is responsive to these interrogatories.

\*    \*    \*

- 4 -

# INTERROGATORIES

1.   Identify each person who participated in underwriting policy number QA006807.

2.   Identify each person who participated in underwriting policy number QA011608).

3.   Identify each person who participated in the drafting of the *Tripp* Exclusion contained in policy number QA011608.

4.   Identify the person at Lloyds who gave final approval for the *Tripp* Exclusion contained in policy number QA011608.

5.   State each basis under the D&O Policies that you contend limits in any way coverage for any of the Indymac Claims.

6.   For each basis that you stated in your response to Interrogatory No. 5, state all facts that support your contention.

7.   For each basis that you stated in your response to Interrogatory No. 5, identify all documents that support your contention.

8.   For each basis that you stated in your response to Interrogatory No. 5, identify all persons with knowledge of each such basis.

9.   Identify all people involved in handling any claims for coverage under the D&O Policies with respect to the Indymac Claims.

10.   Identify all people involved in your decision to deny coverage to any of the Former Officers and Directors with respect to any of the Indymac Claims.

11.   Identify each person who investigated the Indymac Claims.

12.   State the amount of any loss reserve set by Lloyds regarding any of the Indymac Claims.

- 5 -

15653336.1

13. Identify each person involved in setting the premium for policy number QA011608.

14. Describe each factor considered in setting the premium for policy number QA011608, including, if applicable, how the *Tripp* Exclusion factored into setting the premium.

15. Identify each person who provided any information in preparing your responses to these Interrogatories.

DATED: November 17, 2011

MUNGER, TOLLES & OLSON LLP
John W. Spiegel
Kathleen M. McDowell

By: *Kathleen M. McDowell*
Kathleen M. McDowell

Attorneys for Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison

- 6 -

15653336.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On November 17, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**First Set of Special Interrogatories to Those Certain Underwriters at Lloyds, London Subscribing to Policy No. ZA011608 and Catlin Insurance Company (UK) Ltd. (Set 1)**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **COURTESY COPY BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14524183.1

- 1 -

| | | |
|---|---|---|
| 1 | Jason P. Cronic | Attorneys for Plaintiff XL Specialty |
| 2 | **Wiley Rein LLP** | Insurance Company |
| | 1776 K Street, N.W. | |
| 3 | Washington, DC 20006 | |
| 4 | Gordon J. Calhoun | Attorneys for Plaintiff XL Specialty |
| 5 | Douglas Ross Irvine | Insurance Company |
| | **Lewis Brisbois Bisgaard & Smith** | |
| 6 | 221 N. Figueroa St., Suite 1200 | |
| | Los Angeles, CA 90012-2601 | |
| 7 | | |
| | Ira Revich | Attorneys for Plaintiffs Arch |
| 8 | James B. Green | Insurance Company, ACE American |
| | **Charlston, Revich & Wollitz LLP** | Insurance Company |
| 9 | 1925 Century Park East, Suite 1250 | |
| 10 | Los Angeles, CA 90067-2746 | |
| 11 | Edward P. Gibbons | Attorneys for Plaintiffs ACE |
| | Tiffany Saltzman-Jones | American Insurance Company |
| 12 | **Walker Wilcox Matousek LLP** | |
| | 225 West Washington Street, Suite 2400 | |
| 13 | Chicago, IL 60606 | |
| 14 | | |
| | Kim W. West | Attorneys for Plaintiffs Arch |
| 15 | Alec C. Boyd | Insurance Company, XL Specialty |
| | **Tucker Ellis and West LLP** | Insurance Company, ACE American |
| 16 | 135 Main Street, Suite 700 | Insurance Company, Axis Insurance |
| | San Francisco, CA 94105 | Company |
| 17 | | |
| 18 | Andrew Smith | Attorneys for Plaintiffs Axis |
| | Michael Skoglund | Insurance Company |
| 19 | Ommid Farashahi | |
| | **Bates Carey Nicolaides LLP** | |
| 20 | 191 North Wacker, Suite 2400 | |
| | Chicago, IL 60606 | |
| 21 | | |
| 22 | Alexander G. Calfo | Attorneys for Plaintiffs Axis |
| | **Yukevich Calfo & Cavanaugh** | Insurance Company |
| 23 | 355 S. Grand Avenue, 15th Floor | |
| | Los Angeles, CA 90071 | |
| 24 | | |
| 25 | Robert L. Corbin | Attorneys for Defendants John |
| | Michael W. Fitzgerald | Olinsky, Samir Grover, Simon |
| 26 | Joel M. Athey | Heyrick, Victor Woodworth, Scott |
| | **Corbin, Fitzgerald & Athey LLP** | Van Dellen, William Rothman, Jill |
| 27 | 601 West Fifth St, Suite 1150 | Jacobsen, and Kevin Callan |
| | Los Angeles, CA 90071-2024 | |
| 28 | | |

14524183.1                              - 2 -

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Robert H. Fairbank | Attorneys for Defendant S. Blair |
| | Richard D. Gluck | Abernathy |
| 2 | **Fairbank & Vincent** | |
| 3 | 444 S. Flower Street, Suite 3860 | |
| | Los Angeles, CA 90071 | |
| 4 | | |
| 5 | Jean Veta | Attorneys for Defendant Michael W. |
| | David Bayless | Perry |
| 6 | Dennis B. Auerbach | |
| | **Covington & Burling LLP** | |
| 7 | 1201 Pennsylvania Avenue NW | |
| | Washington, DC 20004 | |
| 8 | | |
| 9 | Louis E. Kempinsky | Attorneys for Defendant Michael W. |
| | **Peitzman Weg and Kempinsky LLP** | Perry |
| 10 | 2029 Century Park East, Suite 3100 | |
| | Los Angeles, CA 90067 | |
| 11 | | |
| 12 | Kirby Behre | Attorneys for Defendants Richard |
| | **Paul Hastings LLP** | Koon and Kenneth Shellem |
| 13 | 875 15th Street NW | |
| | Washington, DC 20005 | |
| 14 | | |
| 15 | John S. Durrant | Attorneys for Defendants Richard |
| | **Paul Hastings Janofsky & Walker LLP** | Koon and Kenneth Shellem |
| 16 | 515 S. Flower Street, 25th Floor | |
| | Los Angeles, CA 90071 | |
| 17 | | |
| 18 | Gregory S. Bruch | Attorneys for Defendant A. Scott |
| | Jessica L. Matelis | Keys |
| 19 | Julie A. Smith | |
| | **Willkie, Farr & Gallagher LLP** | |
| 20 | 1875 K Street NW | |
| | Washington, DC 20006 | |
| 21 | | |
| 22 | John L. Carlton | Attorneys for Defendant A. Scott |
| | **Medrano & Carlton** | Keys |
| 23 | 555 West Fifth Street, 31st Floor | |
| | Los Angeles, CA 90013 | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

