JOHN W. SPIEGEL (SBN 78935)
john.spiegel@mto.com
KATHLEEN M. McDOWELL (SBN 115976)
kathleen.mcdowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants and Counterclaimants
LOUIS E. CALDERA, LYLE E. GRAMLEY,
HUGH M. GRANT, PATRICK C. HADEN,
TERRANCE G. HODEL, ROBERT L. HUNT
II, LYDIA H. KENNARD, and BRUCE G.
WILLISON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. PERRY, *et al.*, <br><br> Defendants. <br><br><br> LOUIS CALDERA, LYLE GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON, <br><br> Counterclaimants, <br><br> v. <br><br> XL SPECIALTY INSURANCE | **CASE NO. 2:11-CV-2078-RGK-JCG** <br><br> **REPLY DECLARATION OF KATHLEEN M. McDOWELL IN SUPPORT OF MOTION TO DEFER PLAINTIFFS' AND COUNTERDEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS PENDING DISCOVERY** <br><br> **Judge: Hon. R. Gary Klausner** <br><br> **Date: January 17, 2012** <br><br> **Time: 9:00 a.m.** <br><br> **Courtroom: 850** |

DECLARATION OF KATHLEEN M. McDOWELL
2065649.1
16077555.1

| | |
|---|---|
| 1 | COMPANY, *et al.*, |
| 2 | Counter-Defendants. |
| 3 | |
| 4 | LOUIS CALDERA, LYLE GRAMLEY, HUGH GRANT, PATRICK HADEN, TERRENCE HODEL, ROBERT HUNT, LYDIA KENNARD, and BRUCE WILLISON, |
| 5 | |
| 6 | |
| 7 | Cross-Complainants, |
| 8 | v. |
| 9 | CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, an unincorporated association; CATLIN INSURANCE CO., LTD., a United Kingdom corporation; ZURICH AMERICAN INSURANCE CO., a Delaware corporation; TWIN CITY FIRE INSURANCE CO., a Delaware corporation; CONTINENTAL CASUALTY CO., a Delaware corporation, |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Cross-Defendants. |

**REPLY DECLARATION OF KATHLEEN M. MCDOWELL**

2065649.1
16077555.1

## REPLY DECLARATION OF KATHLEEN M. McDOWELL

I, Kathleen M. McDowell, declare:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel in the above-captioned action for Defendants and Counter-Claimants Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard, and Bruce G. Willison (collectively, the "Outside Directors"). I submit this reply declaration in support of the Moving Insureds' reply in support of their motion to defer decision on the Insurers' motions for judgment on the pleadings until the Outside Directors and other moving insureds can conduct discovery. I have personal knowledge of the facts stated in this declaration and could testify to them competently if called upon to do so.

2. Since approximately September 2010, the Outside Directors have been engaged in good faith in a series of mediation sessions with, among other parties, the insurers in this action (the "Insurers"), exploring potential resolutions of the various litigations against former Indymac officers and directors and the insurance coverage issues associated with those litigations.

3. On November 17, 2011, the Outside Directors served document demand and interrogatories on Lloyd's and Zurich, responses to which were due on December 20, 2011. On December 1, 2011, the Outside Directors served "Rule 30(b)(6)" deposition notices on these two insurers, which were scheduled for December 22 and 23, 2011. The insurers requested and were granted an extension to respond to all of this discovery. As a result, the written discovery responses are now due on January 12, 2012, and the depositions of the Rule 30(b)(6) witnesses were postponed until January 19 and January 20, 2012. To date, the Insurers have not answered any written discovery requests.

4. On December 22, 2011, counsel for Lloyd's informed me that Lloyd's did not intend to produce any witnesses pursuant to the Outside Directors'

Rule 30(b)(6) notices for any category set forth in the noticed deposition, and instead would seek a protective order to prevent the deposition from going forward in its entirety.  Counsel for Lloyd's sent a confirming letter the next day, informing that Zurich also took this position and would seek similar relief.

5.     On October 26, 2011, a telephonic pre-filing meet and confer was held with various counsel for the Insurers and individual insureds, during which counsel discussed the filing of the motions for judgment on the pleadings. During that call, on behalf of the Outside Directors, I informed the Insurers of the Outside Directors' position that the Insurers' motion for judgment on the pleadings could not be decided until after the insureds had the opportunity to conduct discovery.  Attached as Exhibit 1 hereto is a true and correct copy of a confirming email dated October 28, 2011 from counsel for some of the Insurers regarding the pre-filing meet and confer, and confirming the Outside Directors' position as articulated during the October 26th meet and confer that "discovery is necessary."

