David Simantob, SBN 155790
dsimantob@tresslerllp.com
Elizabeth L. Musser, SBN 203512
emusser@tresslerllp.com
TRESSLER LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: (310) 203-4800
Facsimile: (310) 203-4850

Attorneys for Counterdefendant
Catlin Insurance Company (UK) Ltd.,
Twin City Fire Insurance Company, and
Continental Casualty Company, and
Intervenor Counterdefendants Those Certain Underwriters
at Lloyd's, London Subscribing to Policy No. QA011608

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:11-CV-2078-RGK-JCG<br><br>Hon. R. Gary Klausner<br><br>**DECLARATION OF ELIZABETH L. MUSSER IN SUPPORT OF INSURERS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, AND JOINDER BY TWIN CITY FIRE INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY** |

I, Elizabeth L. Musser, declare:

1. I am an attorney in the law firm of Tressler LLP, counsel to Defendants Those Certain Underwriters At Lloyd's, London and Lexington Insurance Company, Subscribing to Policy No. QA006807, Those Certain Underwriters At Lloyd's London and Catlin Insurance Company (UK) Ltd., Subscribing to Policy No. QA011608, Twin City Fire Insurance Company, and Continental Casualty Company. I submit this declaration in support of the Insurers' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and Twin City Fire Insurance Company's and Continental Casualty Company's Joinder to the Insurers' Motion for Summary Judgment (collectively, the "Motion"). The matters in this declaration are based upon my own personal knowledge or upon my review of the record in this and other related actions. I am over the age of eighteen years and if called as a witness, I could and would testify competently hereto under oath.

2. Counsel for the parties to this action have engaged in ongoing conferences, including in connection with the joint status report and stipulation filed on April 6, 2012 (Docket No. 236) and the joint stipulation filed on April 18, 2012.

3. On February 11, 2011, the Securities and Exchange Commission ("SEC") filed a "Notice of Related Cases" in *Securities and Exchange Commission v. Michael W. Perry*, *et al.*, Case No. CV11-01309-GHK (JCx) (C.D. Cal.). A true and correct copy of this Notice of Related Cases is attached hereto as **Exhibit A**.

4. On August 12, 2008, the SEC served a subpoena for the production of documents on A. Scott Keys, which Mr. Keys subsequently tendered to the Insurers. A true and correct copy of this subpoena is attached hereto as **Exhibit B**.

5. On August 12, 2008, the SEC served a subpoena for the production of documents on Michael W. Perry, which Mr. Perry subsequently tendered to the Insurers. A true and correct copy of this subpoena is attached hereto as **Exhibit C**.

6. On April 30, 2012, Mr. Keys served his "Objections and Responses to XL Specialty Insurance Company's First Set of Interrogatories." A true and correct copy of these Objections and Responses is attached hereto as **Exhibit D**.

7. On April 30, 2012, Mr. Perry served his "Objections and Responses to XL Specialty Insurance Company's First Set of Interrogatories." A true and correct copy of these Objections and Responses is attached hereto as **Exhibit E**.

8. On April 17 and 18, 2012, Stephen Moss gave a deposition in this action in his personal capacity and as the corporate representative of Those Certain Underwriters at Lloyd's, London Subscribing to Policy No. QA011608. A true and correct copy of portions of the transcript of Mr. Moss' deposition is attached hereto as **Exhibit F**.

9. Third party Marsh USA, Inc. has produced documents in response to subpoenas issued by parties to this action. A true and correct copy of portions of Marsh's document production is attached hereto as **Exhibit G**.

10. On April 2, 2007, Marsh sent a letter on behalf of Claude A. Reese to "F. Boundas," copying excess carriers for IndyMac Bancorp, Inc. A true and correct copy of the letter, produced in this action by XL Specialty Insurance Company (Bates Nos. XLA 006097-6100), is attached hereto as **Exhibit H**.

11. On March 10, 2010, Alfred H. Siegel, solely as Chapter 7 Trustee of the estate of IndyMac Bancorp, Inc., filed an opposition to motions to dismiss filed by Michael W. Perry and Louis E. Caldera, Lyle E. Gramley, Hugh M. Grant, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt II, Lydia H. Kennard and Bruce Willison (the "Outside Directors") and Michael W. Perry in *Siegel v. Caldera, et al.*, Case No. 2:09-ap-02645-BB, (Bankr. C.D. Cal.) (the "Trustee Litigation"). A true and correct copy of the opposition is attached hereto as **Exhibit I**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1       Executed this 16th day of May 2012 in Los Angeles, California.

2

3

4                                   /s/ Elizabeth Musser
                                  Elizabeth L. Musser

5 LA #122762 (10054-1)

- 4 -

ELIZABETH MUSSER DECLARATION
INSURERS' MOT. FOR SUMMARY JUDGMENT-