UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-02078-RGK (JCGx) | Date | May 18, 2012 |
|---|---|---|---|
| Title | XL SPECIALTY et al. v. MICHAEL W. PERRY et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause as to Whether This Case Should be Set for Court Trial

    The right to trial by jury in an action for declaratory relief depends on the nature of the underlying relief sought. *Beacon Theatres, Inc. v. Westover*, 359 U.S. 500, 504 (1959). It appears to the Court as if the claims and counterclaims in this case ask for a remedy akin to specific performance. It does not appear to the Court that any of the parties on any of the claims or counterclaims seek monetary damages. Therefore, this suit appears equitable in nature and thus the Seventh Amendment's right to a jury trial may not be applicable. *See Tull v. United States*, 481 U.S. 412, 417 (1987).

    The parties are therefore ordered to **show cause in writing of no more than ten pages** by **noon on Thursday, May 31, 2012** as to why this case should not be set for a court trial.

    **IT IS SO ORDERED.**

                                                                                                          :

| | Initials of Preparer | slw |
|---|---|---|