| | |
|---|---|
| 1 | John L. Carlton (CA Bar No. 88925) |
| 2 | MEDRANO & CARLTON |
|   | 555 West Fifth Street, 31st Floor |
| 3 | Los Angeles, CA 90013 |
|   | Telephone: 213-966-8355 |
| 4 | Facsimile: 213-966-8356 |
| 5 | jcarlton@medranocarlton.com |
| 6 | Attorneys for Defendant A. Scott Keys |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*, | Case No. 2:11-CV-2078-RGK-JCG |
| Plaintifs, | DEFENDANT/ COUNTERCLAIMANT A. SCOTT KEYS' JOINDER IN DEFENDANT/ COUNTERCLAIMANT MICHAEL W. PERRY'S OPPOSITION TO INSURERS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL W. PERRY, *et al.*, | |
| Defendants. | |
| | Judge: Hon. R. Gary Klausner |
| MICHAEL W. PERRY, A. SCOTT KEYS, S. BLAIR ABERNATHY, JOHN OLINSKI, SAMIR GROVER, SIMON HEYRICK, VICTOR H. WOODWORTH, SCOTT VAN DELLEN, WILLIAM ROTHMAN, JILL JACOBSON, AND KEVIN CALLAN, | Date: June 18, 2012 |
| | Time: 9:00 AM |
| | Courtroom: 850 |
| Counterclaimants, | |
| v. | |
| XL SPECIALTY INSURANCE COMPANY, ARCH INSURANCE | |

| | |
|---|---|
| | **COMPANY, ACE AMERICAN INSURANCE COMPANY, AXIS INSURANCE COMPANY, CATLIN INSURANCE COMPANY, LTD, ZURICH AMERICAN INSURANCE COMPANY; TWIN CITY FIRE INSURANCE COMPANY; and CONTINENTAL CASUALTY COMPANY,** |
| | **Counterdefendants** |

Defendant/Counterclaimant A. Scott Keys hereby joins in Defendant/Counterclaimant Michael W. Perry's Supplemental Opposition to [i] Insurers' Motion for Summary Judgment and [ii] Twin City Fire Insurance Company's and Continental Casualty Company's Supplemental Memorandum of Points and Authorities ("Mr. Perry's Opposition") (Docket No. 284), to the extent it addresses litigation with the Securities and Exchange Commission.

Mr. Keys is also a defendant in *Securities and Exchange Commission v. Perry, et al.,* Case No. CV 11-1309-R (the "SEC Litigation") and hereby joins in Mr. Perry's Opposition with respect to the availability of insurance coverage under the Year 2 Policies for the SEC Litigation. For the reasons set forth in Mr. Perry's Opposition, the Insurers' Motion for Summary Judgment should be denied because there is at least *the potential* for coverage under the Year 2 policies with respect to the SEC Litigation. There is no dispute that such coverage would apply equally to both Mr. Perry and Mr. Keys, and the obligation to provide a defense in that case would apply equally to Mr. Perry and Mr. Keys. Thus, the Insurers' Motion for Summary Judgment should be denied.

Dated: May 30, 2012     By: _____/s/_____
                              John Carlton
                              Attorney for A. Scott Keys