Jerold Oshinsky (Cal. Bar No. 250771)
Linda D. Kornfeld (Cal. Bar No. 155765)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone:   (213) 239-5100
Facsimile:   (213) 239-5199
E-mail:       joshinsky@jenner.com, lkornfeld@jenner.com

Lee R. Bogdanoff (Cal. Bar No. 119542)
David M. Stern (Cal. Bar No. 67697)
Robert J. Pfister (Cal. Bar No. 241370)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067

Andrew L. Sandler (*Pro Hac Vice*)
Benjamin B. Klubes (*Pro Hac Vice*)
Benjamin P. Saul (*Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street N.W., Suite 700
Washington, District of Columbia 20037

*Attorneys for Alfred H. Siegel, Solely as Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, *et al.*,<br><br>                    Defendants. | Case No. 2:11-cv-2078-RGK-JCG<br><br>**JOINT EXHIBIT LIST FOR TRIAL** |
| MICHAEL W. PERRY, *et al.*,<br><br>                    Counterclaimants,<br><br>v.<br><br>XL SPECIALTY INSURANCE COMPANY, *et al.*,<br><br>                    Counter-Defendants. | Pretrial:    July 9, 2012<br>Trial:       July 24, 2012<br>Time:        9:00 a.m.<br>Location:    Courtroom 850<br>             255 East Temple St.<br>             Los Angeles, CA 90012<br>Judge:       Hon. R. Gary Klausner |

The parties to this action hereby submit their Joint Exhibit List for trial pursuant to Local Rule 16-5 and Federal Rules of Civil Procedure 26(a)(3)(A) and (B).  The parties reserve the right to supplement this list as circumstances require.

## EXHIBITS THE PARTIES EXPECT TO OFFER

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2. | 01/25/08 Email from S. Moss to T. Pollard regarding Headline US Accounts [BR004618] | | | | |
| 3. | 01/29/08 Email String regarding Sub Prime Loans - New Definition [BR004601-BR004613] | | | | |
| 4. | 01/31/08 Emails between  N. Beaton and S. Moss regarding IndyMac [BR004578-BR004579] | | | | |
| 5. | 02/05/08 Email String from J. Cleaver to N. Beaton regarding Indymac [BR004514-BR004522] | | | | |
| 6. | 02/05/08 Email from N. Beaton to N. Forti regarding Indymac [BR004456-BR004457] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 7. | 02/06/08 Email from J. Hall-Shaw to N. Beaton regarding ABA 2008 Trip Report DRAFT  [BR004444-BR004455] | | | | |
| 8. | 02/11/08 Email from J. Hall-Shaw to K. Huttly regarding ABA 2008 Trip Report JHS [BR004355-BR004377] | | | | |
| 9. | 02/12/08 Email from N. Beaton to J. Cleaver regarding Indymac [BR004362-BR004363] | | | | |
| 10. | 02/15/08 Email from N. Beaton to J. Cleaver regarding Indymac D&O 2008 renewal [BR003647-BR003648] | | | | |
| 11. | 02/18/08 Email from N. Beaton to J. Cleaver regarding Indymac D&O [BR003639-BR003640] | | | | |
| 12. | Lloyd's 2008-09 Policy with Marsh Cover Pages | | | | |
| 13. | 2/20/08 Email from J. Cleaver to C. Brown re Indymac D&O [CH001140-CH001170] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 14. | 2/21/08 Email from J. Cleaver to J. Hall-Shaw regarding Indymac D&O – Interelated [*sic*] Wrongful Acts [BR003612-BR003613] | | | | |
| 15. | 2/21/08 Email String regarding Specific Litigation Exclusion Renewal IMB Edits [BR003600-BR003603] | | | | |
| 16. | 2/21/08 Emails between J. Hall-Shaw and J. Cleaver regarding Indymac D&O – Interelated [*sic*] Wrongful Acts [BR003558-BR003559] | | | | |
| 17. | 2/20-21/08 Email String regarding Indymac D&O Coverage Options [BR003355-BR003356] | | | | |
| 18. | 2/21/08 Email String regarding Specific Litigation Exclusion Renewal IMB Edits [BR003579-BR003582] | | | | |
| 19. | 2/21/08 Emails between N. Beaton and S. O'Brien regarding Indymac [BR003338] | | | | |
| 20. | 2/22/08 Email from S. Moss to Cleaver regarding Indymac [BR00327] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 21. | 2/22/08 Email from S. O'Brien to T. Ferro, N. Beaton, S. Moss, cc C. Glendinning, T. Pollard, J. Cleaver, K. Freemantle, M. McGinnis regarding Specific Litigation Exclusion Renewal IMB Edits [BR003134-BR003136] | | | | |
| 22. | 2/25/08 Email from J. Cleaver to Unknown regarding Specific Litigation and Interrelated Wrongful Acts [CH001228-CH001230] | | | | |
| 23. | 2/13-22/08 Email String regarding Marsh London [CA000542-CH000545] | | | | |
| 24. | 2/22-25/08 Email String regarding Meeting to Discuss Indymac/Specific Litigation Exclusion Renewal IMB Edits [BR002975-BR002979] | | | | |
| 25. | 2/22-25/08 Email String regarding Indymac Conference Call [BR002942-BR002947] | | | | |
| 26. | 2/25/08 Email from S. Moss to T. Pollard regarding Indymac Proposal [BR002847-BR002853] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 27. | 2/26/08 Email from J. Hall-Shaw to N. Beaton regarding Phone Call [BR002768-BROO2772] | | | | |
| 28. | 2/26-27/08 Email String regarding Indymac Claim Update Call [BR002699-BR002700] | | | | |
| 29. | 2/27/08 Written Notes Titled "Indymac Claim Call" [CA000438-CA000439] | | | | |
| 30. | Lloyd's 2008-09 Policy [BR001746-BR001778] | | | | |
| 31. | Pembroke Syndicate 4000 Financial Institutions- Risk Evaluation Sheet [CH000807-CH000812] | | | | |
| 32. | Financial Institutions Underwriting Summary 2008 [BR004784-BR004792] | | | | |
| 33. | Underwriting Guidelines for US Financial Institutions Business [BR004780-BR004783] | | | | |
| 34. | Objections and Responses to the Trustee's First Set of Special Interrogatories to Certain Underwriters at Lloyds of London and London Market Companies | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 35. | Brit Global Markets and Reinsurance Claims Guidelines [BR004793-BR004818] | | | | |
| 36. | Sixth Amended *Tripp* Complaint Filed 2/16/10 | | | | |
| 38. | 8/13/08 Email from M. Dolin to T. Boundas regarding SEC Subpoena Directed to M. Perry [Perry-XL00001-Perry-XL00015] | | | | |
| 39. | SEC v. Perry Complaint Filed 11/23/11 | | | | |
| 40. | 8/1/08 Email from S. Gladstone to J. Kudler regarding Notice of a D&O Claim – Indymac – Claimant: SEC Inquiry [XLA007192-XLA007201] | | | | |
| 41. | 09/23/08 Letter from BSWB to M. Dolin et al regarding Directors and Officers and Company Liability Insurance, Policy No. QA011608 Policy March 1, 2008-March 1, 2009 [Perry XL01269-Perry XL01276] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 42. | 01/24/11 Email from D. Allan to P. Bailey regarding Directors, Officers, and Company Liability Insurance, Policy No. QA011608 [CH000683, CH00733] | | | | |
| 43. | Lloyd's 2007-08 Policy with Marsh Cover Pages [CH000406-CH000416] | | | | |
| 44. | Marsh LTD FINPRO Practice - Risk Details Contract No. QA011608(1) [BR001449-BR001464] | | | | |
| 45. | Marsh Contract Administration and Advisory Details Relating to Contract No. QA011608(1) [BR001404-BR001409] | | | | |
| 46. | 2/27/08 Handwritten Notes regarding Indymac Call [XLA000493] | | | | |
| 48. | 02/20/08 Email from S. O'Brien regarding Brit Lead Terms Indymac D&O 2008 Renewal [XLA000649] | | | | |
| 49. | 02/22/08 Email from S. O'Brian to J. Gilmore, cc K. Freemantle regarding Indymac Bancorp 2008 Revised Quote [XLA000646-XLA000648] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 50. | 02/25/08 Email from S. O'Brien regarding Indymac Proposed Primary Wording [XLA00636-XLA000645] | | | | |
| 51. | 02/25/08 Email from S. O'Brien to Gilmore re Indymac Proposed Primary Wording [XLA000632-XLA000635] | | | | |
| 52. | 02/25/08 Email from S.O'Brien to S. O'Brien, B. Patel, C. Nichols, J. Gilmore, K. Picciano, S. Troiano, & S. Goldman regarding INDYMAC proposed primary wording [XLA000628-XLA000631] | | | | |
| 53. | Drafted Endorsement Requests regarding Indymac Bancorp [XLA000190-XLA000193] | | | | |
| 54. | Classic A Rating Worksheet regarding Indymac Bancorp [XLA000227-XLA000236] | | | | |
| 55. | XL 2008-09 Policy | | | | |
| 56. | Order Denying Outside Directors' Motion to Dismiss Pursuant to FRCP 12(b)(6) Filed 06/04/10 | | | | |
| 57. | Trustee v. Caldera Complaint Filed 11/13/09 | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 58. | 07/15/08 Correspondence from J. Cronic to K. Nishikawa regarding XL Specialty Insurance's current views on coverage [XLA001504-XLA001508] | | | | |
| 60. | 11/10/08 New Arising Slip 9354 regarding Indymac [XLA007191-XLA007201] | | | | |
| 61. | 02/26/09 Correspondence from J. Williams to Insurer regarding Notice of Circumstances representation of M. Perry [XLA007064-XLA007068] | | | | |
| 62. | 08/19/08 Email from S. Gladstone to J. Kudler regarding Indymac Bank/ SEC Subpoena/ 2008-2009 Policy Period [XLA010021-XLA010077] | | | | |
| 63. | 07/15/09 Correspondence from J. Cronic to J. Williams regarding Indymac Bancorp, Inc. [XLA006899-XLA006911] | | | | |
| 64. | SEC v. Perry Complaint Filed 07/23/11 | | | | |
| 65. | Indymac Bancorp, Inc. Claim History [XLA006120-XLA006129] | | | | |