14524183.1

- 3 -

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | David M. Stern | Attorneys for Proposed Intervenor |
| 2 | Lee R. Bogdanoff | Alfred H. Siegel Soley as Chapter 7 |
|   | Matthew C. Heyn | Trustee |
| 3 | **Klee, Tuchin, Bogdanoff & Stern LLP** | |
|   | 1999 Avenue of the Stars, 39th Floor | |
| 4 | Los Angeles, CA  90067-6049 | |
| 5 | Jerold Oshinsky | |
|   | Linda D. Kornfeld | |
| 6 | **Jenner & Block LLP** | |
|   | 633 West 5th Street | |
| 7 | Suite 3500 | |
|   | Los Angeles, CA 90071 | |
| 8 | | |
| 9 | Andrew L. Sandler | Attorneys for Movant Alfred H. |
| 10 | Benjamin B. Klubes | Siegel |
|   | Benjamin Saul | |
| 11 | **BuckleySandler LLP** | |
|   | 1250 24th Street N.W., Suite 700 | |
| 12 | Washington, DC 20037 | |
| 13 | Theodore A. Boundas | Attorneys for Lloyds |
| 14 | Jeffrey Shaw | |
|   | W. Joel Vander Vliet | |
| 15 | **Boundas Skarzynski Walsh & Black LLC** | |
|   | 200 East Randolph Drive, Suite 7200 | |
| 16 | Chicago, IL 60601 | |

Executed on November 17, 2011, at Los Angeles, California.

_Denise Olguin_

Denise Olguin

14524183.1

- 4 -

# EXHIBIT I

1  JOHN W. SPIEGEL (SBN 78935)
   john.spiegel@mto.com
2  KATHLEEN M. McDOWELL (SBN 115976)
   kathleen.mcdowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA  90071-1560
   Telephone:  (213) 683-9100
5  Facsimile:   (213) 687-3702

6  Attorneys for Defendants
   LOUIS E. CALDERA, LYLE E. GRAMLEY,
7  HUGH M. GRANT, PATRICK C. HADEN,
   TERRANCE G. HODEL, ROBERT L. HUNT
8  II, LYDIA H. KENNARD, and BRUCE G.
   WILLISON

9

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13

14  XL SPECIALTY INSURANCE              CASE NO. 2:11-CV-2078-GHK-
    COMPANY, et al.,                    JCG
15
                   Plaintiffs,          FIRST SET OF SPECIAL
16                                      INTERROGATORIES TO
    v.                                  ZURICH AMERICAN
17                                      INSURANCE COMPANY (SET
    MICHAEL W. PERRY, et al.,           ONE)
18
                   Defendants.          Judge:  Hon. R. Gary Klausner
19

20  LOUIS CALDERA, LYLE
21  GRAMLEY, HUGH GRANT,
    PATRICK HADEN, TERRENCE
22  HODEL, ROBERT HUNT, LYDIA
    KENNARD, and BRUCE WILLISON,
23
                   Counterclaimants,
24
    v.
25
    XL SPECIALTY INSURANCE
26  COMPANY, et al.,
27
                   Counter-Defendants.
28

15653355.1

1 | **LOUIS CALDERA, LYLE
GRAMLEY, HUGH GRANT,
2 | PATRICK HADEN, TERRENCE
HODEL, ROBERT HUNT, LYDIA
3 | KENNARD, and BRUCE WILLISON,**

4 |                    **Cross-Complainants,**

5 | v.

6 | **CERTAIN UNDERWRITERS AT
LLOYDS OF LONDON, an
7 | unincorporated association; CATLIN
INSURANCE CO., LTD., a United
8 | Kingdom corporation; ZURICH
AMERICAN INSURANCE CO., a
9 | Delaware corporation; TWIN CITY
FIRE INSURANCE CO., a Delaware
10 | corporation; CONTINENTAL
CASUALTY CO., a Delaware
11 | corporation,**

12 |                    **Cross-Defendants.**

13

14

15 | **PROPOUNDING PARTY:**   Defendants and Counter Claimants Louis E. Caldera,

16 | Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden,

17 | Terrance G. Hodel, Robert L. Hunt II, Lydia H.

18 | Kennard, Bruce G. Willison,

19 | **RESPONDING PARTY:**   Cross Defendant Zurich American Insurance Company

20 | ("Zurich")

21 | **SET NUMBER:**   One

22 |                    *      *      *

23 | Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants and

24 | Counter Claimants respectfully request that Zurich answer the following

25 | Interrogatories, in writing and under oath, within 30 days of service of these

26 | interrogatories, at the offices of Munger, Tolles & Olson, 355 South Grand Avenue,

27 | 25th Floor, Los Angeles, California 90071, or by email.

28

- 1 -

**FIRST SET OF SPECIAL INTERROGATORIES TO ZURICH AMERICAN INSURANCE COMPANY**

15653355.1

## DEFINITIONS AND INSTRUCTIONS

1.     The terms "You," "Your," or "Zurich" refer to Zurich American Insurance Company and include its agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on its behalf.

2.     "Debtor" means Indymac Bancorp, Inc.

3.     The "Former Directors and Officers" means Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S. Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin Callan and their legal representatives.

4.     The "Indymac Claims" means any and all claims against any of the Former Directors and Officers regarding  Indymac Bancorp, Inc. and Indymac Bank, F.S.B.

5.     "Person" means a natural person, firm, association, organization, partnership, business, true, corporation, public entity, or any other entity.

6.     "Document" or "Documents" means any "writing," "original" or "duplicate," that includes all the original or a copy as well as drafts and all versions of all writings and recordings; material that is stored, compiled or organized by means of any electronic, magnetic, optical or mechanical device, such as by handwriting, typewriting, printing, photostating, or filming; agreements, analytical data, art work, audio recordings, books, bulletins, calendars, communications, computer tapes, computer storage media, contracts, correspondence, diagrams, diaries, drawings, electronic data, email, facsimiles, forms, graphics, graphic designs, images, information, interoffice communications, keypunch cards, letters, memoranda, messages, notes, papers, photographs, pictures, pleadings, proposals, reports, studies, surveys, sketches, telexes, telegrams, telecopies, telegraphs, telex communications,

15653355.1

1 | video recordings, and worksheets; and any writing or recording prepared on or with

2 | any other physical objects.

3 |     7.    "Communication" or "communicate" means any form of information

4 | exchange, or attempted exchange, including but not limited to: written, oral, or

5 | electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face

6 | conversation, meeting, or conference; any exchange whether or not written, taped, or

7 | recorded; any exchange without limit to the time, place, or circumstances of its

8 | occurrence; and/or any other transmittal of information by any media by any manner.

9 |     8.    "D&O Policies" means those Zurich's policies sold to the Debtor

10 | denominated as policy numbers DOC-9035134-00 and/or DOC-9035134-01.

11 |     9.    "Tripp Litigation" refers to the cases consolidated into *Wayman Tripp and*

12 | *Sven Mossberg v. IndyMac Bancorp, Inc. et al*, Case No. 2:07-cv-1635-GW-VBK.