6.     On November 11, 2009, the Trustee for IndyMac Bancorp, Inc. filed a lawsuit titled *Alfred H. Siegel v. Louis E. Caldera, et al. (In re IndyMac Bancorp, Inc.)*, Adv. No. 1:09-ap-02645 in the Bankruptcy Court in the Central District of California (the "Trustee Litigation" or "Trustee Action") against the Outside Directors and Michael W. Perry, the former CEO and chairman of Bancorp.  On October 25, 2011, the Outside Directors settled the Trustee Action against them.  I have reviewed the settlement agreement between the Outside Directors and the Trustee.  As part of that settlement, the Outside Directors assigned to the Trustee their interests in certain policy proceeds.

1        7.    A hearing on a motion to approve the settlement between the Trustee and the Outside Directors was held on December 21, 2011, before Hon. Sheri Bluebond in the United States Bankruptcy Court, Central District of California. On December 29, 2011, the Bankruptcy Court entered a final judgment and order approving the settlement between the Trustee and the Outside Directors, and dismissed the Outside Directors from the Trustee Litigation.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on January 3, 2012 at Los Angeles, California.

                _____*/s/ Kathleen M. McDowell*___
                Kathleen M. McDowell

3
**REPLY DECLARATION OF KATHLEEN M. MCDOWELL**

2065649.1
16077555.1

# EXHIBIT 1

## McDowell, Kathleen

| | |
|---|---|
| **From:** | Michael R. Delhagen [MDelhagen@tresslerllp.com] |
| **Sent:** | Friday, October 28, 2011 2:17 PM |
| **To:** | 'dauerbach@cov.com'; 'kirbybehre@paulhastings.com'; 'gbruch@willkie.com'; 'jcarlton@medranocarlton.com'; 'rlcorb@corbfitzlaw.com'; Durrant, John; 'rfairbank@fairbankvincent.com'; 'sv@corbfitzlaw.com'; 'rgluck@fairbankvincent.com'; 'jkeith@pwkllp.com'; 'lkempinsky@pwkllp.com'; 'jmatelis@willkie.com'; McDowell, Kathleen; 'jasmith@willkie.com'; Spiegel, John |
| **Cc:** | Kyle P. Barrett; Boundas, Theodore; 'alec.boyd@tuckerellis.com'; 'acalfo@yukelaw.com'; 'calhoun@lbbslaw.com'; Cronic, Jason; 'redwards@bcnlaw.com'; 'ofarashahi@bcnlaw.com'; 'egibbons@wwmlawyers.com'; 'jgreen@crwllp.com'; 'brian.harrison@sedgwicklaw.com'; 'jhowell@wileyrein.com'; 'irvine@lbbslaw.com'; 'veena.mitchell@sedgwicklaw.com'; Elizabeth L. Musser; 'irevich@crwllp.com'; Saltzman-Jones, Tiffany; 'jshaw@bswb.com'; David Simantob; 'mskoglund@bcnlaw.com'; 'asmith@bcnlaw.com'; 'wsmith@wileyrein.com'; 'wvandervliet@bswb.com'; West, Kim |
| **Subject:** | RE: XL Specialty Insurance Company v. Perry |

All Counsel:

Counsel for all parties to the *XL v. Perry* action referenced above met in person (for those counsel at the mediation in San Francisco) and telephonically on Wednesday, October 26, 2011. At the meeting, counsel for Catlin Insurance Company (UK) Ltd., Continental Casualty Company, Twin City Fire Insurance Company, and Zurich American Insurance Company, and intervenor defendant Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. QA011608 (the "ABC carriers") informed counsel for the insureds that they plan to file a motion for judgment on the pleadings focusing on narrow coverage issues, specifically, application of the Tripp exclusion and the prior notice exclusion. Counsel for XL Specialty Insurance Company, Arch Insurance Company, ACE American Insurance Company, and Axis Insurance Company (the "Side A carriers") said that they plan to file a similar motion. Both the ABC carriers' motion and the Side A carriers' motion would be filed relatively soon, in the next two weeks or so. Counsel for the outside directors Kathleen McDowell stated her clients' position that the carriers cannot prevail on a motion for judgment on the pleadings, and believe that discovery is necessary.

The parties all agreed to work together to set a reasonable schedule for filing the motions. The parties also agreed to work on a stipulated record, so everyone can reference complete and accurate versions of the policies and pleadings at issue. Counsel should coordinate with Jason Cronic for preparation of the stipulated record as to the Side A carriers, and with Michael Delhagen for preparation of the stipulated record as to the ABC carriers.