9

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 66. | Indymac Bancorp, Inc. Claim History [XLA006130-XLA006132] | | | | |
| 77. | 02/22/08 Email String regarding Marsh London-FI Team  [CA000542-CA000545] | | | | |
| 78. | 02/20/08 Email String regarding Indymac  [CA000559-CA000560] | | | | |
| 79. | Indymac BankCorp INC Catlin Summary [CA000357-CA000416] | | | | |
| 80. | 02/27/08 Indymac Claim Call [CA000438-CA000439] | | | | |
| 81. | 02/27/08 Catlin Quotation [CA000745-CA000748] | | | | |
| 82. | 02/27/08 Email String regarding Indymac- Excess DIC Layer [CA000483-CA000487] | | | | |
| 83. | 07/16/08 Email from K. Adamson regarding Indymac  [CA003647-CA003651] | | | | |
| 85. | Arch 2008-09 Policy | | | | |
| 86. | 01/30/08 Handwritten notes regarding Indymac meeting  [ARCH000906-ARCH000911] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 87. | 07/09/08 Email string regarding Indymac 08 Draft Policy [ARCH000621-ARCH000624] | | | | |
| 90. | 02/26/09 Letter from J. Williams regarding Notice of Circumstances Filed 07/23/11 | | | | |
| 91. | 04/29/09 Letter from A. Boyd regarding Notice of Circumstances  [Perry-XL01221-Perry-XL01222] | | | | |
| 92. | 07/14/08 Email from L. Soughan regarding Indymac  [ARCH003107] | | | | |
| 93. | 07/16/08 Email from C. Cinardo regarding Counsel Assignments [ARCH003097] | | | | |
| 94. | 06/08/09 Email string from S. White regarding Notable Report [ARCH003014-ARCH003018] | | | | |
| 95. | 10/19/09 Email from C. Cinardo regarding Indymac Mediation [ARCH002975-ARCH002978] | | | | |
| 96. | 11/18/09 Email from C. Cinardo regarding Indymac Trustee's Action [ARCH002961] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 97. | 09/10/10 Email from C. Cinardo regarding Claims Monthly Report-Aug 10 [ARCH002727] | | | | |
| 98. | 09/17/10 Email from C. Cinardo regarding Q3 Large Loss Narratives [ARCH002721] | | | | |
| 99. | Claim Notes for Claim Number: 66322 [ARCH002579] | | | | |
| 100. | Claim Notes for Claim Number: 34116 [ARCH002582-ARCH002675] | | | | |
| 102. | 1/30/08 Handwritten notes regarding IndyMac Conference Call on Feb 12-Market Open [AXIS00630-AXIS00632] | | | | |
| 103. | 02/25/08 Email from S. Obrien regarding Indymac proposed primary wording [AXIS00786-AXIS00787] | | | | |
| 104. | 02/27/08 Emails regarding Indymac- FI Market Trend and Indymac renewal Implications [AXIS00755] | | | | |
| 105. | 02/27/08 Email string regarding Indymac- D&O [AXIS00732-AXIS00743] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 106. | 02/28/08 Letter from B. Patel regarding Indymac Bancorp Inc. SecurExcess D&O Quotation Revised quote 2 [AXIS00577-AXIS00580] | | | | |
| 107. | Specific Litigation Exclusion and Interrelated Wrongful Acts Endorsement [AXIS00609] | | | | |
| 108. | 07/08/08 Handwritten Notes regarding Indymac Spoke to B. Bielaus; Report of Discussion [AXIS00594-AXIS00595] | | | | |
| 109. | Timothy Vazquez 07/08/2008 Timeline and complaint [AXIS01705-AXIS01706] | | | | |
| 111. | AXIS 2008-09 Policy | | | | |
| 112. | 04/01/09 Emailed Correspondence from O. Farashahi to J. Williams regarding Indymac Bancorp Inc. [Perry-XL01139-Perry-XL001140] | | | | |
| 113. | 07/01/09 Emailed Correspondence from A. Smith to J. Williams regarding Indymac Bancorp, Inc. [Perry-XL01141-Perry-XL01142] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 115. | ACE Professional Risk Public Company D&O Underwriting Worksheet regarding Indymac Bancorp [ACE00857-ACE00880] | | | | |
| 116. | Specific Litigation Exclusion and Interrelated Wrongful Acts Endorsement with Handwritten Notes [ACE00007] | | | | |
| 117. | A. Lumelleau's Email Inbox [ACE00720-ACE00724] | | | | |
| 118. | 02/25/08 Emails from S. Troiano to A. Lumelleau regarding Indymac [ACE00822-ACE00826] | | | | |
| 119. | 02/27/08 Email from S. Troiano to A. Lumelleau regarding Indymac [ACE00797] | | | | |
| 120. | 2/27 Notes of discussions regarding Indymac underwriter A. Lumelleau [ACE00893-ACE00897] | | | | |
| 121. | Claim notes [ACE004478-ACE004539] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 122. | 05/28/10 Correspondence from P. Matousek to J. Williams regarding ACE representation [Perry-XL01354-Perry-XL01367] | | | | |
| 123. | 12/01/11 Outside Directors' Notice of Deposition to Zurich | | | | |
| 125. | Directors and Officers Liability Worksheet regarding Indymac [Zurich UF 000022-Zurich UF 000030] | | | | |
| 126. | Financial Institution Segment 120 Day Review regarding Indymac [Zurich UF 000031-Zurich UF 000032] | | | | |
| 127. | 02/21/08 Email string from R. Spencer regarding Indymac [Zurich UF 000193-Zurich UF 000195] | | | | |
| 128. | 02/08/10 Correspondence from R.S. Lane to J. Williams regarding  Zurich American Insurance representation [ZURICH REES-CF 005541-ZURICH REES-CF 005543] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 129. | 01/10/11 Correspondence from R.S. Lane to Counsel regarding Zurich American Insurance Company's coverage position [ZURICH REES-CF 002560-ZURICH REES-CF 002564] | | | | |
| 130. | 05/19/09 Correspondence from R.S Lane to J. Williams regarding Indymac's Notice of Circumstances [Perry-XL01176-Perry-XL01178] | | | | |
| 131. | Expanded Notes regarding Indymac Bancorp, Inc. [ZURICH FOL-CF0011-ZURICH FOL-CF0017] | | | | |
| 133. | CNA 2008-09 Policy | | | | |
| 134. | CNA FI Banks Account Overview regarding Indymac [CCC00000170-CCC00000193] | | | | |
| 135. | 07/11/08 Email strings regarding Indymac- Update [CCC00001032-CCC00001039] | | | | |
| 136. | 06/02/10 Email's between V. Odierno and J.M. Naves regarding *URGENT*URGENT Indymac Bancorp Inc. #287221440; Received June 1, 2012 [CCC00020375-CCC00020376] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 137. | CNA's Securities Class Action Claim Report September 22, 2008 regarding Indymac, Bancorp, Inc. [CCC00001691-CCC00001696] | | | | |
| 138. | CNA's Securities Class Action Claim Report August 2, 2009 regarding Indymac, Bancorp, Inc. [CCC00020523-CCC00020530] | | | | |
| 139. | 07/13/10 Email from V. Odierno to J. Metzger regarding Indymac FDIC complaint [CCC00020493] | | | | |
| 140. | 09/01/11 Correspondence from W. Smith to J. Williams regarding Continental Casualty Company's current coverage [CCC00020425-CCC00020432] | | | | |