13 |     10.    The terms "and" and "or" include each other within their meaning,

14 | whether both are referenced or otherwise.

15 |     11.    The terms "any" and "all" include each other within their meaning,

16 | whether both are referenced or otherwise.

17 |     12.    The terms "concern," "refer," "relate" and "in connection with," and all

18 | forms of these terms, shall mean, without limitation, analyzing, concerning, consisting

19 | of, describing, discussing, embodying, evidencing, identifying, including, pertaining

20 | to, memorializing, mentioning, naming, negating, recording, reflecting, showing,

21 | supporting, summarizing, or having any logical or factual connection with the matter

22 | discussed.

23 |     13.    The term "describe" means to explain all the specific circumstances and

24 | details involved in or surrounding a particular event.  With respect to a conversation, it

25 | means to identify each party to the conversation and to state the substance of what was

26 | said by each party, and to estimate the duration of the conversation.

27 |     14.    The term "identify" means (1) as to an individual, to state his or her full

28 |

- 3 -

name, address and telephone number; (2) as to an entity other than an individual, to state its legal name and the name by which it does business, and the address and telephone number of its principal place of business; (3) as to a document, to state the date of its creation or execution, its author(s) or signatory(ies), its addressee and other known recipients, and its type (e.g., letter, memorandum, agreement, photograph); (4) as to an event, to state the date, place, and manner of its occurrence, the identity of all persons known to be present at its occurrence, and a description of what transpired.

15.    The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope. Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate the answer to an interrogatory.

16.    Each interrogatory must be answered on the basis of your entire knowledge including all information in the possession of your agents, representatives, syndicates or syndicate members, or attorneys.

17.    If your answer to any interrogatory is qualified in any way, set forth the exact nature and extent of the qualification.

18.    If you assert a privilege in response to any interrogatory, state the nature of the privilege asserted, specify the ground(s) for asserting the privilege, and provide all information responsive to the Request that does not fall within your claim of privilege. If an objection, other than a claim of privilege, is made to any part of any Interrogatory, specify the part.

19.    Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, you are under a duty to supplement or amend your responses to include updated or subsequently-acquired information that is responsive to these interrogatories.

*     *     *

## INTERROGATORIES

- 4 -

15653355.1

1.    Identify each person who participated in underwriting policy number DOC-9035134-00.

2.    Identify each person who participated in underwriting policy number DOC-9035134-01.

3.    Identify each person who participated in the drafting of the *Tripp* Exclusion contained in the D&O Policies or Lloyds' policy no. QA011608.

4.    Identify the person at Zurich who gave final approval for the *Tripp* Exclusion contained in the D&O Policies or Lloyds' policy no. QA011608.

5.    State each basis under the D&O Policies that you sold to the Debtor that you contend limits in any way coverage for any of the Indymac Claims.

6.    For each basis that you stated in your response to Interrogatory No. 5, state all facts that support your contention.

7.    For each basis that you stated in your response to Interrogatory No. 5, identify all documents that support your contention.

8.    For each basis that you stated in your response to Interrogatory No. 5, identify all persons with knowledge of each such basis.

9.    Identify all people involved in handling any claims for coverage under the D&O Policies with respect to the Indymac Claims.

10.   Identify all people involved in your decision to deny coverage to any of the Former Officers and Directors with respect to any of the Indymac Claims.

11.   Identify each person who investigated the Indymac Claims.

12.   State the amount of any loss reserve set by Zurich regarding any of the Indymac Claims.

13.   Identify each person involved in setting the premium for the D&O Policies or Lloyds' policy no. QA011608.

15653355.1

14.   Describe each factor considered in setting the premium for the D&O Policies or Lloyds' policy no. QA011608, including, if applicable, how the *Tripp* Exclusion factored into setting the premium.

15.   Identify each person who provided any information in preparing Zurich's responses to these Interrogatories.

DATED:  November *17*, 2011      MUNGER, TOLLES & OLSON LLP
                                                        John W. Spiegel
                                                        Kathleen M. McDowell


By: _Kathleen M. McDowell_
       Kathleen M. McDowell

Attorneys for Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison

15653355.1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California  90071-1560.

      On November 17, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**First Set of Special Interrogatories to Zurich American
Insurance Company (Set 1)**

☒  By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒  **COURTESY COPY BY ELECTRONIC MAIL:** As indicated on attached Service List.  I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒  **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐  **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐  **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission.  The transmission was reported as complete and without error.  A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference.  The telephone number of the facsimile machine I used was (213) 683-9510.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐  **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

14524183.1

- 1 -

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Jason P. Cronic | Attorneys for Plaintiff XL Specialty |
| 2 | **Wiley Rein LLP** | Insurance Company |
| | 1776 K Street, N.W. | |
| 3 | Washington, DC 20006 | |
| 4 | Gordon J. Calhoun | Attorneys for Plaintiff XL Specialty |
| | Douglas Ross Irvine | Insurance Company |
| 5 | **Lewis Brisbois Bisgaard & Smith** | |
| 6 | 221 N. Figueroa St., Suite 1200 | |
| | Los Angeles, CA 90012-2601 | |
| 7 | | |
| | Ira Revich | Attorneys for Plaintiffs Arch |
| 8 | James B. Green | Insurance Company, ACE American |
| | **Charlston, Revich & Wollitz LLP** | Insurance Company |
| 9 | 1925 Century Park East, Suite 1250 | |
| 10 | Los Angeles, CA 90067-2746 | |
| 11 | Edward P. Gibbons | Attorneys for Plaintiffs ACE |
| | Tiffany Saltzman-Jones | American Insurance Company |
| 12 | **Walker Wilcox Matousek LLP** | |
| | 225 West Washington Street, Suite 2400 | |
| 13 | Chicago, IL 60606 | |
| 14 | | |
| | Kim W. West | Attorneys for Plaintiffs Arch |
| 15 | Alec C. Boyd | Insurance Company, XL Specialty |
| | **Tucker Ellis and West LLP** | Insurance Company, ACE American |
| 16 | 135 Main Street, Suite 700 | Insurance Company, Axis Insurance |
| | San Francisco, CA 94105 | Company |
| 17 | | |
| 18 | Andrew Smith | Attorneys for Plaintiffs Axis |
| | Michael Skoglund | Insurance Company |
| 19 | Ommid Farashahi | |
| | **Bates Carey Nicolaides LLP** | |
| 20 | 191 North Wacker, Suite 2400 | |
| | Chicago, IL 60606 | |
| 21 | | |
| 22 | Alexander G. Calfo | Attorneys for Plaintiffs Axis |
| | **Yukevich Calfo & Cavanaugh** | Insurance Company |
| 23 | 355 S. Grand Avenue, 15th Floor | |
| | Los Angeles, CA 90071 | |
| 24 | | |
| 25 | Robert L. Corbin | Attorneys for Defendants John |
| | Michael W. Fitzgerald | Olinsky, Samir Grover, Simon |
| 26 | Joel M. Athey | Heyrick, Victor Woodworth, Scott |
| | **Corbin, Fitzgerald & Athey LLP** | Van Dellen, William Rothman, Jill |
| 27 | 601 West Fifth St, Suite 1150 | Jacobsen, and Kevin Callan |
| | Los Angeles, CA 90071-2024 | |
| 28 | | |