In addition, counsel for Michael Perry plan to file a dispositive motion seeking a declaration that the carriers have a defense obligation to counterclaimants under the second year tower in connection with certain of the underlying proceedings. Counsel for other insureds said they might file a similar motion, or join another insured's motion.

The October 26, 2011 call fulfills the ABC carriers' and the Side A carriers' meet-and-confer obligations under Local Rule 7-3 for their planned motions for judgment on the pleadings. That call also fulfills Mr. Perry's obligations under Local Rule 7-3 for his planned motion for judgment on the pleadings.

Please let us know if you have a different understanding of any of the matters set forth in this e-mail, or if we need to clarify any points so everyone is on the same page.

1/3/2012

Thank you,

**Michael R. Delhagen** | Partner
Tressler LLP
One Penn Plaza, Suite 4701
New York, NY  10119
Telephone: 646 833 0880 | Fax: 646 833 0877
mdelhagen@tresslerllp.com | www.tresslerllp.com | www.tresslerllp.com/michael-delhagen



**From:** Michael R. Delhagen
**Sent:** Wednesday, October 19, 2011 2:09 PM
**To:** 'dauerbach@cov.com'; 'kirbybehre@paulhastings.com'; 'gbruch@willkie.com'; 'jcarlton@medranocarlton.com'; 'rlcorb@corbfitzlaw.com'; 'johndurrant@paulhastings.com'; 'rfairbank@fairbankvincent.com'; 'sv@corbfitzlaw.com'; 'rgluck@fairbankvincent.com'; 'jkeith@pwkllp.com'; 'lkempinsky@pwkllp.com'; 'jmatelis@willkie.com'; 'kathleen.mcdowell@mto.com'; 'jasmith@willkie.com'; 'John.Spiegel@mto.com'
**Cc:** Kyle P. Barrett; 'tboundas@bswb.com'; 'alec.boyd@tuckerellis.com'; 'acalfo@yukelaw.com'; 'calhoun@lbbslaw.com'; 'jcronic@wileyrein.com'; Michael R. Delhagen; 'redwards@bcnlaw.com'; 'ofarashahi@bcnlaw.com'; 'egibbons@wwmlawyers.com'; 'jgreen@crwllp.com'; 'brian.harrison@sedgwicklaw.com'; 'jhowell@wileyrein.com'; 'irvine@lbbslaw.com'; 'veena.mitchell@sedgwicklaw.com'; Elizabeth L. Musser; 'irevich@crwllp.com'; 'tsj@wwmlawyers.com'; 'jshaw@bswb.com'; David Simantob; 'mskoglund@bcnlaw.com'; 'asmith@bcnlaw.com'; 'wsmith@wileyrein.com'; 'wvandervliet@bswb.com'; 'kwest@tuckerellis.com'
**Subject:** XL Specialty Insurance Company v. Perry

All Counsel:

I write on behalf of counterdefendants Catlin Insurance Company (UK) Ltd., Continental Casualty Company, Twin City Fire Insurance Company, and Zurich American Insurance Company, and intervenor defendant Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. QA011608 (the "ABC carriers").  The ABC carriers plan to file a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) in the *XL v. Perry* action referenced above.  Accordingly, the ABC carriers would like to set a conference call with all counsel, to fulfill their meet-and-confer obligations under Local Rule 7-3.  Plaintiffs/counterdefendants XL Specialty Insurance Company, Arch Insurance Company, ACE American Insurance Company and Axis Insurance Company (the "Side A carriers") plan to file a similar motion and would also like to meet-and-confer.

The carriers would like to have the meet-and-confer call this week, and propose **Friday, October 21 at 1:00 pm PDT**.  Please let me know if that time works.  If that time does not work, please suggest another time on Thursday or Friday of this week that you would be available.  Once we have a time selected, I will circulate a call-in number.

I believe I have e-mailed all counsel of record in this action based on the PACER docket and previous e-mails among the group, but please advise if you notice that I have omitted someone.

1/3/2012

Thank you,

Michael

**Michael R. Delhagen** | Partner
Tressler LLP
One Penn Plaza, Suite 4701
New York, NY  10119
Telephone: 646 833 0880 | Fax: 646 833 0877
mdelhagen@tresslerllp.com | www.tresslerllp.com | www.tresslerllp.com/michael-delhagen



1/3/2012