| 141. | 06/20/08 Email from K. Dworniczek to V. Odierno regarding New Subprime Securities Class Action-FD003408-Indymac Bancorp [CCC00001802-CCC00001803] | | | | |
| 142. | 07/13/10 Emails between V. Odierno to J. Metzger regarding Indymac FDIC Complaint  [CCC00020494-CCC00020495] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 143. | Email from T.Deitz to N.Sinfield regarding Indymac [CA011932] | | | | |
| 144. | Docket Number 193-1 Exhibit 1, Directors Officers and Company Liability Policy No  509-QA11608 | | | | |
| 145. | Docket Number 193-2 Exhibit 2, Zurich 2008-09 Policy | | | | |
| 146. | Docket Number 193-3 Exhibit 3, Twin City 2008-09 Policy | | | | |
| 147. | Docket Number 193-4 Exhibit 4, Excess Insurance Policy No  DOX 287221440 issued by Continental Casualty | | | | |
| 148. | Docket Number 193-5 Exhibit 5, Classic A-Side Management Liability Insurance Policy No  ELU 103295-08 Issued by XL Specialty | | | | |
| 149. | Docket Number 193-6 Exhibit 6, Excess Insurance Policy No  ABX0020231-01 Issued by Arch | | | | |
| 150. | Docket Number 193-7 Exhibit 7, ACE 2008-2009 Policy | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 151. | Docket Number 193-8 Exhibit 8, SecurExcess Policy No  MNN 712064-01-2008 Issued by AXIS | | | | |
| 152. | Docket Number 193-9 Exhibit 9, Directors Officers and Company Liability Policy No  509-QA006807 UW-Lloyds London-Lexington | | | | |
| 153. | Docket Number 193-10 Exhibit 10, Zurich 2007-08 Policy | | | | |
| 154. | Docket Number 193-11 Exhibit 11, Chubb 2007-08 Policy | | | | |
| 155. | Docket Number 193-12 Exhibit 12, National Union 2007-08 Policy | | | | |
| 156. | Docket Number 193-13 Exhibit 13, XL 2007-08 Policy | | | | |
| 157. | Docket Number 193-14 Exhibit 14, Arch 2007-08 Policy | | | | |
| 158. | Docket Number 193-15 Exhibit 15, ACE 2007-08 Policy | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 159. | Docket Number 193-16 Exhibit 16, AXIS 2007-08 Policy | | | | |
| 160. | Docket Number 193-17 Exhibit 17, Initial Complaint Reese v IndyMac initiated 3-12-07 styled Tripp | | | | |
| 161. | Docket Number 193-18 Exhibit 18, Class Action Amended Complaint filed in Tripp | | | | |
| 162. | Docket Number 193-19 Exhibit 19, Second Amended Class Action Complaint filed in Tripp | | | | |
| 163. | Docket Number 193-20 Exhibit 20, 3rd Amended Class Action Complaint filed in Tripp | | | | |
| 164. | Docket Number 193-21 Exhibit 21, 4th Amended Class Action Complaint filed in Tripp | | | | |
| 165. | Docket Number 193-22 Exhibit 22, 5th Amended Class Action Complaint Filed in Tripp | | | | |
| 166. | Docket Number 193-23 Exhibit 23, Tripp 6th Amended Complaint | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 167. | Docket Number 193-24, Exhibit 24 Plaintiff Daniels Fourth Amended Consolidated Class Action Complaint for Violation of Federal Securities Laws against M. Perry | | | | |
| 168. | Docket Number 193-25, Exhibit 25 Plaintiff Daniels Fifth Amended Consolidated Class Action Complaint for Violation of Federal Securities Laws against M. Perry Filed 05/24/11 | | | | |
| 169. | Docket Number 193-26, Exhibit 26 (Part 1), FDIC's Complaint against S. Van Dellen | | | | |
| 170. | Docket Number 193-27, Exhibit 26 (Part 2), FDIC's Complaint against S. Van Dellen | | | | |
| 171. | Docket Number 193-28, Exhibit 27 Original Complaint by IBEW v. Indymac MBS Filed 01/20/08 | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 172. | Docket Number 193-29 Exhibit 28 Amended Consolidation Class Action Complaint in Indymac Mortgage-Backed Securities Litigation Filed 10/29/09 | | | | |
| 173. | Docket Number 193-30 Exhibit 29 Second Amended Consolidation Class Action Complaint in Indymac Mortgage-Backed Securities Litigation Filed 08/15/11 | | | | |
| 174. | Docket Number 193-31 Exhibit 30, Complaint in MBIA Insurance Corp. v. Indymac ABS Filed 09/22/09 | | | | |
| 175. | Docket Number 193-32 Exhibit 31, Initial Complaint in Assured Guaranty Municipal Corp. v. UBS Securities LLC Filed 09/17/10 | | | | |
| 176. | Docket Number 193-33 Exhibit 32, 1st Amended Complaint in Assured Guaranty Municipal Corp. v. UBS Securities Filed 05/05/11 | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 177. | Docket Number 193-34 Exhibit 33, Complaint in Siegel v. Caldera Filed 11/13/09 | | | | |
| 178. | Docket Number 193-35 Exhibit 34, Exhibit 1 to Complaint in Siegel v. Caldera | | | | |
| 179. | Docket Number 193-36 Exhibit 35, Exhibit 1 to Complaint in Siegel v Caldera | | | | |
| 180. | Docket Number 193-37 Exhibit 36, Letter 03/27/09 From T. Long To R. Koon, K. Shellem, S. Van Dellen | | | | |
| 181. | Docket Number 193-38 Exhibit 37, Letter 03-27-09 From T. Long To M. Perry et al | | | | |
| 182. | Docket Number 193-39 Exhibit 38, Letter 05/28/09 From A. Sandler on Behalf of A. Siegel | | | | |
| 183. | Docket Number 193-40 Exhibit 39, Complaint in Securities  and Exchange Commission v  M. Perry Filed 02/11/11 | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 189. | Transfer Order, Case No. 10-00179-RGK (Judge Wu) Filed 02/17/10 | | | | |
| 190. | Motion to Dismiss Transcript, Case No. 08-21752 (Judge Bluebond) Filed 05/03/10 | | | | |
| 191. | Motion to Dismiss Order, Case No. 08-21752-BB (Judge Bluebond) Filed 06/04/10 | | | | |
| 192. | Motion for Judgment on the Pleadings Order, Docket Number 227 (Judge Klausner) Filed 01/26/12 | | | | |
| 193. | Order re Transfer Pursuant to General Order 08-05, Docket Number 6, Case No. 11-1309 (SEC Litigation) Filed 02/23/11 | | | | |
| 194. | Uncontroverted Facts and Conclusions of Law Regarding Defendants' Motions for Summary Judgment, Docket Number 88, Case No. 11-1309 (SEC Litigation) Filed 05/31/12 | | | | |
| 195. | Order Granting Defendants Michael W. Perry and A. Scott Keys' Motions for Summary Judgment and | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Judgment, Docket Number 89, Case No. 11-1309 (SEC Litigation) Filed 05/31/12 | | | | |
| 196. | Minute Order (In Chambers) correcting statement in Uncontroverted Facts and Conclusions of Law, Docket Number 94, Case No. 11-1309 (SEC Litigation) 06/01/12 | | | | |