14524183.1

- 2 -

PROOF OF SERVICE

| | |
|---|---|
| Robert H. Fairbank<br>Richard D. Gluck<br>**Fairbank & Vincent**<br>444 S. Flower Street, Suite 3860<br>Los Angeles, CA  90071 | Attorneys for Defendant S. Blair Abernathy |
| Jean Veta<br>David Bayless<br>Dennis B. Auerbach<br>**Covington & Burling LLP**<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004 | Attorneys for Defendant Michael W. Perry |
| Louis E. Kempinsky<br>**Peitzman Weg and Kempinsky LLP**<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067 | Attorneys for Defendant Michael W. Perry |
| Kirby Behre<br>**Paul Hastings LLP**<br>875 15th Street NW<br>Washington, DC  20005 | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| John S. Durrant<br>**Paul Hastings Janofsky & Walker LLP**<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071 | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| Gregory S. Bruch<br>Jessica L. Matelis<br>Julie A. Smith<br>**Willkie, Farr & Gallagher LLP**<br>1875 K Street NW<br>Washington, DC  20006 | Attorneys for Defendant A. Scott Keys |
| John L. Carlton<br>**Medrano & Carlton**<br>555 West Fifth Street, 31st Floor<br>Los Angeles, CA 90013 | Attorneys for Defendant A. Scott Keys |

14524183.1

- 3 -

1
2
3
4

David M. Stern
Lee R. Bogdanoff
Matthew C. Heyn
**Klee, Tuchin, Bogdanoff & Stern LLP**
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067-6049

Attorneys for Proposed Intervenor
Alfred H. Siegel Soley as Chapter 7
Trustee

5
6
7
8

Jerold Oshinsky
Linda D. Kornfeld
**Jenner & Block LLP**
633 West 5th Street
Suite 3500
Los Angeles, CA 90071

9
10
11
12

Andrew L. Sandler
Benjamin B. Klubes
Benjamin Saul
**BuckleySandler LLP**
1250 24th Street N.W., Suite 700
Washington, DC 20037

Attorneys for Movant Alfred H.
Siegel

13
14
15
16

Theodore A. Boundas
Jeffrey Shaw
W. Joel Vander Vliet
**Boundas Skarzynski Walsh & Black LLC**
200 East Randolph Drive, Suite 7200
Chicago, IL 60601

Attorneys for Lloyds

17
18
19
20

Executed on November 17, 2011, at Los Angeles, California.

_Denise Olguin_

Denise Olguin

21
22
23
24
25
26
27
28

14524183.1

- 4 -

PROOF OF SERVICE

# EXHIBIT J

1   JOHN W. SPIEGEL (SBN 78935)
    john.spiegel@mto.com
2   KATHLEEN M. McDOWELL (SBN 115976)
    kathleen.mcdowell@mto.com
3   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 25th floor
4   Los Angeles, CA  90071-1560
    Telephone:  (213) 683-9100
5   Facsimile:   (213) 687-3702

6   Attorneys for Defendants
    LOUIS E. CALDERA, LYLE E. GRAMLEY,
7   HUGH M. GRANT, PATRICK C. HADEN,
    TERRANCE G. HODEL, ROBERT L. HUNT
8   II, LYDIA H. KENNARD, and BRUCE G.
    WILLISON

9

10              UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

13

14  XL SPECIALTY INSURANCE            CASE NO. 2:11-CV-2078-GHK-JCG
    COMPANY, *et al.*,
15                                    **NOTICE OF DEPOSITION OF**
                   Plaintiffs,        **THOSE CERTAIN**
16                                    **UNDERWRITERS AT LLOYDS**
    v.                                **OF LONDON AND**
17                                    **CATLIN INSURANCE**
    MICHAEL W. PERRY, *et al.*,       **COMPANY (UNDERWRITING)**
18
                   Defendants.        **Judge:  Hon. R. Gary Klausner**
19

20  LOUIS CALDERA, LYLE
    GRAMLEY, HUGH GRANT,
21  PATRICK HADEN, TERRENCE
    HODEL, ROBERT HUNT, LYDIA
22  KENNARD, and BRUCE WILLISON,

23                 Counterclaimants,

24  v.

25  XL SPECIALTY INSURANCE
    COMPANY, *et al.*,
26
                   Counter-Defendants.
27

28

15838107.1

1    LOUIS CALDERA, LYLE
     GRAMLEY, HUGH GRANT,
2    PATRICK HADEN, TERRENCE
     HODEL, ROBERT HUNT, LYDIA
3    KENNARD, and BRUCE WILLISON,

4                    Cross-Complainants,

5    v.

6    CERTAIN UNDERWRITERS AT
     LLOYDS OF LONDON, an
7    unincorporated association; CATLIN
     INSURANCE CO., LTD., a United
8    Kingdom corporation; ZURICH
     AMERICAN INSURANCE CO., a
9    Delaware corporation; TWIN CITY
     FIRE INSURANCE CO., a Delaware
10   corporation; CONTINENTAL
     CASUALTY CO., a Delaware
11   corporation,

12                   Cross-Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND
CATLIN INSURANCE COMPANY (UNDERWRITING)

1   PLEASE TAKE NOTE that, pursuant to Rule 30(b)(6) of the Federal Rules of

2   Civil Procedure, the undersigned counsel for the Defendants and Counter Claimants

3   Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G.

4   Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison (collectively, the

5   "Defendants") will take testimony by oral examination under oath, on December 22,

6   2011, commencing at 10:00 a.m., from one or more designated officers, directors,

7   managing agents or other persons most knowledgeable on behalf of Those Certain

8   Underwriters at Lloyds, London Subscribing to Policy No. QA011608 and Catlin

9   Insurance Company (UK) Ltd. ("Lloyds"), at the offices of law offices of Munger,

10   Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California

11   90071.

12   The deposition will be taken before a court reporter authorized to administer

13   oaths by the laws of the State of California, and testimony will be recorded

14   stenographically and through the instant visual display of testimony.  The deposition

15   also shall be recorded by audio and videotape.  Defendants reserve the right to use any

16   part or all of the deposition, including but not limited to the audio or video recording

17   thereof, at trial or at any other hearing in this action in lieu of live testimony of the

18   deponent, as provided in Rule 32 of the Federal Rules of Civil Procedure.  The

19   deposition will continue day-to-day until completed, weekends and holidays excepted,

20   unless otherwise agreed by counsel.

21   In accordance with Rule 30(b)(6), Defendants request that Lloyds prepare its

22   designee(s) to testify "as to matters known or reasonably available to" Lloyds

23   regarding the Areas of Examination listed below.  Defendants also request that Lloyds

24   provide written notice at least five (5) business days before the deposition of the name

25   and employment position of each person designated to testify on Lloyds's behalf,

26   identifying the matters set forth below.