## EXHIBITS THE PARTIES MAY OFFER IF THE NEED ARISES

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1A. | 12/22/11 Trustee's Notice of Deposition to Lloyds and Catlin | | | | |
| 1B. | 03/12/12 Perry's Notice of Deposition to Lloyds and Catlin | | | | |
| 37. | 2/26/09 Outside Directors' Notice of Circumstances to Side ABC Insurers | | | | |
| 47. | Trustee's Notice of Deposition to XL March 5, 2012 | | | | |
| 59. | 03/12/12 Perry's Notice of Deposition to XL | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 75. | 12/22/11 Trustee's Notice of Deposition to Lloyds and Catlin | | | | |
| 76. | Lloyd's 2008-09 Policy with Marsh Cover Pages | | | | |
| 84. | Trustee's Notice of Deposition to Arch | | | | |
| 88. | XL 2008-09 Policy | | | | |
| 89. | Michael W. Perry's Notice of Deposition of ARCH Insurance Company | | | | |
| 101. | Trustee's Notice of Deposition to AXIS | | | | |
| 110. | Perry's Notice of Deposition to AXIS | | | | |
| 114. | 05/05/12 Trustee's Notice of Deposition to ACE | | | | |
| 124. | Lloyd's 2008-09 Policy with Marsh Cover Pages [Zurich UF000399-Zurich UF000443] | | | | |
| 132. | 03/05/12 Trustee's Notice of Deposition to Continental | | | | |
| 197. | Docket Number 193-41 Exhibit 40, Letter 02-26-09 From J. Williams To Various Insurance Company Reps | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 198. | Docket Number 193-42 Exhibit 41, Letter 02-26-09 From J. Williams To Various Insurance Company Reps II | | | | |
| 199. | Docket Number 193-43 Exhibit 42, Letter 02-25-09 From J. Clancy To Various Insurance Company Reps | | | | |
| 200. | Docket Number 193-44 Exhibit 43, Letter 02-27-09 From  J. Clancy To Various Insurance Company Reps | | | | |
| 201. | Docket Number 193-45 Exhibit 44,Order Entered on 06-04-10 in Siegel v. Caldera BB | | | | |
| 202. | Docket Number 254-1 Exhibit A, Notice of Related Cases, Docket Number 2, Case No. 11-1309 (SEC Litigation); Filed 02/11/11 | | | | |
| 203. | Docket Number 254-2 Exhibit B, 8/12/08 facsimile from N. Chung (SEC) to counsel for Keys transmitting 08/12/08 subpoena and letter issued by SEC to A.S. Keys [XLA010022-XLA010035] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 204. | Docket Number 254-3 Exhibit C, 08/12/08 letter and subpoena issued by SEC to M. Perry [XLA010065-XLA010077] | | | | |
| 205. | Docket Number 254-4 Exhibit D, Defendant A. Scott Keys' Objections and Responses to XL Specialty Insurance Company's First Set of Interrogatories | | | | |
| 206. | Docket Number 254-5 Exhibit E, Defendant Michael W. Perry's Objections and Responses to XL Specialty Insurance Company's First Set of Interrogatories | | | | |
| 207. | Docket Number 254-7 Exhibit G, 02/21/08 email from J. Vogel regarding Specific Litigation Exclusion [MARSH01886-MARSH01887] | | | | |
| 208. | Docket Number 254-8 Exhibit H, 040/2/07 letter from K. Chan (Marsh) to BWSB and other Insurance Company Reps regarding Tripp [XLA006097-XLA006100] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 209. | Docket Number 254-9 Exhibit H, Opposition of Trustee to Motions to Dismiss Filed by Michael W. Perry and by Outside Directors; Declaration of Benjamin P. Saul, Docket Number 38, Case No. 09-ap-02645-BB (Siegel v. Caldera); Filed 03/10/10 | | | | |
| 210. | Docket Number 279-14 Exhibit 7; Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint, Docket Number 60, Tripp Litigation; Filed 02/19/08 | | | | |
| 211. | Docket Number 279-15 Exhibit 8; 10-Q for Indymac Bancorp, Inc. for the quarter ended 03/31/06; Filed with SEC on 4/26/06 | | | | |
| 212. | Docket Number 279-16 Exhibit 9 "Why M&A Related Litigation is a Serious Problem," Kevin LaCroix, PLUS Journal, Vol. XXV, No. 2 (02/12) | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 213. | Docket Number 279-17 Exhibit 10; "M&A Lawsuits Skyrocket as Fee-Hungry Law Firms Smell Easy Money," FOX Business, http://www.foxbusiness.com /markets/2011/07/11 ma-lawsuits-skyrocket-as-fee-hungry -law-firms-smell-easy-money/#ixzz1RzbBVXBE (07/12/11) | | | | |
| 214. | Docket Number 279-18 Exhibit 11; "Citigroup CEO and directors sued over executive pay," http://www.reuters.com/artic le/2012/04/20/us-citigroup-pay-lawsuit-idUSBRE83J15720120420 (04/20/12) | | | | |
| 215. | Docket Number 279-19 Exhibit 12; Plaintiff Securities and Exchange Commission's Responses to Defendant Michael W. Perry's First Set of Interrogatories served on 10/31/11 in Case No. 11-cv-1309 (SEC Litigation) | | | | |
| 216. | Notice of Related Cases in Case No. 2:10-cv-179, Siegel v. Caldera Docket Number 5; filed 1/11/10 | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 217. | 02/26/08 Board Minutes [IMINS 01136-IMINS 01148] | | | | |
| 218. | Email string regarding 2008 renewal [IMINS 002770-IMINS 002771] | | | | |
| 219. | 2008 FINPRO Renewal Strategy Meeting 11/20/07 [MARSH 0451-MARSH 04501] | | | | |
| 220. | Indymac Bancorp D&O Insurance 02/26/08 [MARSH 00565-MARSH 00575] | | | | |
| 221. | 02/20/08 Call Notes [MARSH 01902] | | | | |
| 222. | 01/30/08 Meeting Notes regarding Tripp status/prognosis [MARSH 01925-MARSH 01927] | | | | |
| 223. | 02/22/08 email string regarding Indymac [MARSH 02051-MARSH 02053] | | | | |
| 224. | 02/21/08 email from S. O'Brien regarding Indymac draft language [MARSH 02102-MARSH 02103] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 225. | 02/20/08 email from K. Freemantle to S. O'Brien [MARSH 02133-MARSH 02136] | | | | |
| 226. | 02/25/08 email from J. Cleaver to K. Freemantle and S. O'Brien regarding Specific Litigation Exclusion and Interrelated Wrongful Acts language [MARSH 02235-MARSH 02236] | | | | |