27

28

## DEFINITIONS

1.   The terms "You," "Your" or "Lloyds" refer to counter defendants Those Certain Underwriters At Lloyd's, London Subscribing to Policy No. QA011608 and Catlin Insurance Company (UK) Ltd., and include their agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on their behalf. This includes Lloyds' syndicates or syndicate members under the insurance policies at issue in this dispute, including but not limited to Lexington Insurance Company and Catlin Insurance Company which sell insurance policies insuring persons in the State of California, County of Los Angeles.

2.   The "Former Directors and Officers" means Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S. Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin Callan.

3.   The "Indymac Claims" means any and all claims against any of the Former Directors and Officers regarding  IndyMac Bancorp, Inc. and IndyMac Bank, F.S.B.

4.   "Person" means a natural person, firm, association, organization, partnership, business, true, corporation, public entity, or any other entity.

5.   "Communication" or "communicate" means any form of information exchange, or attempted exchange, including but not limited to: written, oral, or electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face conversation, meeting, or conference; any exchange whether or not written, taped, or recorded; any exchange without limit to the time, place, or circumstances of its occurrence; and/or any other transmittal of information by any media by any manner.

6.     The terms "and" and "or" include each other within their meaning, whether both are referenced or otherwise.

7.     The terms "any" and "all" include each other within their meaning, whether both are referenced or otherwise.

8.     The terms "concern," "refer," "relate" and "in connection with," and all forms of these terms, shall mean, without limitation, analyzing, concerning, consisting of, describing, discussing, embodying, evidencing, identifying, including, pertaining to, memorializing, mentioning, naming, negating, recording, reflecting, showing, supporting, summarizing, or having any logical or factual connection with the matter discussed.

9.     The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope.

10.     Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate a response.

11.     All words not otherwise defined above shall be interpreted in accordance with their ordinary dictionary definition and the meaning given to them by cases interpreting the Federal Rules of Civil Procedure.

*     *     *

## AREAS OF EXAMINATION

**Topic No. 1**:

The drafting of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 2**:

The negotiations for Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 3**:

The underwriting of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 4**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in drafting Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 5**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the negotiations for Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 6**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the underwriting of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 7**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the issuance of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 8**:

The practices and procedures followed by Lloyds in connection with the drafting, negotiation, underwriting, and issuance of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 9**:

The meaning, interpretation of, or negotiations concerning each term, condition, or exclusion in Lloyds policy number B0509QA011608 (or QA011608) that Lloyds contends limits in any manner its coverage duties for any of the Indymac Claims.

**Topic No. 10**:

All information requested by Lloyds to be provided to it in connection with the negotiation, underwriting, or issuance of Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 11**:

The meaning, interpretation of, or negotiations concerning Section IV.E contained in Lloyds policy number 509/QA006807 (or QA006807).

**Topic No. 12**:

The meaning, interpretation of, or negotiations concerning Section IV.E contained in Lloyds policy number B0509QA011608 (or QA011608).

**Topic No. 13**:

Lloyds' handling of any of the Former Directors and Officers' claim(s) for coverage for any of the Indymac Claims.

**Topic No. 14**:

The interpretation and application of policy number B0509QA011608 (or QA011608) to any of the Former Directors and Officers' claims for coverage for any of the Indymac Claims.

**Topic No. 15**:

The identities of each Person (including the last known addresses and telephone numbers in the case of former employees) who worked on, supervised, adjusted or handled any claims for coverage under policy number B0509QA011608 (OR QA011608) for any of the Indymac Claims.

**Topic No. 16**:

Any investigation conducted by Lloyds or on its behalf relating to any claim for coverage under policy number B0509QA011608 (OR QA011608) for any of the Indymac Claims.

NOTICE OF DEPOSITION OF THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY (UNDERWRITING)

**Topic No. 17**:

All Communications with any Person concerning any claim for coverage under policy number B0509QA011608 (OR QA011608) for any of the Indymac Claims.

**Topic No. 18**:

Lloyds' decision to deny coverage under policy number B0509QA011608 (OR QA011608) for any of the Indymac Claims.

**Topic No. 19**:

All bases for Lloyds' decision to deny coverage under policy number B0509QA011608 (OR QA011608) for any of the Indymac Claims.

**Topic No. 20**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) ever employed by Lloyds who had any involvement in determining whether to provide coverage for any of the Indymac Claims.

**Topic No. 21**:

Lloyds' claims practices, procedures, and standards for directors and officers liability claims in effect at any time from January 1, 2008 to the present.

**Topic No. 22**:

The organizational structure of Lloyds' claims department responsible for handling or adjusting director and officer liability claims from January 1, 2008 to the present.

**Topic No. 23**:

Lloyds' promotion, advertising, and marketing of directors and officers liability insurance policies from January 1, 2008 to present.

**Topic No. 24**:

Reinsurance for policy number B0509QA011608 (OR QA011608).

**Topic No. 25**:

Communications between Lloyds and any reinsurers concerning any of the Indymac Claims.

**Topic No. 26**:

Any reserve Lloyds established in connection with any of the claims for coverage for the Indymac Claims, and any changes thereto at any time.

**Topic No. 27**:

All grounds upon which Lloyds based its denial of coverage for any of the Indymac Claims.

**Topic No. 28**:

The setting and calculation of the premium for policy number B0509QA011608 (OR QA011608).

DATED:  December 1, 2011                          MUNGER, TOLLES & OLSON LLP
                                                                    John W. Spiegel
                                                                    Kathleen M. McDowell


                                                        By: _Kathleen M. McDowell_
                                                                    Kathleen M. McDowell

                                                        Attorneys for Defendants Louis E. Caldera,
                                                        Lyle E. Gramley, Hugh M. Grant, Patrick
                                                        C. Haden, Terrance G. Hodel, Robert L.
                                                        Hunt II, Lydia H. Kennard, and Bruce G.
                                                        Willison

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

   I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

   On December 1, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

### NOTICE OF DEPOSITION OF THOSE CERTAIN UNDERWRITERS AT LLOYDS OF LONDON AND CATLIN INSURANCE COMPANY (UNDERWRITING)

☒  By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐  **BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

☒  **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐  **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐  **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐  **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