| 227. | 02/22/08 email string between M. Rossi, K. Freemantle and R. Galoosian regarding Arch policy [MARSH 02605-MARSH 02610] | | | | |
| 228. | 02/25/08 email from S. Moss to Marsh regarding Specific Litigation Exclusion [BR002847-BR002853] | | | | |
| 229. | 02/22/08 email from S. O'Brien to T. L. Fiero, N. Beaton and S. Moss [BR003134-BR003136] | | | | |
| 230. | 02/22/08 email from K. Freemantle to S. O'Brien regarding Indymac clarifications [MARSH 02900] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 231. | 02/20/08 email from J. Vogel to K. Freemantle, S. O'Brien and R. Galoosian regarding Specific Litigation Exclusion [MARSH 02913-MARSH 02914] | | | | |
| 232. | 02/20/08 email from J. Vogel to K. Freemantle, S. O'Brien and R. Galoosian regarding Specific Litigation Exclusion [MARSH 02915-MARSH 02916] | | | | |
| 233. | 02/20/08 email from J. Vogel to K. Freemantle, S. O'Brien and R. Galoosian regarding Specific Litigation Exclusion [MARSH 02919-MARSH 02920] | | | | |
| 234. | 02/26/08 email string between J. Gilmore, S. O'Brien and K. Freemantle regarding pricing [MARSH 02954- MARSH 02957] | | | | |
| 235. | 02/21/08 email string between J. Cleaver, K. Freemantle, S. O'Brien and C. Glendinning regarding primary policy [MARSH 03287] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 236. | 02/20/08 email from J. Cleaver to S. O'Brien regarding Specific Litigation Exclusion [MARSH 03290-MARSH 03291] | | | | |
| 237. | Corporate Insurance Annual Board Report 02/08 [MARSH 01723- MARSH 01735] | | | | |
| 238. | Financial Institutions Practice FINPRO Coverages 4th Quarter Update & 2008 Outlook [MARSH 01736-MARSH 01774] | | | | |
| 239. | 03/01/08 email from Marsh to counsel for Lloyds [REES-CF 011689-REES-CF11690] | | | | |
| 240. | 08/1/08 email from Marsh to counsel for Lloyds [FOL-CF 316-FOL-CF 317] | | | | |
| 241. | 08/12/08 letter from counsel for Zurich to counsel for IndyMac [REES-CF 11844-REES-CF 11846] | | | | |
| 242. | 08/12/08 letter from counsel for Zurich to counsel for Indymac [FOL-CF 497-FOL-CF 499] | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 243. | 08/15/08 email from Marsh to counsel for Lloyds [REES-CF 011119-REES-CF 11120] | | | | |
| 244. | 08/15/08 email from Marsh to counsel for Lloyds [FOL-CF 1034-FOL-CF 1035] | | | | |
| 245. | 08/19/08 email from Marsh to counsel for Lloyds [REES-CF 10928] | | | | |
| 246. | 08/19/08 email from Marsh to counsel for Lloyds [FOL-CF 1121] | | | | |
| 247. | 09/11/08 email from Marsh to insurers [REES-CF 10646] | | | | |
| 248. | 09/23/08 letter from counsel for Lloyds to counsel for Perry, Abernathy, Keys, Wohl and Outside Directors [REES-CF 10578-REES-CF 10584] | | | | |
| 249. | 09/23/08 letter from counsel for Lloyds to counsel for Perry, Abernathy, Keys, Wohl and Outside Directors [FOL-CF 1221-FOL-CF 1227] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 250. | 09/23/08 letter from counsel for Lloyds to counsel for various directors/officers [REES-CF 10585-REES-CF 10589] | | | | |
| 251. | 09/23/08 letter from counsel for Lloyds to counsel for various directors/officers [FOL-CF 1228-FOL-CF 1232] | | | | |
| 252. | 09/23/08 letter from counsel for Lloyds to counsel for Perry, Abernathy, Keys, Wohl and Outside Directors [REES-CF 10564-REES-CF 10571] | | | | |
| 253. | 09/23/08 letter from counsel for Lloyds to counsel for Perry, Abernathy, Keys, Wohl and Outside Directors [FOL-CF 1213-FOL-CF 1220] | | | | |
| 254. | 09/23/08 letter from counsel for Lloyds to counsel for various directors/officers [REES-CF 10572-REES-CF 10577] | | | | |
| 255. | 09/23/08 letter from counsel for Lloyds to counsel for various directors/officers [FOL-CF 1207-FOL-CF 1212] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 256. | 12/31/08 letter from counsel for Zurich to counsel for various directors/officers [REES-CF 10537-REES-CF 10538] | | | | |
| 257. | 12/31/08 letter from counsel for Zurich to counsel for Perry, Abernathy, Keys and Outside Directors [REES-CF 8950-REES-CF 8952] | | | | |
| 258. | 03/18/09 letter from counsel for Zurich to counsel for Perry, Abernathy, Keys and Outside Directors [REES-CF 8953-REES-CF 8955] | | | | |
| 259. | 03/30/09 letter from counsel for Wohl to insurers [REES-CF 9969-REES-CF 9972] | | | | |
| 260. | 03/30/09 letter from counsel for Perry to insurers [REES-CF 9792-REES-CF 9795] | | | | |
| 261. | 03/30/09 letter from counsel for Keys to insurers [REES-CF 9342- REES-CF 9345] | | | | |
| 262. | 04/02/09 letter from counsel for Melbourne to insurers [REES-CF 9267- REES-CF 9270] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 263. | 04/02/09 letter from counsel for Van Dellen to insurers [REES-CF 9258- REES-CF 9261] | | | | |
| 264. | 04/03/09 letter from counsel for Abernathy to insurers [REES-CF 9292- REES-CF 9295] | | | | |
| 265. | 04/21/09 letter from counsel for Koon to Zurich [REES-CF 9093] | | | | |
| 266. | 05/19/09 letter from counsel for Zurich to counsel for Wohl [REES-CF 9192- REES-CF 9194] | | | | |
| 267. | 05/19/09 letter from counsel for Zurich to counsel for Shellem and Koon [REES-CF 9195- REES-CF 9197] | | | | |
| 268. | 05/19/09 letter from counsel for Zurich to counsel for various directors [REES-CF 9198- REES-CF 9200] | | | | |
| 269. | 05/19/09 letter from counsel for Zurich to counsel for Perry [REES-CF 9201- REES-CF 9203] | | | | |
| 270. | 05/19/09 letter from counsel for Zurich to counsel for various directors [REES-CF 9204- REES-CF 9207] | | | | |