13692237.1

- 1 -

| | | |
|---|---|---|
| 1 | Jason P. Cronic | Attorneys for Plaintiff XL Specialty |
| 2 | **Wiley Rein LLP** | Insurance Company |
| | 1776 K Street, N.W. | |
| 3 | Washington, DC 20006 | |
| | *Served Via ECF* | |
| 4 | | |
| 5 | Gordon J. Calhoun | Attorneys for Plaintiff XL Specialty |
| | Douglas Ross Irvine | Insurance Company |
| 6 | **Lewis Brisbois Bisgaard & Smith** | |
| | 221 N. Figueroa St., Suite 1200 | |
| 7 | Los Angeles, CA 90012-2601 | |
| | *Served Via ECF* | |
| 8 | | |
| 9 | Ira Revich | Attorneys for Plaintiffs Arch Insurance |
| | James B. Green | Company, ACE American Insurance |
| 10 | **Charlston, Revich & Wollitz LLP** | Company |
| | 1925 Century Park East, Suite 1250 | |
| 11 | Los Angeles, CA 90067-2746 | |
| | *Served Via ECF* | |
| 12 | | |
| 13 | Edward P. Gibbons | Attorneys for Plaintiffs ACE American |
| | Tiffany Saltzman-Jones | Insurance Company |
| 14 | **Walker Wilcox Matousek LLP** | |
| | 225 West Washington Street, Suite 2400 | |
| 15 | Chicago, IL 60606 | |
| | *Served Via ECF* | |
| 16 | | |
| 17 | Kim W. West | Attorneys for Plaintiffs Arch Insurance |
| | Alec C. Boyd | Company, XL Specialty Insurance |
| 18 | **Tucker Ellis and West LLP** | Company, ACE American Insurance |
| | 135 Main Street, Suite 700 | Company, Axis Insurance Company |
| 19 | San Francisco, CA 94105 | |
| | *Served Via ECF* | |
| 20 | | |
| 21 | Andrew Smith | Attorneys for Plaintiffs Axis Insurance |
| | Michael Skoglund | Company |
| 22 | Ommid Farashahi | |
| | **Bates Carey Nicolaides LLP** | |
| 23 | 191 North Wacker, Suite 2400 | |
| | Chicago, IL 60606 | |
| 24 | *Served Via ECF* | |
| 25 | | |
| | Alexander G. Calfo | Attorneys for Plaintiffs Axis Insurance |
| 26 | **Yukevich Calfo & Cavanaugh** | Company |
| | 355 S. Grand Avenue, 15th Floor | |
| 27 | Los Angeles, CA 90071 | |
| | *Served Via ECF* | |
| 28 | | |

PROOF OF SERVICE

|  |  |
|---|---|
| Robert L. Corbin<br>Michael W. Fitzgerald<br>Joel M. Athey<br>**Corbin, Fitzgerald & Athey LLP**<br>601 West Fifth St, Suite 1150<br>Los Angeles, CA 90071-2024<br>*Served Via U.S. Mail* | Attorneys for Defendants John Olinsky, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan |
| Robert H. Fairbank<br>Richard D. Gluck<br>**Fairbank & Vincent**<br>444 S. Flower Street, Suite 3860<br>Los Angeles, CA  90071<br>*Served Via U.S. Mail* | Attorneys for Defendant S. Blair Abernathy |
| Jean Veta<br>David Bayless<br>Dennis B. Auerbach<br>**Covington & Burling LLP**<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Served Via ECF* | Attorneys for Defendant Michael W. Perry |
| Louis E. Kempinsky<br>**Peitzman Weg and Kempinsky LLP**<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>*Served Via ECF* | Attorneys for Defendant Michael W. Perry |
| Kirby Behre<br>**Paul Hastings LLP**<br>875 15th Street NW<br>Washington, DC  20005<br>*Served Via U.S. Mail* | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| John S. Durrant<br>**Paul Hastings Janofsky & Walker LLP**<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>*Served Via ECF* | Attorneys for Defendants Richard Koon and Kenneth Shellem |

13692237.1

- 3 -

PROOF OF SERVICE

|   |   |   |
|---|---|---|
| 1 | Gregory S. Bruch | Attorneys for Defendant A. Scott Keys |
| 2 | Jessica L. Matelis | |
|   | Julie A. Smith | |
| 3 | **Willkie, Farr & Gallagher LLP** | |
|   | 1875 K Street NW | |
| 4 | Washington, DC 20006 | |
|   | *Served Via ECF* | |

1  Gregory S. Bruch                                   Attorneys for Defendant A. Scott Keys
2  Jessica L. Matelis
   Julie A. Smith
3  **Willkie, Farr & Gallagher LLP**
   1875 K Street NW
4  Washington, DC 20006
   *Served Via ECF*
5

6  John L. Carlton                                     Attorneys for Defendant A. Scott Keys
   **Medrano & Carlton**
7  555 West Fifth Street, 31st Floor
   Los Angeles, CA 90013
8  *Served Via ECF*

9  David M. Stern                                      Attorneys for Proposed Intervenor
   Lee R. Bogdanoff                                    Alfred H. Siegel, Soley as Chapter 7
10 Matthew C. Heyn                                     Trustee
   **Klee, Tuchin, Bogdanoff & Stern LLP**
11 1999 Avenue of the Stars, 39th Floor
12 Los Angeles, CA 90067-6049
   *Served Via ECF and Mail*
13

14 Jerold Oshinsky
   Linda D. Kornfeld
15 **Jenner & Block LLP**
   633 West 5th Street
16 Suite 3500
   Los Angeles, CA 90071
17 *Served Via ECF and Mail*

18 Andrew L. Sandler                                   Attorneys for Movant Alfred H. Siegel
   Benjamin B. Klubes
19 Benjamin Saul
   **BuckleySandler LLP**
20 1250 24th Street N.W., Suite 700
   Washington, DC 20037
21 *Served Via ECF*

22

23          Executed on December 1, 2011, at Los Angeles, California.

24                                        _Denise Olg_

25                                        _____
                                          Denise Olguin

26

27

28

13692237.1                              - 4 -

PROOF OF SERVICE

# EXHIBIT K

JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
kathleen.mcdowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
LOUIS E. CALDERA, LYLE E. GRAMLEY,
HUGH M. GRANT, PATRICK C. HADEN,
TERRANCE G. HODEL, ROBERT L. HUNT
II, LYDIA H. KENNARD, and BRUCE G.
WILLISON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. PERRY, et al., <br><br> Defendants. | CASE NO. 2:11-CV-2078-GHK-JCG <br><br> **NOTICE OF DEPOSITION OF ZURICH SPECIALTY INSURANCE COMPANY (UNDERWRITING)** <br><br> Judge:  Hon. R. Gary Klausner |
| LOUIS CALDERA, LYLE GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON, <br><br> Counterclaimants, <br><br> v. <br><br> XL SPECIALTY INSURANCE COMPANY, et al., <br><br> Counter-Defendants. | |

1  LOUIS CALDERA, LYLE
   GRAMLEY, HUGH GRANT,
2  PATRICK HADEN, TERRENCE
   HODEL, ROBERT HUNT, LYDIA
3  KENNARD, and BRUCE WILLISON,

4              Cross-Complainants,

5  v.