38

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 271. | 05/19/09 letter from counsel for Zurich to counsel for Abernathy [REES-CF 9208-REES-CF 9210] | | | | |
| 272. | 05/19/09 letter from counsel for Zurich to counsel for Keys [REES-CF 9211- REES-CF 9213] | | | | |
| 273. | 05/29/09 letter from counsel for Wohl to insurers [REES-CF 8813- REES-CF 8828] | | | | |
| 274. | 06/03/09 letter from counsel for Abernathy to insurers [REES-CF 8749- REES-CF 8752] | | | | |
| 275. | 06/04/09 letter from counsel for Perry to insurers [REES-CF 8829- REES-CF 8832] | | | | |
| 276. | 06/23/09 letter from counsel for various directors to insurers [REES-CF 8670-REES-CF 8699] | | | | |
| 277. | 11/19/09 letter from counsel for Perry [REES-CF 6038-REES-CF 6039] | | | | |
| 278. | 02/08/10 letter from counsel for Zurich to counsel for Perry [REES-CF 5541-REES-CF 5543] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 279. | 02/22/10 letter from counsel for Zurich to counsel for Wohl [REES-CF 5328-REES-CF 5331] | | | | |
| 280. | 02/22/10 letter from counsel for Zurich to counsel for Abernathy [REES-CF 5315-REES-CF 5318 | | | | |
| 281. | 02/22/10 letter from counsel for Zurich to counsel for Outside Directors [REES-CF 5323- REES-CF 5327] | | | | |
| 282. | 02/22/10 letter from counsel for Zurich to counsel for Keys [REES-CF 5332-REES-CF 5335] | | | | |
| 283. | 03/10/10 letter from counsel for Zurich to counsel for Delponti [REES-CF 4819-REES-CF 4820] | | | | |
| 284. | 04/14/10 letter from counsel for Zurich to counsel for Outside Directors [REES-CF 2425- REES-CF 2426] | | | | |
| 285. | 04/14/10 letter from counsel for Zurich to counsel for Outside Directors [FOL-CF 1649-FOL-CF 1650] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 286. | 04/19/10 letter from counsel for Zurich to counsel for Perry [REES-CF 2423-REES-CF 2424] | | | | |
| 287. | 04/22/10 letter from counsel for Outside Directors [FOL-CF 1550- FOL-CF 1553] | | | | |
| 288. | 05/26/10 letter from counsel for Perry to insurers [REES-CF 3780- REES-CF 3784] | | | | |
| 289. | 06/21/10 letter from counsel for Zurich to counsel for Outside Directors [REES-CF 1706- REES-CF 1710] | | | | |
| 290. | 06/21/10 letter from counsel for Zurich to counsel for Outside Directors [FOL-CF 1635-FOL-CF 1639] | | | | |
| 291. | 07/22/10 letter from counsel for Seymour and Hunt to insurers [REES-CF 453-REES-CF 460] | | | | |
| 292. | 07/29/10 letter from counsel for Zurich to counsel for Koon to insurers [REES-CF 490- REES-CF 492] | | | | |
| 293. | 09/17/10 letter from counsel for Lloyds to counsel for Perry, "various individuals", Keys, Abernathy, Wohl and Independent Directors | | | | |

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 294. | 01/10/11 letter from counsel for Zurich to counsel for Perry, Wohl, Abernathy and Outside Directors [REES-CF 2560- REES-CF 2564] | | | | |
| 295. | 02/03/11 letter from Outside Directors to counsel for Zurich [FOL-CF 2441-FOL-CF 2445] | | | | |
| 296. | 04/13/11 letter from counsel for Zurich to counsel for Perry [REES-CF 12899- REES-CF 12901] | | | | |
| 297. | 04/13/11 letter from counsel for Zurich to counsel for Perry [FOL-CF 3165-FOL-CF 3167] | | | | |
| 298. | 04/13/11 letter from counsel for Zurich to counsel for Keys [REES-CF 12956- REES-CF 12958] | | | | |
| 299. | 04/13/11 letter from counsel for Zurich to counsel for Keys [FOL-CF 3168-FOL-CF 3170] | | | | |
| 300. | 04/13/11 letter from counsel for Zurich to counsel for Outside Directors [REES-CF 12879- REES-CF 12886] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 301. | 04/13/11 letter from counsel for Zurich to counsel for Outside Directors [FOL-CF 2581-FOL-CF 2588] | | | | |
| 302. | 07/08/11 letter from counsel for Perry to insurers [FOL-CF 2647-FOL-CF 2650] | | | | |
| 303. | 08/17/11 letter from counsel for Lloyds to counsel for Perry | | | | |
| 304. | 08/17/11 letter from counsel for Lloyds to counsel for Keys | | | | |
| 305. | 11/07/11 letter from counsel for Outside Directors [FOL-CF 3003-FOL-CF 3004] | | | | |
| 306. | 11/17/11 letter from counsel for Zurich to counsel for Outside Directors [FOL-CF 2541-FOL-CF 2542] | | | | |
| 307. | 09/17/10 letter from counsel for Lloyd's to counsel for Perry, "various individuals", Keys, Abernathy, Wohl and Independent Directors | | | | |
| 308. | 08/17/11 letter from counsel for Lloyd's to counsel for Perry | | | | |