6  CERTAIN UNDERWRITERS AT
   LLOYDS OF LONDON, an
7  unincorporated association; CATLIN
   INSURANCE CO., LTD., a United
8  Kingdom corporation; ZURICH
   AMERICAN INSURANCE CO., a
9  Delaware corporation; TWIN CITY
   FIRE INSURANCE CO., a Delaware
10 corporation; CONTINENTAL
   CASUALTY CO., a Delaware
11 corporation,

12             Cross-Defendants.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   PLEASE TAKE NOTE that, pursuant to Rule 30(b)(6) of the Federal Rules

2 of Civil Procedure, the undersigned counsel for the Defendants and Counter

3 Claimants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden,

4 Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison

5 (collectively, the "Defendants") will take testimony by oral examination under

6 oath, on December 23, 2011, commencing at 10:00 a.m., from one or more

7 designated officers, directors, managing agents or other persons most

8 knowledgeable on behalf of Zurich Insurance Company ("Zurich"), at the offices

9 of law offices of Munger, Tolles & Olson, 355 South Grand Avenue, 35th Floor,

10 Los Angeles, California 90071.

11   The deposition will be taken before a court reporter authorized to administer

12 oaths by the laws of the State of California, and testimony will be recorded

13 stenographically and through the instant visual display of testimony.  The

14 deposition also shall be recorded by audio and videotape.  Defendants reserve the

15 right to use any part or all of the deposition, including but not limited to the audio

16 or video recording thereof, at trial or at any other hearing in this action in lieu of

17 live testimony of the deponent, as provided in Rule 32 of the Federal Rules of Civil

18 Procedure.  The deposition will continue day-to-day until completed, weekends

19 and holidays excepted, unless otherwise agreed by counsel.

20   In accordance with Rule 30(b)(6), Defendants request that Zurich prepare its

21 designee(s) to testify "as to matters known or reasonably available to" Zurich

22 regarding the Areas of Examination listed below.  Defendants also request that

23 Zurich  provide written notice at least five (5) business days before the deposition

24 of the name and employment position of each person designated to testify on

25 Zurich's behalf, identifying the matters set forth below.

26

27

28 NOTICE OF DEPOSITION OF ZURICH SPECIALTY INSURANCE COMPANY (UNDERWRITING)

## DEFINITIONS

1.     The terms "You," "Your" or "Zurich" refer to Zurich American Insurance Company and include its agents, employees, attorneys, investigators, insurers, and anyone else acting or purporting to act on its behalf.

2.     The "Former Directors and Officers" means Michael W. Perry, A. Scott Keys, Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, Bruce G. Willison, John Olinski, S. Blair Abernathy, Samir Grover, Simon Heyrick, Victor H. Woodworth, Scott Van Dellen, Richard Koon, Kenneth Shellem, William Rothman, Jill Jacobsen, and Kevin Callan.

3.     The "Indymac Claims" means any and all claims against any of the Former Directors and Officers regarding  IndyMac Bancorp, Inc. and IndyMac Bank, F.S.B.

4.     "Person" means a natural person, firm, association, organization, partnership, business, true, corporation, public entity, or any other entity.

5.     "Communication" or "communicate" means any form of information exchange, or attempted exchange, including but not limited to: written, oral, or electronic exchanges; exchanges by letter, telephone, facsimile, email, face-to-face conversation, meeting, or conference; any exchange whether or not written, taped, or recorded; any exchange without limit to the time, place, or circumstances of its occurrence; and/or any other transmittal of information by any media by any manner. The terms "and" and "or" include each other within their meaning, whether both are referenced or otherwise.

6.     The terms "any" and "all" include each other within their meaning, whether both are referenced or otherwise.

7.     The terms "concern," "refer," "relate" and "in connection with," and all forms of these terms, shall mean, without limitation, analyzing, concerning,

NOTICE OF DEPOSITION OF ZURICH SPECIALTY INSURANCE COMPANY (UNDERWRITING)

consisting of, describing, discussing, embodying, evidencing, identifying, including, pertaining to, memorializing, mentioning, naming, negating, recording, reflecting, showing, supporting, summarizing, or having any logical or factual connection with the matter discussed.

8.      The present tense shall include the past tense and vice-versa to bring within the scope of the request all responses that might be construed to be outside its scope.

9.      Any word written in the singular shall be construed as plural or vice-versa when necessary to facilitate a response.

10.     All words not otherwise defined above shall be interpreted in accordance with their ordinary dictionary definition and the meaning given to them by cases interpreting the Federal Rules of Civil Procedure.

*     *     *

## AREAS OF EXAMINATION

**Topic No. 1**:

The drafting of Zurich policy number DOC-9035134-01.

**Topic No. 2**:

The negotiations for Zurich policy number DOC-9035134-01.

**Topic No. 3**:

The underwriting of Zurich policy number DOC-9035134-01.

**Topic No. 4**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in drafting Zurich policy number DOC-9035134-01.

**Topic No. 5**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the negotiations for Zurich policy number DOC-9035134-01.

**Topic No. 6**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the underwriting of Zurich policy number DOC-9035134-01.

**Topic No. 7**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) involved in the issuance of Zurich policy number DOC-9035134-01.

**Topic No. 8**:

The practices and procedures followed by Zurich in connection with the drafting, negotiation, underwriting, and issuance of Zurich policy number DOC-9035134-01.

**Topic No. 9**:

The meaning, interpretation of, or negotiations concerning each term, condition, or exclusion in Zurich policy number DOC-9035134-01 that Zurich contends limits in any manner its coverage duties for any of the Indymac Claims.

**Topic No. 10**:

All information requested by Zurich to be provided to it in connection with the negotiation, underwriting, or issuance of Zurich policy number DOC-9035134-01.

**Topic No. 11**:

Zurich's handling of any of the Former Directors and Officers' claim(s) for coverage for any of the Indymac Claims.

**Topic No. 12**:

The interpretation and application of policy number DOC-9035134-01 to any of the Former Directors and Officers' claims for coverage for any of the Indymac Claims.

**Topic No. 13**:

The identities of each Person (including the last known addresses and telephone numbers in the case of former employees) who worked on, supervised, adjusted or handled any claims for coverage under policy number DOC-9035134-01 for any of the Indymac Claims.

**Topic No. 14**:

Any investigation conducted by Zurich or on its behalf relating to any claim for coverage under policy number DOC-9035134-01 for any of the Indymac Claims.

**Topic No. 15**:

All Communications with any Person concerning any claim for coverage under policy number DOC-9035134-01 for any of the Indymac Claims.

**Topic No. 16**:

Zurich's decision to deny coverage under policy number DOC-9035134-01 for any of the Indymac Claims.

**Topic No. 17**:

All bases for Zurich's decision to deny coverage under policy number DOC-9035134-01 for any of the Indymac claims.

**Topic No. 18**:

The identities of all Persons (including the last known addresses and telephone numbers in the case of former employees) ever employed by Zurich who had any involvement in determining whether to provide coverage for any of the Indymac Claims.

**Topic No. 19**:

Zurich's claims practices, procedures, and standards for directors and officers liability claims in effect at any time from January 1, 2008 to the present.

**Topic No. 20**:

The organizational structure of Zurich's claims department responsible for handling or adjusting director and officer liability claims from January 1, 2008 to the present.