43

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 309. | 08/17/11 letter from counsel for Lloyd's to counsel for Keys | | | | |
| 310. | 03/01/12 letter from counsel for Zurich to counsel for the Trustee | | | | |
| 311. | 02/21/08 -2/22/08 Emails between S. Glenn and S. O'Brien regarding Excess Absolute Prior Notice Exclusion [TC003078-TC003080] | | | | |
| 312. | 02/21/08 -2/22/08 Emails between S. Glenn and S. O'Brien regarding Twin City Quote [TC003065-TC003066] | | | | |
| 313. | 02/25/08 Email from S. Glenn to S. O'Brien regarding Twin City Quote [TC003025] | | | | |
| 314. | 02/27/08 Email from J. Berube to S. Glenn regarding IndyMac Call [TC003001] | | | | |
| 315. | 02/28/08 Email from J. Berube to S. Glenn regarding IndyMac Call [TC002994] | | | | |
| 316. | 02/29/08 Email from S. O'Brien to S. Glenn regarding IndyMac Primary Binder [TC002992] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 317. | 02/29/08 Twin City Fire Insurance Company Binder for Insurance to IndyMac Bancorp, Inc. sent from S. Glenn to S. O'Brien [TC003104-TC003106] | | | | |
| 318. | 09/23/08 letter from counsel for Lloyd's to counsel for Trustee [CCC00021674-CCC00021682] | | | | |
| 319. | 01/13/09 letter from representative of Continental Casualty to counsel for Perry and other insureds [CCC00001650-CCC00001653] | | | | |
| 320. | 060/9/09 letter from counsel for Lloyd's to counsel for Van Dellen, Koon, and Shellem [XL-SHEL1843-XL-SHEL1845] | | | | |
| 321. | 06/09/09 letter from counsel for Lloyd's to counsel for Perry, Melbourne, Keys, Abernathy, and Wohl [CCC00021147-CCC00021151] | | | | |

45

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 322. | 08/13/09 letter from counsel for Continental Casualty to counsel for Koon, Shellem, and Van Dellen [XL-SHEL1831-XL-SHEL1834] | | | | |
| 323. | 08/13/09 letter from counsel for Lloyd's to counsel for Grover, Heyrick, Olinski, Woodworth, Abernathy, Antosh, and Bostic [IMINS000503-IMINS000513] | | | | |
| 324. | 08/13/09 letter from counsel for Continental Casualty to counsel for Keys, Wohl, Abernathy, Perry, and Melbourne [CCC00021040-CCC00021042] | | | | |
| 325. | 09/30/09 letter from counsel for Continental Casualty to counsel for Grover, Heyrick, Olinski, Woodworth, Abernathy, Antosh, and Bostic [IMINS000527-IMINS000529] | | | | |
| 326. | 10/08/09 letter from counsel for Continental Casualty to counsel for Koon and Shellem [XL-SHEL1895-XL-SHEL1897] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 327. | 09/13/10 letter from counsel for Twin City to counsel for Outside Directors [IMINS00453-IMINS00467] | | | | |
| 328. | 09/21/10 letter from counsel for Continental Casualty to counsel for Koon and Shellem  [XL-SHEL1970-XL-SHEL1975] | | | | |
| 329. | 09/21/10 letter from counsel for Continental Casualty to counsel for Perry [CCC00015272-CCC00015282] | | | | |
| 330. | 04/26/11 letter from counsel for Continental Casualty to counsel for Callan [CCC00014897-CCC00014904] | | | | |
| 331. | 04/26/11 letter from counsel for Continental Casualty to counsel for Keys [CCC00014905-CCC00014912] | | | | |
| 332. | 04/26/11 letter from counsel for Continental Casualty to counsel for Outside Directors [CCC00014913-CCC00014920] | | | | |

47

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 333. | 04/26/11 letter from counsel for Continental Casualty to counsel for Perry [CCC00014921-CCC00014926] | | | | |
| 334. | 09/01/11 letter from counsel for Continental Casualty to counsel for Keys [CCC00020433-CCC00020438] | | | | |
| 335. | 04/13/12 letter from counsel for Continental Casualty to counsel for Perry and the Trustee | | | | |
| 336. | 04/13/12 letter from counsel for XL Specialty to counsel for Perry and the Trustee | | | | |
| 337. | 02/27/08 email string between C. Nichols, et al. of Arch and S. O'Brien regarding the pricing of the Arch policy [ARCH000656-ARCH000662] | | | | |
| 338. | 02/28/08 email string between A. Lumelleau, S. Troiano, S. O'Brien and K. Freemantle regarding the pricing of the ACE Policy [ACE 000789-ACE000790] | | | | |
| 339. | 02/26/08 email from S. O'Brien to A. Lumelleau regarding policy pricing | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 340. | Specific Litigation Endorsement with handwritten notes [ACE 000890] | | | | |
| 341. | 05/28/10 letter from counsel for ACE to counsel for officers [ACE007680-ACE007691] | | | | |
| 342. | 05/28/10 letter from counsel for ACE to counsel for Abernathy [ACE007692-ACE007702] | | | | |
| 343. | 05/28/10 letter from counsel for ACE to counsel for Keys | | | | |
| 344. | 04/19/10 letter from counsel for ACE to counsel for Van Dellen, Koon and Shellem | | | | |
| 345. | 04/28/12 letter from counsel for ACE to counsel for the Trustee | | | | |
| 346. | 04/28/12 letter from counsel for ACE to counsel for Perry | | | | |
| 347. | 04/01/09 letter from counsel for AXIS to counsel for Perry [AXIS01355] | | | | |
| 348. | 07/13/07 letter from T. Vazquez to R. Galoosian [AXIS00257-AXIS00259] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 349. | 07/01/09 letter from counsel for AXIS to counsel for Abernathy [AXIS01415-01416] | | | | |
| 350. | 07/01/09 letter from counsel for AXIS to counsel for Keys [AXIS01418-AXIS01419] | | | | |
| 351. | 07/01/09 letter from counsel for AXIS to counsel for Perry [AXIS01424-AXIS01425] | | | | |
| 352. | 07/01/09 letter from counsel for AXIS to Van Dellen [AXIS01427-AXIS01428] | | | | |
| 353. | 7/1/09 letter from counsel for AXIS to counsel for Van Dellen [AXIS01429-AXIS01430] | | | | |
| 354. | 07/01/09 letter from counsel for AXIS to counsel for Shellem and Koon [AXIS01432-AXIS01433] | | | | |
| 355. | 10/02/08 letter from counsel for AXIS to M. Tu [AXIS01570-AXIS01571] | | | | |
| 356. | 04/01/09 letter from counsel for AXIS to counsel for Abernathy [AXIS01449-AXIS01450] | | | | |

**JOINT EXHIBIT LIST**

| Exhibit No. | Description | Obj./ Reason | Admissible/ Reason | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 357. | 04/01/09 letter from counsel for AXIS to counsel for Outside Directors [AXIS01452-AXIS01453] | | | | |
| 358. | 04/01/09 letter from counsel for AXIS to counsel for Keys [AXIS01455-AXIS01456] | | | | |
| 359. | 04/01/09 letter from counsel for AXIS to counsel for Van Dellen [AXIS01458-AXIS01459] | | | | |
| 360. | AXIS Capital Insurance Underwriting Worksheet [AXIS00610-AXIS00626] | | | | |
| 361. | AXIS FIS SecureX Rating Plan [AXIS00627-AXIS00628] | | | | |
| 362. | Responses and Objections to Michael W. Perry's Notice of Deposition of AXIS Insurance Company | | | | |
| 363. | Defendant AXIS Insurance Company's Objections and Responses to the Trustee's Notice of Deposition of AXIS Insurance Company | | | | |

DATED: June 18, 2012          JENNER & BLOCK LLP

By:   /s/ Linda Kornfeld
Jerold Oshinsky (Cal. Bar No. 250771)
Linda D. Kornfeld (Cal. Bar No. 155765)

**JOINT EXHIBIT LIST**

633 West 5th Street, Suite 3600
Los Angeles, California 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
E-mail: joshinsky@jenner.com
lkornfeld@jenner.com

By: /s/ Lee R. Bogdanoff
Lee R. Bogdanoff (Cal. Bar No. 119542)
David M. Stern (Cal. Bar No. 67697)
Robert J. Pfister (Cal. Bar No. 241370)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
E-mail: lbogdanoff@ktbslaw.com
dstern@ktbslaw.com
rpfister@ktbslaw.com

By: /s/Andrew L. Sandler
Andrew L. Sandler (*Pro Hac Vice*)
Benjamin B. Klubes (*Pro Hac Vice*)
Benjamin P. Saul (*Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street N.W., Suite 700
Washington, District of Columbia 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
E-mail: asandler@buckleysandler.com
bklubes@buckleysandler.com
bsaul@buckleysandler.com

*Attorneys for Alfred H. Siegel, Solely as Trustee*

By: /s/Jason P. Cronic
Jason P. Cronic
**Wiley Rein LLP**
1776 K Street, N.W.
Washington, D.C. 20006

By: /s/Gordon J. Calhoun
Douglas R. Irvine
Gordon J. Calhoun
**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012

52

*Attorneys for Plaintiff XL Specialty
Insurance Co.*

*Attorneys for Plaintiff XL Specialty
Insurance Co.*

By: /s/Ira Revich
Ira Revich
James B. Green
**Charleston Revich & Wollitz**
1925 Century Park East, Suite 1250
Los Angeles, CA 90067

By: /s/Edward P. Gibbons
Edward P. Gibbons
Tiffany Saltzman-Jones
**Walker Wilcox Matousek LLP**
One North Franklin Street
Suite 3200
Chicago, IL 60606

*Attorneys for Plaintiff, ACE American
Insurance Company*

*Attorneys for Plaintiff ACE American
Insurance Company*

By: /s/Kim W. West
Kim W. West
Alec H. Boyd
**Clyde & Co. US LLP**
101 Second Street
San Francisco, CA 94105

By: /s/Andrew Smith
Andrew Smith
Michael Skoglund
Ommid Farashahi
**Bates Carey Nicolaides LLP**
191 North Wacker, Suite 2400
Chicago, IL 60606

*Attorneys for Plaintiff Arch Insurance
Company*

*Attorneys for Plaintiff AXIS Insurance
Company*

By: /s/Alexander G. Calfo
Alexander G. Calfo
**Yukevich Calfo & Cavanaugh**
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071

By: /s/Theodore A. Boundas
Theodore A. Boundas
W. Joel Vander Vliet
**Boundas Skarzynski Walsh & Black
LLC**
200 East Randolph Street, Suite 7200
Chicago, IL 60601

*Attorneys for Plaintiff AXIS Insurance*

*Attorneys for Certain Underwriters at
Lloyd's, London Subscribing to Policy No.
QA01168 and Catlin Insurance Company,
Ltd.*

**JOINT EXHIBIT LIST**

By: /s/Michael R. Delhagen
Michael R. Delhagen
Kyle P. Barrett
**Tressler LLP**
One Penn Plaza, Suite 4701
New York, NY 10119

*Attorneys for Twin City Fire Insurance Company*


By: /s/Brian D. Harrison
Brian D. Harrison
Veena A. Mitchell
**Sedgwick LLP**
333 Bush Street, 30th Floor
San Francisco, CA 94104

*Attorneys for Zurich American Insurance Company*


By: /s/Robert H. Fairbank
Robert H. Fairbank
Richard D. Gluck
Michael Benzo Norman
**Fairbank & Vincent**
444 S. Flower Street, Suite 3860
Los Angeles, CA 90071

*Attorneys for Defendant S. Blair Abernathy*

By: /s/William E. Smith
William E. Smith
John E. Howell
**Wiley Rein LLP**
1776 K Street NW
Washington, DC 20006

*Attorneys for Continental Casualty Company*


By: /s/Robert L. Corbin
Robert L. Corbin
Michael W. Fitzgerald
**Corbin Fitzgerald & Athey LLP**
601 West Fifth Street, Suite 1150
Los Angeles, CA 90071

*Attorneys for Defendants John Olinsky, Samir Grover, Simon Heyrick, Victor Woodworth, Scott Van Dellen, William Rothman, Jill Jacobsen, and Kevin Callan*


By: /s/D. Jean Veta
D. Jean Veta
Dennis B. Auerbach
Mitchell Dolin
Sarah M. Hall
**Covington & Burling LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004

*Attorneys for Defendant Michael W. Perry*

**JOINT EXHIBIT LIST**

1

2   By: /s/Louis E. Kempinsky                By:  /s/ John L. Carlton

3   Louis E. Kempinsky                       John L. Carlton
    John C. Keith                            **Medrano & Carlton**
4   **Peitzman Weg and Kempinsky LLP**       555 West Fifth Street, 31st Floor
    2029 Century Park East, Suite 3100       Los Angeles, CA 90013
5   Los Angeles, CA 90067

6                                            *Attorneys for Defendant Richard Koon*
7   *Attorneys for Defendant Michael W. Perry*  *and Kenneth Shellem*

8   By: /s/ John L. Carlton                  By: /s/Gregory S. Bruch

9   John L. Carlton                          Gregory S. Bruch
    **Medrano & Carlton**                    Jessica L. Matelis
10  555 West Fifth Street, 31st Floor        Julie A. Smith
    Los Angeles, CA 90013                    **Willkie, Farr & Gallagher LLP**
11                                           1875 K. Street NW
12  *Attorneys for Defendant Scott A. Keys*  Washington, DC 20006

13                                           *Attorneys for Defendant A. Scott Keys*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT EXHIBIT LIST**