**Topic No. 21**:

Zurich's promotion, advertising, and marketing of directors and officers liability insurance policies from January 1, 2008 to present.

**Topic No. 22**:

Reinsurance for policy number DOC-9035134-01.

**Topic No. 23**:

Communications between Zurich and any reinsurers concerning any of the Indymac Claims.

**Topic No. 24**:

Any reserve Zurich established in connection with any of the claims for coverage for the Indymac Claims, and any changes thereto at any time.

**Topic No. 25**:

All grounds upon which Zurich based its denial of coverage for any of the Indymac Claims.

**Topic No. 26**:

The setting and calculation of the premium for policy number DOC-9035134-01.

NOTICE OF DEPOSITION OF ZURICH SPECIALTY INSURANCE COMPANY (UNDERWRITING)

DATED:  December 1, 2011

MUNGER, TOLLES & OLSON LLP
John W. Spiegel
Kathleen M. McDowell

By:  *Kathleen M. McDowell*
Kathleen M. McDowell

Attorneys for Defendants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

3

       I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

4

5

       On December 1, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

6

7

### NOTICE OF DEPOSITION OF ZURICH SPECIALTY INSURANCE COMPANY (UNDERWRITING)

8

9

[X] By placing ☐ the original(s) ☒ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

10

11

☐ **BY ELECTRONIC MAIL:** As indicated on attached Service List. I caused document to be sent by electronic mail for instantaneous transmittal via telephone line.

12

[X] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

13

14

15

16

17

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

18

19

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

20

21

22

23

24

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

25

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

26

27

28

13692237.1

- 1 -

| | | |
|---|---|---|
| 1 | Jason P. Cronic | Attorneys for Plaintiff XL Specialty |
| 2 | **Wiley Rein LLP** | Insurance Company |
| 3 | 1776 K Street, N.W.<br>Washington, DC 20006 | |
| 4 | *Served Via ECF* | |

Jason P. Cronic
**Wiley Rein LLP**
1776 K Street, N.W.
Washington, DC 20006
*Served Via ECF*

Attorneys for Plaintiff XL Specialty
Insurance Company

Gordon J. Calhoun
Douglas Ross Irvine
**Lewis Brisbois Bisgaard & Smith**
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012-2601
*Served Via ECF*

Attorneys for Plaintiff XL Specialty
Insurance Company

Ira Revich
James B. Green
**Charlston, Revich & Wollitz LLP**
1925 Century Park East, Suite 1250
Los Angeles, CA 90067-2746
*Served Via ECF*

Attorneys for Plaintiffs Arch Insurance
Company, ACE American Insurance
Company

Edward P. Gibbons
Tiffany Saltzman-Jones
**Walker Wilcox Matousek LLP**
225 West Washington Street, Suite 2400
Chicago, IL 60606
*Served Via ECF*

Attorneys for Plaintiffs ACE American
Insurance Company

Kim W. West
Alec C. Boyd
**Tucker Ellis and West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
*Served Via ECF*

Attorneys for Plaintiffs Arch Insurance
Company, XL Specialty Insurance
Company, ACE American Insurance
Company, Axis Insurance Company

Andrew Smith
Michael Skoglund
Ommid Farashahi
**Bates Carey Nicolaides LLP**
191 North Wacker, Suite 2400
Chicago, IL 60606
*Served Via ECF*

Attorneys for Plaintiffs Axis Insurance
Company

Alexander G. Calfo
**Yukevich Calfo & Cavanaugh**
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071
*Served Via ECF*

Attorneys for Plaintiffs Axis Insurance
Company

13692237.1

- 2 -

| | |
|---|---|
| Robert L. Corbin<br>Michael W. Fitzgerald<br>Joel M. Athey<br>**Corbin, Fitzgerald & Athey LLP**<br>601 West Fifth St, Suite 1150<br>Los Angeles, CA 90071-2024<br>*Served Via U.S. Mail* | Attorneys for Defendants John Olinsky, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan |
| Robert H. Fairbank<br>Richard D. Gluck<br>**Fairbank & Vincent**<br>444 S. Flower Street, Suite 3860<br>Los Angeles, CA  90071<br>*Served Via U.S. Mail* | Attorneys for Defendant S. Blair Abernathy |
| Jean Veta<br>David Bayless<br>Dennis B. Auerbach<br>**Covington & Burling LLP**<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Served Via ECF* | Attorneys for Defendant Michael W. Perry |
| Louis E. Kempinsky<br>**Peitzman Weg and Kempinsky LLP**<br>2029 Century Park East, Suite 3100<br>Los Angeles, CA 90067<br>*Served Via ECF* | Attorneys for Defendant Michael W. Perry |
| Kirby Behre<br>**Paul Hastings LLP**<br>875 15th Street NW<br>Washington, DC  20005<br>*Served Via U.S. Mail* | Attorneys for Defendants Richard Koon and Kenneth Shellem |
| John S. Durrant<br>**Paul Hastings Janofsky & Walker LLP**<br>515 S. Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>*Served Via ECF* | Attorneys for Defendants Richard Koon and Kenneth Shellem |

13692237.1

- 3 -

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Gregory S. Bruch | Attorneys for Defendant A. Scott Keys |
| 2 | Jessica L. Matelis | |
| | Julie A. Smith | |
| 3 | **Willkie, Farr & Gallagher LLP** | |
| | 1875 K Street NW | |
| 4 | Washington, DC  20006 | |
| | *Served Via ECF* | |
| 5 | | |
| 6 | John L. Carlton | Attorneys for Defendant A. Scott Keys |
| | **Medrano & Carlton** | |
| 7 | 555 West Fifth Street, 31st Floor | |
| | Los Angeles, CA 90013 | |
| 8 | *Served Via ECF* | |
| 9 | David M. Stern | Attorneys for Proposed Intervenor |
| | Lee R. Bogdanoff | Alfred H. Siegel, Soley as Chapter 7 |
| 10 | Matthew C. Heyn | Trustee |
| 11 | **Klee, Tuchin, Bogdanoff & Stern LLP** | |
| | 1999 Avenue of the Stars, 39th Floor | |
| 12 | Los Angeles, CA  90067-6049 | |
| | *Served Via ECF and Mail* | |
| 13 | | |
| 14 | Jerold Oshinsky | |
| | Linda D. Kornfeld | |
| 15 | **Jenner & Block LLP** | |
| | 633 West 5th Street | |
| 16 | Suite 3500 | |
| | Los Angeles, CA 90071 | |
| 17 | *Served Via ECF and Mail* | |
| 18 | Andrew L. Sandler | Attorneys for Movant Alfred H. Siegel |
| | Benjamin B. Klubes | |
| 19 | Benjamin Saul | |
| 20 | **BuckleySandler LLP** | |
| | 1250 24th Street N.W., Suite 700 | |
| 21 | Washington, DC 20037 | |
| | *Served Via ECF* | |
| 22 | | |
| 23 | Executed on December 1, 2011, at Los Angeles, California | |
| 24 | | |
| 25 | | Denise Olguin |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE